| | |
|---|---|
| 1 | Laurence M. Rosen, Esq. (SBN 219683) |
| 2 | **THE ROSEN LAW FIRM, P.A.**<br>355 South Grand Avenue, Suite 2450 |
| 3 | Los Angeles, CA 90071<br>Telephone: (213) 785-2610 |
| 4 | Facsimile: (213) 226-4684 |
| 5 | Email: lrosen@rosenlegal.com |
| 6 | *Counsel for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANDRA VANIPENTA, Individually and on behalf of all others similarly situated, | Case No: |
| Plaintiff, | **CERTIFICATION PURSUANT TO L.R. 3-15** |
| v. | |
| SVB FINANCIAL GROUP, GREG W. BECKER, AND DANIEL BECK | |
| Defendants. | |

Pursuant to Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 13, 2023          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*