JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5900
Facsimile:      (415) 773-5957

Attorneys for Defendant Greg W. Becker

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA VANIPENTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SVB FINANCIAL GROUP, GREG W. BECKER, and DANIEL BECK,<br><br>Defendants. | Case No. 3:23-cv-01097-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES OF RESPONSE AND INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on March 13, 2023, Plaintiff Chandra Vanipenta ("Plaintiff") filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against SVB Financial Group, Greg W. Becker and Daniel Beck;

WHEREAS, Defendants Greg W. Becker and Daniel Beck ("Individual Defendants") agree to accept service, and waive formal service of process, of the Complaint;

WHEREAS, the Court has issued an order setting June 8, 2023 as the date of the Initial Case Management Conference, and instructing that the parties submit a Case Management Statement by June 1, 2023 (Dkt. No. 11);

WHEREAS, on April 26, 2023, Defendant SVB Financial Group filed a Suggestion of Bankruptcy with the Court, notifying the Court of its March 17, 2023, voluntary petition for Chapter 11 bankruptcy, and the application of the automatic stay pursuant to 11 U.S.C. § 362 (Dkt. No. 24);

WHEREAS, also on April 26, 2023, the Court ordered that two securities class actions currently pending in the Northern District of California, *Snook v. SVB Financial Group*, No. 3:23-cv-01173-VC (N.D. Cal.) and *Siddiqui v. Becker*, No. 4:23-cv-01228-HSG (N.D. Cal.) are related to this action, and reassigned them to the undersigned, the Honorable Judge James Donato (Dkt. No. 25);

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA") provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class; (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(A) & (B);

WHEREAS, after the court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or deem the existing complaint as the operative complaint;

WHEREAS, the PSLRA provides that if more than one action on behalf of a class asserts substantially the same claim or claims, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make its determination until after it has consolidated the related cases. *See* 15 U.S.C. § 78u-4(a)(3)(B);

1      WHEREAS, the parties respectfully submit that good cause exists to adjourn the June 8,

2  2023 Initial Case Management Conference and all associated deadlines, until, at the earliest, after

3  the Court has ruled on the Lead Plaintiff/Counsel Motions and consolidation; and

4      WHEREAS, in the interest of judicial economy, no defendant should be required to move

5  to dismiss or otherwise respond to the Complaint in this action pending appointment of a lead

6  plaintiff and the subsequent filing of an amended complaint or designation of the existing complaint

7  as the operative complaint.

8      NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in

9  the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court

10  order as follows:

11     1.     The Individual Defendants accept service, and waive formal service of process, of

12  the Complaint.  By agreeing to accept service, and waive formal service of process, of the Complaint,

13  the Individual Defendants do not waive any rights, defenses, or arguments with the sole exception

14  of arguments based on insufficient service of process.

15     2.     No defendant has any obligation to answer or otherwise respond to the Complaint

16  pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or

17  designation of the existing complaint as the operative complaint.

18     3.     The Initial Case Management Conference is adjourned, to be rescheduled by the

19  Court after the filing of any amended complaint or designation of an operative complaint by the lead

20  plaintiff(s) appointed by the Court, or after the Court rules on Individual Defendants' anticipated

21  motion(s) to dismiss, as the Court determines to be appropriate, and all deadlines associated with

22  that Conference are likewise adjourned.

23     4.     Within 14 days of the Court appointing a lead plaintiff the parties will meet and

24  confer and submit a proposed schedule to the Court for the filing of an amended complaint or the

25  designation of the existing complaint as the operative complaint and any response thereto.

26     5.     The parties to this stipulation agree that the existence of this stipulation, the filing

27  of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used

28  as evidence either in support of or against any argument or defense that the parties may later make

1    or raise, including but not limited to the application of the automatic stay under 11 U.S.C. § 362.

2    The parties reserve all of their rights.

3    Dated: May 1, 2023                    JAMES N. KRAMER
                                           ALEXANDER K. TALARIDES
4                                          **ORRICK HERRINGTON & SUTCLIFFE LLP**

5
                                           */s/ Alexander K. Talarides*
6                                          _____
                                           ALEXANDER K. TALARIDES
7                                          Attorneys for Greg W. Becker

8
     Dated: May 1, 2023                    BARRY BERKE
9                                          KRISTOPHER KASTENS
                                           DARREN LAVERNE
10                                         JENNIFER WINDOM
                                           DANIEL KETANI
11                                         **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

12

13                                         */s/ Jennifer Windom*
                                           _____
14                                         JENNIFER WINDOM
                                           Attorneys for Daniel Beck
15

16   Dated: May 1, 2023                    LAURENCE M. ROSEN
                                           **THE ROSEN LAW FIRM, P.A.**
17

18                                         */s/ Laurence Rosen*
                                           _____
19                                         LAURENCE ROSEN
                                           Attorneys for Plaintiff Chandra Vanipenta
20

21

22           *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file*
23   *this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby*
     *attest that the signatories listed above have concurred in this filing.*
24

25   Dated: May 1, 2023
26                                         */s/ Alexander K. Talarides*
                                           _____
                                           ALEXANDER K. TALARIDES
27

28

1

***

2

**[PROPOSED] ORDER**

3

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY

4

ORDERED that the Stipulation is approved.

5

**IT IS SO ORDERED.**

6

7

Dated:  May  ___, 2023

_____

8

HONORABLE JUDGE JAMES DONATO
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28