UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREG W. BECKER, et al.,<br><br>Defendants. | Case No. 23-cv-01697-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Chandra Vanipenta v. SVB Financial Group et al.* (3:23-cv-1097).

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
**ARACELI MARTÍNEZ-OLGUÍN**
United States District Judge