```
 1  JAMES N. KRAMER (SBN 154709)
    jkramer@orrick.com
 2  ALEXANDER K. TALARIDES (SBN 268068)
    atalarides@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 4  405 Howard Street
    San Francisco, CA  94105-2669
 5  Telephone:    (415) 773-5900
    Facsimile:    (415) 773-5957
 6
    Attorneys for Defendant Greg W. Becker
 7
    [Additional Counsel on Signature Page]
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA VANIPENTA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SVB FINANCIAL GROUP, GREG W. BECKER, and DANIEL BECK,<br><br>Defendants. | Case No. 3:23-cv-01097-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES OF RESPONSE AND INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on March 13, 2023, Plaintiff Chandra Vanipenta ("Plaintiff") filed a putative class action complaint (the "Complaint") alleging violations of the federal securities laws against SVB Financial Group, Greg W. Becker and Daniel Beck;

WHEREAS, Defendants Greg W. Becker and Daniel Beck ("Individual Defendants") agree to accept service, and waive formal service of process, of the Complaint;

WHEREAS, the Court has issued an order setting June 8, 2023 as the date of the Initial Case Management Conference, and instructing that the parties submit a Case Management Statement by June 1, 2023 (Dkt. No. 11);

WHEREAS, on April 26, 2023, Defendant SVB Financial Group filed a Suggestion of Bankruptcy with the Court, notifying the Court of its March 17, 2023, voluntary petition for Chapter

1  11 bankruptcy, and the application of the automatic stay pursuant to 11 U.S.C. § 362 (Dkt. No. 24);

2  WHEREAS, also on April 26, 2023, the Court ordered that two securities class actions currently pending in the Northern District of California, *Snook v. SVB Financial Group*, No. 3:23-cv-01173-VC (N.D. Cal.) and *Siddiqui v. Becker*, No. 4:23-cv-01228-HSG (N.D. Cal.) are related to this action, and reassigned them to the undersigned, the Honorable Judge James Donato (Dkt. No. 25);

WHEREAS, the Private Securities Litigation Reform Act (the "PSLRA") provides that: (1) the plaintiff who files a securities class action shall publish notice to the purported class within 20 days of filing the action informing the class members of their right to seek appointment as lead plaintiff; (2) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class; (3) the court shall appoint lead plaintiff and lead counsel. *See* 15 U.S.C. § 78u-4(a)(3)(A) & (B);

WHEREAS, after the court appoints a lead plaintiff, the lead plaintiff will need to file an amended complaint or deem the existing complaint as the operative complaint;

WHEREAS, the PSLRA provides that if more than one action on behalf of a class asserts substantially the same claim or claims, and any party has sought to consolidate those actions for pretrial purposes or for trial, the court shall not make its determination until after it has consolidated the related cases. *See* 15 U.S.C. § 78u-4(a)(3)(B);

WHEREAS, the parties respectfully submit that good cause exists to adjourn the June 8, 2023 Initial Case Management Conference and all associated deadlines, until, at the earliest, after the Court has ruled on the Lead Plaintiff/Counsel Motions and consolidation; and

WHEREAS, in the interest of judicial economy, no defendant should be required to move to dismiss or otherwise respond to the Complaint in this action pending appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of the existing complaint as the operative complaint.

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court order as follows:

1.      The Individual Defendants accept service, and waive formal service of process, of the Complaint. By agreeing to accept service, and waive formal service of process, of the Complaint, the Individual Defendants do not waive any rights, defenses, or arguments with the sole exception of arguments based on insufficient service of process.

2.      No defendant has any obligation to answer or otherwise respond to the Complaint pending appointment of a lead plaintiff and the lead plaintiff's filing of an amended complaint or designation of the existing complaint as the operative complaint.

3.      The Initial Case Management Conference is adjourned, to be rescheduled by the Court after the filing of any amended complaint or designation of an operative complaint by the lead plaintiff(s) appointed by the Court, or after the Court rules on Individual Defendants' anticipated motion(s) to dismiss, as the Court determines to be appropriate, and all deadlines associated with that Conference are likewise adjourned.

4.      Within 14 days of the Court appointing a lead plaintiff the parties will meet and confer and submit a proposed schedule to the Court for the filing of an amended complaint or the designation of the existing complaint as the operative complaint and any response thereto.

5.      The parties to this stipulation agree that the existence of this stipulation, the filing of this stipulation, the terms thereof, and the entry of any party into this stipulation shall not be used as evidence either in support of or against any argument or defense that the parties may later make or raise, including but not limited to the application of the automatic stay under 11 U.S.C. § 362. The parties reserve all of their rights.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 11, 2023

*Judge James Donato*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING DATES OF RESPONSE AND INITIAL CASE MANAGEMENT CONFERENCE, Case No. 3:23-cv-01097-JD

| | | |
|---|---|---|
| 1 | Dated: May 1, 2023 | JAMES N. KRAMER |
| 2 | | ALEXANDER K. TALARIDES |
| | | **ORRICK HERRINGTON & SUTCLIFFE LLP** |

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander K. Talarides*
　　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER K. TALARIDES

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Greg W. Becker

Dated: May 1, 2023　　　　　　　　BARRY BERKE
　　　　　　　　　　　　　　　　　　　　　　　　KRISTOPHER KASTENS
　　　　　　　　　　　　　　　　　　　　　　　　DARREN LAVERNE
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER WINDOM
　　　　　　　　　　　　　　　　　　　　　　　　DANIEL KETANI
　　　　　　　　　　　　　　　　　　　　　　　　**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Windom*
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER WINDOM

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Daniel Beck

Dated: May 1, 2023　　　　　　　　LAURENCE M. ROSEN
　　　　　　　　　　　　　　　　　　　　　　　　**THE ROSEN LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Laurence Rosen*
　　　　　　　　　　　　　　　　　　　　　　　　LAURENCE ROSEN

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Chandra Vanipenta

　　I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that the signatories listed above have concurred in this filing.

Dated: May 1, 2023
　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alexander K. Talarides*
　　　　　　　　　　　　　　　　　　　　　　　　ALEXANDER K. TALARIDES