# EXHIBIT B

**Norges**

LIFO Loss in SVB Financial Group Common Stock
Class period: 11/05/20 - 03/10/23
CUSIP: 78486Q101
Retained share price: $0.6411 (03/28/23 - 05/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 482,379 | | | Sale | 6/8/2021 | (14,645) | 606.8300 | ($8,887,025.35) |
| | | | | | Sale | 2/1/2022 | (7,600) | 603.4450 | ($4,586,182.00) |
| | | | | | Sale | 2/1/2022 | (1,926) | 602.0621 | ($1,159,571.62) |
| | | | | | Sale | 2/2/2022 | (11,553) | 608.3309 | ($7,028,046.66) |
| | | | | | Sale | 2/4/2022 | (4,119) | 616.5559 | ($2,539,593.78) |
| | | | | | Sale | 2/4/2022 | (4,200) | 617.2761 | ($2,592,559.41) |
| | | | | | Sale | 2/7/2022 | (8,152) | 623.7106 | ($5,084,489.18) |
| | | | | | | | (52,195) | | ($31,877,468.00) |
| Purchase | 11/18/2020 | 20,000 | 347.5000 | $6,950,000.00 | | | | | |
| Purchase | 11/18/2020 | 20,000 | 347.5000 | $6,950,000.00 | | | | | |
| Purchase | 12/10/2020 | 812 | 353.7300 | $287,228.76 | | | | | |
| Purchase | 2/18/2021 | 3,772 | 518.0930 | $1,954,246.82 | | | | | |
| Purchase | 3/23/2021 | 19,000 | 500.0000 | $9,500,000.00 | | | | | |
| Purchase | 3/23/2021 | 1,000 | 500.0000 | $500,000.00 | | | | | |
| Purchase | 4/23/2021 | 3,853 | 573.9941 | $2,211,599.15 | | | | | |
| Purchase | 6/17/2021 | 5,000 | 540.2250 | $2,701,125.00 | Sale | 12/10/2020 | (812) | 353.7300 | ($287,228.76) |
| Purchase | 6/17/2021 | 3,553 | 542.8710 | $1,928,820.65 | Sale | 12/10/2020 | (2,423) | 353.8637 | ($857,411.67) |
| Purchase | 6/18/2021 | 6,853 | 536.7711 | $3,678,492.38 | Sale | 12/18/2020 | (9,435) | 356.4844 | ($3,363,430.38) |
| Purchase | 6/18/2021 | 1,700 | 538.7500 | $915,875.00 | Sale | 12/28/2020 | (208) | 378.0100 | ($78,626.08) |
| Purchase | 6/30/2021 | 23,200 | 556.4300 | $12,909,176.00 | Sale | 12/29/2020 | (415) | 376.0000 | ($156,040.00) |
| Merger receipt | 7/1/2021 | 17,023 | 564.8800 | $9,615,952.24 | Sale | 1/4/2021 | (313) | 384.9547 | ($120,490.83) |
| Merger receipt | 7/1/2021 | 1,024 | 564.8800 | $578,437.12 | Sale | 1/5/2021 | (400) | 385.1533 | ($154,061.30) |
| Purchase | 7/7/2021 | 1,684 | 551.6400 | $928,961.76 | Sale | 1/6/2021 | (498) | 413.2498 | ($205,798.38) |
| Purchase | 8/6/2021 | 878 | 580.8700 | $510,003.86 | Sale | 1/7/2021 | (246) | 432.4843 | ($106,391.13) |
| Purchase | 8/9/2021 | 8,500 | 564.0000 | $4,794,000.00 | Sale | 1/27/2021 | (173) | 461.2225 | ($79,791.50) |
| Purchase | 8/9/2021 | 500 | 564.0000 | $282,000.00 | Sale | 1/28/2021 | (164) | 452.2966 | ($74,176.65) |
| Purchase | 8/12/2021 | 12,232 | 591.8273 | $7,239,231.97 | Sale | 1/29/2021 | (176) | 437.9678 | ($77,082.34) |
| Purchase | 11/11/2021 | 1,380 | 746.2330 | $1,029,801.50 | Sale | 2/1/2021 | (174) | 451.4567 | ($78,553.47) |
| Purchase | 1/31/2022 | 2,144 | 581.8049 | $1,247,389.78 | Sale | 2/2/2021 | (177) | 468.6197 | ($82,945.68) |
| Purchase | 1/31/2022 | 2,130 | 576.7731 | $1,228,526.64 | Sale | 2/3/2021 | (177) | 464.6579 | ($82,244.45) |
| Purchase | 2/22/2022 | 1,607 | 609.8686 | $980,058.83 | Sale | 2/4/2021 | (647) | 488.3376 | ($315,954.45) |
| Purchase | 2/22/2022 | 1,500 | 610.8577 | $916,286.62 | Sale | 2/5/2021 | (635) | 490.0799 | ($311,200.73) |
| Purchase | 3/4/2022 | 13,693 | 539.3152 | $7,384,843.14 | Sale | 2/8/2021 | (1,063) | 500.8921 | ($532,448.30) |
| Purchase | 3/7/2022 | 11,047 | 507.0503 | $5,601,384.61 | Sale | 2/9/2021 | (1,064) | 505.9041 | ($538,281.96) |

**Norges**

LIFO Loss in SVB Financial Group Common Stock
Class period: 11/05/20 - 03/10/23
CUSIP: 78486Q101
Retained share price: $0.6411 (03/28/23 - 05/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/9/2022 | 2,100 | 542.2425 | $1,138,709.21 | Sale | 2/19/2021 | (3,986) | 534.2378 | ($2,129,471.71) |
| Purchase | 3/10/2022 | 11,132 | 535.5093 | $5,961,289.05 | Sale | 2/24/2021 | (543) | 524.0950 | ($284,583.60) |
| Purchase | 3/10/2022 | 1,000 | 533.2345 | $533,234.47 | Sale | 2/25/2021 | (543) | 530.0730 | ($287,829.65) |
| Purchase | 3/11/2022 | 55 | 553.6800 | $30,452.40 | Sale | 2/26/2021 | (538) | 512.6054 | ($275,781.71) |
| Purchase | 3/16/2022 | 1,700 | 552.1941 | $938,730.00 | Sale | 3/1/2021 | (547) | 529.1259 | ($289,431.84) |
| Purchase | 3/17/2022 | 1,512 | 553.2849 | $836,566.75 | Sale | 3/2/2021 | (547) | 528.2753 | ($288,966.58) |
| Purchase | 3/21/2022 | 5,483 | 561.3117 | $3,077,671.82 | Sale | 3/4/2021 | (781) | 497.6540 | ($388,667.75) |
| Purchase | 3/21/2022 | 12,047 | 564.5209 | $6,800,783.36 | Sale | 3/4/2021 | (2,418) | 497.6540 | ($1,203,327.29) |
| Purchase | 3/28/2022 | 8,526 | 568.3548 | $4,845,792.73 | Sale | 3/5/2021 | (792) | 495.1597 | ($392,166.45) |
| Purchase | 3/30/2022 | 320 | 583.4080 | $186,690.55 | Sale | 3/5/2021 | (2,456) | 495.1597 | ($1,216,112.13) |
| Purchase | 3/31/2022 | 2,628 | 568.0251 | $1,492,769.98 | Sale | 3/8/2021 | (2,456) | 515.0226 | ($1,264,895.39) |
| Purchase | 3/31/2022 | 7,900 | 565.0219 | $4,463,673.35 | Sale | 3/8/2021 | (793) | 515.0226 | ($408,412.89) |
| Purchase | 3/31/2022 | 1,119 | 564.1912 | $631,329.96 | Sale | 3/24/2021 | (1,136) | 495.4463 | ($562,827.04) |
| Purchase | 4/1/2022 | 422 | 555.2501 | $234,315.54 | Sale | 3/29/2021 | (3,429) | 473.9715 | ($1,625,248.31) |
| Purchase | 4/11/2022 | 21,109 | 516.5618 | $10,904,103.54 | Sale | 3/30/2021 | (3,429) | 485.5661 | ($1,665,006.21) |
| Purchase | 4/19/2022 | 44,100 | 537.0800 | $23,685,228.00 | Sale | 3/31/2021 | (3,394) | 494.7696 | ($1,679,247.92) |
| Purchase | 4/20/2022 | 100 | 534.8000 | $53,480.00 | Sale | 4/1/2021 | (3,446) | 482.5327 | ($1,662,807.59) |
| Purchase | 4/20/2022 | 1,000 | 524.8444 | $524,844.41 | Sale | 4/5/2021 | (3,447) | 488.8919 | ($1,685,210.48) |
| Purchase | 4/21/2022 | 1,100 | 517.8358 | $569,619.35 | Sale | 4/21/2021 | (1,378) | 519.8000 | ($716,284.40) |
| Purchase | 4/22/2022 | 100 | 579.0805 | $57,908.05 | Sale | 4/27/2021 | (334) | 570.2790 | ($190,473.18) |
| Purchase | 4/22/2022 | 400 | 558.9600 | $223,583.98 | Sale | 4/28/2021 | (333) | 575.0137 | ($191,479.55) |
| Purchase | 4/25/2022 | 895 | 530.0741 | $474,416.28 | Sale | 4/29/2021 | (334) | 578.4187 | ($193,191.84) |
| Purchase | 4/28/2022 | 7,852 | 509.1359 | $3,997,735.42 | Sale | 4/30/2021 | (48) | 573.5267 | ($27,529.28) |
| Purchase | 4/29/2022 | 2,328 | 501.9180 | $1,168,465.21 | Sale | 4/30/2021 | (286) | 577.9278 | ($165,287.36) |
| Purchase | 5/13/2022 | 6,823 | 448.9872 | $3,063,439.86 | Sale | 5/3/2021 | (330) | 573.2409 | ($189,169.50) |
| Purchase | 5/16/2022 | 2,226 | 433.8112 | $965,663.77 | Sale | 5/4/2021 | (336) | 567.1861 | ($190,574.53) |
| Purchase | 5/25/2022 | 2,200 | 445.2204 | $979,484.78 | Sale | 5/5/2021 | (336) | 580.1080 | ($194,916.30) |
| Purchase | 5/25/2022 | 232 | 456.1142 | $105,818.50 | Sale | 5/10/2021 | (1,431) | 580.4453 | ($830,617.24) |
| Purchase | 6/1/2022 | 3,358 | 478.2075 | $1,605,820.69 | Sale | 5/10/2021 | (855) | 578.5325 | ($494,645.29) |
| Purchase | 6/1/2022 | 3,070 | 475.1974 | $1,458,855.89 | Sale | 6/8/2021 | (8,555) | 606.8300 | ($5,191,430.65) |
| Purchase | 6/8/2022 | 431 | 488.8086 | $210,676.51 | Sale | 6/28/2021 | (418) | 561.9238 | ($234,884.14) |
| Purchase | 6/8/2022 | 1,601 | 487.2499 | $780,087.07 | Sale | 6/29/2021 | (418) | 560.8122 | ($234,419.52) |
| Purchase | 6/10/2022 | 445 | 451.3847 | $200,866.21 | Sale | 6/30/2021 | (114) | 556.4300 | ($63,433.02) |
| Purchase | 6/16/2022 | 8,190 | 387.0871 | $3,170,243.41 | Sale | 6/30/2021 | (300) | 558.8883 | ($167,666.50) |
| Purchase | 6/17/2022 | 8,190 | 393.0711 | $3,219,252.00 | Sale | 7/1/2021 | (421) | 563.5737 | ($237,264.54) |

**Norges**

LIFO Loss in SVB Financial Group Common Stock
Class period: 11/05/20 - 03/10/23
CUSIP: 78486Q101
Retained share price: $0.6411 (03/28/23 - 05/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/17/2022 | 627 | 399.7600 | $250,649.52 | Sale | 7/2/2021 | (422) | 562.9742 | ($237,575.13) |
| Purchase | 7/27/2022 | 306 | 375.7882 | $114,991.19 | Sale | 7/27/2021 | (4,545) | 550.5920 | ($2,502,440.85) |
| Purchase | 7/28/2022 | 306 | 384.3654 | $117,615.80 | Sale | 7/27/2021 | (822) | 553.9654 | ($455,359.58) |
| Purchase | 7/29/2022 | 302 | 403.1657 | $121,756.04 | Sale | 7/28/2021 | (817) | 561.3936 | ($458,658.57) |
| Purchase | 8/1/2022 | 308 | 397.3943 | $122,397.43 | Sale | 7/29/2021 | (817) | 566.8825 | ($463,143.04) |
| Purchase | 8/2/2022 | 308 | 396.1210 | $122,005.28 | Sale | 7/30/2021 | (182) | 560.9684 | ($102,096.25) |
| Purchase | 8/17/2022 | 1,378 | 459.8100 | $633,618.18 | Sale | 8/2/2021 | (1,452) | 554.8574 | ($805,652.93) |
| Purchase | 9/8/2022 | 3,731 | 408.2052 | $1,523,013.65 | Sale | 8/3/2021 | (818) | 546.1298 | ($446,734.21) |
| Purchase | 9/14/2022 | 1,300 | 377.0234 | $490,130.46 | Sale | 8/27/2021 | (509) | 572.3890 | ($291,346.01) |
| Purchase | 9/14/2022 | 1,395 | 377.3559 | $526,411.44 | Sale | 8/30/2021 | (510) | 563.2401 | ($287,252.44) |
| Purchase | 9/28/2022 | 1,738 | 341.1188 | $592,864.49 | Sale | 9/1/2021 | (1,017) | 560.3365 | ($569,862.19) |
| Purchase | 9/29/2022 | 1,739 | 336.2954 | $584,817.63 | Sale | 9/2/2021 | (513) | 570.4723 | ($292,652.30) |
| Purchase | 9/30/2022 | 3,469 | 336.7626 | $1,168,229.44 | Sale | 9/28/2021 | (7,413) | 657.9682 | ($4,877,518.43) |
| Purchase | 10/4/2022 | 1,748 | 373.6455 | $653,132.39 | Sale | 9/29/2021 | (2,442) | 657.6225 | ($1,605,914.04) |
| Purchase | 10/20/2022 | 396 | 317.9769 | $125,918.86 | Sale | 9/29/2021 | (616) | 656.1074 | ($404,162.15) |
| Purchase | 10/27/2022 | 4,137 | 228.7242 | $946,231.85 | Sale | 9/30/2021 | (6,338) | 648.2797 | ($4,108,796.68) |
| Purchase | 10/27/2022 | 1,027 | 233.9105 | $240,226.08 | Sale | 9/30/2021 | (1,300) | 669.0150 | ($869,719.50) |
| Purchase | 10/31/2022 | 1,028 | 231.3797 | $237,858.38 | Sale | 10/1/2021 | (1,514) | 667.1837 | ($1,010,116.06) |
| Purchase | 10/31/2022 | 5,968 | 233.0800 | $1,391,021.44 | Sale | 10/4/2021 | (505) | 648.0223 | ($327,251.24) |
| Purchase | 10/31/2022 | 5,968 | 232.3911 | $1,386,909.84 | Sale | 10/15/2021 | (2,511) | 687.9017 | ($1,727,321.06) |
| Purchase | 10/31/2022 | 40 | 232.0000 | $9,280.00 | Sale | 10/27/2021 | (233) | 725.4697 | ($169,034.43) |
| Purchase | 10/31/2022 | 732 | 231.1105 | $169,172.85 | Sale | 10/28/2021 | (234) | 704.6503 | ($164,888.18) |
| Purchase | 11/1/2022 | 1,029 | 229.2822 | $235,931.38 | Sale | 10/29/2021 | (131) | 719.7058 | ($94,281.46) |
| Purchase | 11/2/2022 | 1,100 | 220.5482 | $242,603.02 | Sale | 10/29/2021 | (100) | 719.8844 | ($71,988.44) |
| Purchase | 11/2/2022 | 183 | 219.5489 | $40,177.45 | Sale | 11/1/2021 | (235) | 725.3837 | ($170,465.17) |
| Purchase | 11/3/2022 | 7,543 | 210.8957 | $1,590,786.14 | Sale | 11/2/2021 | (236) | 733.9713 | ($173,217.23) |
| Purchase | 11/14/2022 | 21,220 | 221.9700 | $4,710,203.40 | Sale | 11/18/2021 | (2,978) | 744.7570 | ($2,217,886.48) |
| Purchese | 11/16/2022 | 12,992 | 234.8501 | $3,051,172.51 | Sale | 1/25/2022 | (3,508) | 563.2701 | ($1,975,951.49) |
| Purchase | 11/17/2022 | 4,900 | 222.3056 | $1,089,297.49 | Sale | 1/31/2022 | (35,812) | 579.0760 | ($20,737,870.08) |
| Purchase | 11/18/2022 | 2,947 | 224.4777 | $661,535.86 | Sale | 2/1/2022 | (7,600) | 603.4450 | ($4,586,182.00) |
| Purchase | 11/28/2022 | 1,949 | 218.6029 | $426,057.07 | Sale | 2/24/2022 | (128) | 564.7131 | ($72,283.28) |
| Purchase | 11/29/2022 | 1,949 | 219.6128 | $428,025.33 | Sale | 2/24/2022 | (100) | 551.8600 | ($55,186.00) |
| Purchase | 11/30/2022 | 1,224 | 219.2073 | $268,309.68 | Sale | 2/28/2022 | (100) | 606.6900 | ($60,669.00) |
| Purchase | 12/1/2022 | 1,534 | 230.2063 | $353,136.48 | Sale | 3/1/2022 | (255) | 574.5454 | ($146,509.08) |
| Purchase | 12/2/2022 | 3,092 | 224.2377 | $693,342.89 | Sale | 3/2/2022 | (559) | 585.8433 | ($327,486.40) |

**Norges**

LIFO Loss in SVB Financial Group Common Stock
Class period: 11/05/20 - 03/10/23
CUSIP: 78486Q101
Retained share price: $0.6411 (03/28/23 - 05/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/7/2022 | 1,540 | 207.1887 | $319,070.61 | Sale | 4/26/2022 | (44,100) | 514.5100 | ($22,689,891.00) |
| Purchase | 12/8/2022 | 1,540 | 218.0215 | $335,753.17 | Sale | 5/23/2022 | (2,021) | 444.4420 | ($898,217.19) |
| Purchase | 12/9/2022 | 1,540 | 221.4715 | $341,066.13 | Sale | 5/24/2022 | (7,063) | 427.1710 | ($3,017,108.96) |
| Purchase | 12/12/2022 | 1,541 | 223.2365 | $344,007.48 | Sale | 5/26/2022 | (1,215) | 463.6198 | ($563,298.08) |
| Purchase | 12/13/2022 | 1,541 | 234.4618 | $361,305.61 | Sale | 5/27/2022 | (700) | 474.7329 | ($332,313.00) |
| Purchase | 1/6/2023 | 429 | 240.7223 | $103,269.85 | Sale | 5/27/2022 | (1,649) | 482.8504 | ($796,220.37) |
| Purchase | 1/11/2023 | 912 | 254.9781 | $232,540.05 | Sale | 5/31/2022 | (4,485) | 488.0148 | ($2,188,746.54) |
| Purchase | 1/12/2023 | 850 | 253.8368 | $215,761.32 | Sale | 6/24/2022 | (1,506) | 415.5200 | ($625,773.12) |
| Purchase | 1/13/2023 | 200 | 244.9225 | $48,984.50 | Sale | 10/20/2022 | (15,854) | 303.1717 | ($4,806,484.08) |
| Purchase | 1/13/2023 | 1,357 | 251.3583 | $341,093.19 | Sale | 11/18/2022 | (4,491) | 222.5913 | ($999,657.53) |
| Purchase | 1/17/2023 | 1,364 | 257.5645 | $351,317.94 | Sale | 11/22/2022 | (10,574) | 215.7000 | ($2,280,811.80) |
| Purchase | 1/18/2023 | 433 | 256.1028 | $110,892.53 | Sale | 11/22/2022 | (24,574) | 216.0548 | ($5,309,330.16) |
| Purchase | 1/18/2023 | 1,375 | 256.7357 | $353,011.64 | Sale | 12/13/2022 | (4,476) | 233.5535 | ($1,045,385.34) |
| Purchase | 1/26/2023 | 8,374 | 293.6772 | $2,459,252.70 | Sale | 1/20/2023 | (15,997) | 286.3203 | ($4,580,266.37) |
| Purchase | 1/27/2023 | 10,135 | 301.2798 | $3,053,470.39 | Sale | 1/23/2023 | (8,578) | 304.2230 | ($2,609,625.14) |
| Purchase | 2/7/2023 | 1,627 | 315.8603 | $513,904.76 | Sale | 1/25/2023 | (2,100) | 293.3417 | ($616,017.59) |
| Purchase | 2/27/2023 | 1,175 | 286.5029 | $336,640.86 | Sale | 1/25/2023 | (4,836) | 293.8085 | ($1,420,858.08) |
| Purchase | 2/28/2023 | 11,164 | 292.7261 | $3,267,994.31 | Sale | 1/31/2023 | (10,205) | 298.0653 | ($3,041,756.60) |
| Purchase | 2/28/2023 | 1,194 | 290.0432 | $346,311.61 | | | | | |
| Purchase | 3/1/2023 | 1,194 | 283.0876 | $338,006.56 | Retained | | (183,073) | 0.6411 | ($117,361.81) |
| | | 504,877 | | $220,507,530.08 | | | (504,877) | | ($145,132,013.58) |

**LIFO Loss Common Stock    ($75,375,516.50)**

**Norges**

LIFO Loss in SVB Financial Group Notes

Class period: 11/05/20 - 03/10/23

| Transaction | Date | Face Amount | Par Value | Cost | Transaction | Date | Face Amount | Par Value | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **78486QAH4: SIVB 2.1% Senior Notes, 05/15/28 maturity** | | | | | | | | | |
| | | | | | Sale | 3/13/2023 | (7,000,000) | 44.0000 | ($3,080,000.00) |
| | | | | | Sale | 3/13/2023 | (2,100,000) | 44.5000 | ($934,500.00) |
| | | | | | Sale | 3/13/2023 | (2,900,000) | 44.5000 | ($1,290,500.00) |
| | | | | | Sale | 3/13/2023 | (3,000,000) | 43.0000 | ($1,290,000.00) |
| | | | | | Sale | 3/13/2023 | (5,000,000) | 44.3750 | ($2,218,750.00) |
| | | | | | Sale | 3/13/2023 | (5,000,000) | 43.5000 | ($2,175,000.00) |
| | | | | | Sale | 3/13/2023 | (5,000,000) | 44.7500 | ($2,237,500.00) |
| Purchase | 5/6/2021 | 35,000,000 | 99.8830 | $34,959,050.00 | Sale | 3/13/2023 | (5,000,000) | 44.0000 | ($2,200,000.00) |
| | | 35,000,000 | | $34,959,050.00 | | | (35,000,000) | | ($15,426,250.00) |
| | | | | | | | | **78486QAH4 Loss** | **($19,532,800.00)** |
| **78486QAR2: SIVB 4.345% Senior Fixed Rate/Floating Rate Notes, 04/29/28 maturity** | | | | | | | | | |
| | | | | | Sale | 3/10/2023 | (10,000,000) | 41.7500 | ($4,175,000.00) |
| | | | | | Sale | 3/10/2023 | (5,000,000) | 42.5000 | ($2,125,000.00) |
| | | | | | Sale | 3/13/2023 | (10,000,000) | 50.0000 | ($5,000,000.00) |
| | | | | | Sale | 3/13/2023 | (3,000,000) | 51.0000 | ($1,530,000.00) |
| Purchase | 4/26/2022 | 35,000,000 | 100.0000 | $35,000,000.00 | Sale | 3/13/2023 | (7,000,000) | 45.5000 | ($3,185,000.00) |
| | | 35,000,000 | | $35,000,000.00 | | | (35,000,000) | | ($16,015,000.00) |
| | | | | | | | | **78486QAR2 Loss** | **($18,985,000.00)** |
| **78486QAS0: SIVB 4.570% Senior Fixed Rate/Floating Rate Notes, 04/29/33 maturity** | | | | | | | | | |
| | | | | | Sale | 3/10/2023 | (5,000,000) | 61.2500 | ($3,062,500.00) |
| | | | | | Sale | 3/10/2023 | (2,800,000) | 61.7500 | ($1,729,000.00) |
| | | | | | Sale | 3/10/2023 | (7,200,000) | 61.0000 | ($4,392,000.00) |
| | | | | | Sale | 3/10/2023 | (8,000,000) | 38.0000 | ($3,040,000.00) |
| | | | | | Sale | 3/10/2023 | (500,000) | 38.0000 | ($190,000.00) |
| | | | | | Sale | 3/10/2023 | (1,500,000) | 38.0000 | ($570,000.00) |
| | | | | | Sale | 3/10/2023 | (10,000,000) | 37.0000 | ($3,700,000.00) |
| Purchase | 4/26/2022 | 45,000,000 | 100.0000 | $45,000,000.00 | Sale | 3/10/2023 | (10,000,000) | 38.1250 | ($3,812,500.00) |
| | | 45,000,000 | | $45,000,000.00 | | | (45,000,000) | | ($20,496,000.00) |
| | | | | | | | | **78486QAS0 Loss** | **($24,504,000.00)** |
| | | | | | | | | **TOTAL LIFO Loss** | **($138,397,316.50)** |

**AP7**

LIFO Loss in SVB Financial Group
Class period: 11/05/20 - 03/10/23
CUSIP: 78486Q101
Retained share price: $0.6411 (03/28/23 - 05/11/23)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 57,742 | | | Sale* | 3/28/2023 | (2,711) | 0.4000 | ($1,084.40) |
| | | | | | Sale* | 3/30/2023 | (55,031) | 1.2910 | ($71,045.02) |
| | | | | | | | (57,742) | | ($72,129.42) |
| Purchase | 12/7/2020 | 4,010 | 354.9600 | $1,423,389.60 | | | | | |
| Purchase | 12/7/2020 | 437 | 354.9600 | $155,117.52 | | | | | |
| Purchase | 1/26/2021 | 800 | 482.1100 | $385,688.00 | | | | | |
| Purchase | 3/10/2021 | 1,086 | 526.7608 | $572,062.23 | | | | | |
| Purchase | 3/17/2021 | 422 | 539.8215 | $227,804.67 | | | | | |
| Purchase | 3/24/2021 | 639 | 493.4646 | $315,323.88 | | | | | |
| Purchase | 3/31/2021 | 686 | 495.4127 | $339,853.11 | | | | | |
| Purchase | 5/12/2021 | 424 | 562.9625 | $238,696.10 | | | | | |
| Purchase | 5/19/2021 | 391 | 554.0033 | $216,615.29 | | | | | |
| Purchase | 6/11/2021 | 300 | 561.7900 | $168,537.00 | | | | | |
| Purchase | 6/30/2021 | 100 | 556.4300 | $55,643.00 | | | | | |
| Purchase | 8/31/2021 | 1,463 | 559.4726 | $818,508.41 | | | | | |
| Purchase | 11/24/2021 | 1,712 | 738.6798 | $1,264,619.82 | Sale | 7/7/2021 | (404) | 551.9578 | ($222,990.95) |
| Purchase | 11/30/2021 | 4,120 | 692.3300 | $2,852,399.60 | Sale | 7/14/2021 | (488) | 576.4610 | ($281,312.97) |
| Purchase | 12/1/2021 | 521 | 696.3020 | $362,773.34 | Sale | 7/21/2021 | (644) | 573.4602 | ($369,308.37) |
| Purchase | 12/8/2021 | 546 | 710.2749 | $387,810.10 | Sale | 8/18/2021 | (425) | 563.0306 | ($239,288.01) |
| Purchase | 5/19/2022 | 23,138 | 436.9625 | $10,110,438.33 | Sale | 6/21/2022 | (3,916) | 402.8200 | ($1,577,443.12) |
| Purchase | 5/31/2022 | 2,500 | 488.5700 | $1,221,425.00 | Sale | 9/28/2022 | (5,209) | 343.7200 | ($1,790,437.48) |
| Purchase | 7/6/2022 | 135 | 409.5796 | $55,293.25 | Sale | 12/21/2022 | (242) | 217.3500 | ($52,598.70) |
| Purchase | 8/15/2022 | 3,916 | 465.4000 | $1,822,506.40 | Sale | 12/21/2022 | (993) | 217.3500 | ($215,828.55) |
| Purchase | 9/29/2022 | 1,363 | 337.9300 | $460,598.59 | Sale | 1/4/2023 | (323) | 240.0600 | ($77,539.38) |
| Purchase | 11/18/2022 | 5,959 | 223.5300 | $1,332,015.27 | Sale | 1/4/2023 | (1,192) | 240.0600 | ($286,151.52) |
| Purchase | 12/12/2022 | 885 | 223.4000 | $197,709.00 | Sale | 1/11/2023 | (2,153) | 254.9900 | ($548,993.47) |
| Purchase | 1/19/2023 | 14,739 | 249.2563 | $3,673,788.61 | | | | | |
| Purchase | 1/27/2023 | 321 | 293.9500 | $94,357.95 | Sale* | 3/28/2023 | (19,506) | 0.4000 | ($7,802.40) |
| Purchase | 2/28/2023 | 1,389 | 288.1080 | $400,182.01 | Sale* | 3/28/2023 | (36,507) | 0.4000 | ($14,602.80) |
| | | 72,002 | | $29,153,156.07 | | | (72,002) | | ($5,684,297.71) |

**LIFO Loss ($23,468,858.36)**

*Shares sold within 90 days after the end of the class period have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the sale.*