1  **BLEICHMAR FONTI & AULD LLP**
   Lesley E. Weaver (SBN 191305)
2  lweaver@bfalaw.com
   1330 Broadway, Suite 630
3  Oakland, California 94612
   Telephone: (415) 445-4003
4  Facsimile: (415) 445-4020

5  *Local Counsel for Proposed Lead Plaintiff*
   *KBC Asset Management NV*
6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

9  ------------------------------------------------------- x
10 CHANDRA VANIPENTA, Individually and  :  Case No.: 3:23-cv-01097-JD
   on behalf of all others similarly situated ,  :
11                                        :  **NOTICE OF CHANGE OF ADDRESS**
                         Plaintiff,       :
12                                        :  JUDGE: Hon. James Donato
        v.                                :
13                                        :
   SVB FINANCIAL GROUP, GREG W.           :
14 BECKER, and DANIEL BECK ,              :
                                          :
15                       Defendants.      :
16 ------------------------------------------------------- x

17 *[Caption continued on next page]*

18

19

20

21

22

23

24

25

26

27

28

|   |   |   |
|---|---|---|
| 1 | ------------------------------------------------------- x | |
|   | ELLIOT SNOOK, Individually and on Behalf : | Case No.: 3:23-cv-01173-JD |
| 2 | of All Others Similarly Situated, : | |
|   |   :   | |
| 3 | Plaintiff, : | |
|   |   :   | |
| 4 | v. : | |
|   |   :   | |
| 5 | SVB FINANCIAL GROUP, GREG W. : | |
| 6 | BECKER, and DANIEL J. BECK, : | |
|   |   :   | |
| 7 | Defendants. : | |
|   | ------------------------------------------------------- x | |
| 8 | ------------------------------------------------------- x | |
|   | AIZAZ SIDDIQUI, Individually and On : | Case No.: 3:23-cv-01228-JD |
| 9 | Behalf of All Others Similarly Situated, : | |
| 10 |   :   | |
|   | Plaintiff, : | |
| 11 |   :   | |
|   | v. : | |
| 12 |   :   | |
| 13 | GREG W. BECKER and DANIEL J. BECK, : | |
|   |   :   | |
| 14 | Defendants. : | |
|   | ------------------------------------------------------- x | |

|   |   |   |
|---|---|---|
| 1 | ------------------------------------------------------- x | |
|   | CITY OF HIALEAH EMPLOYEES' : | Case No.: 3:23-cv-01697-JD |
| 2 | RETIREMENT SYSTEM, ASBESTOS : | |
|   | WORKERS PHILADELPHIA WELFARE : | |
| 3 | AND PENSION FUND, and HEAT & : | |
|   | FROST INSULATORS LOCAL 12 FUNDS, : | |
| 4 | on behalf of themselves and all others : | |
|   | similarly situated, : | |
| 5 | : | |
|   | Plaintiffs, : | |
| 6 | : | |
| 7 | v. : | |
|   | : | |
| 8 | GREG W. BECKER, DANIEL J. BECK, : | |
|   | KAREN HON, ROGER F. DUNBAR, : | |
| 9 | BEVERLY KAY MATTHEWS, ERIC A. : | |
|   | BENHAMOU, ELIZABETH BURR, JOHN : | |
| 10 | S. CLENDENING, RICHARD D. DANIELS, : | |
|   | ALISON DAVIS, JOEL P. FRIEDMAN, : | |
| 11 | THOMAS KING, JEFFREY N. : | |
| 12 | MAGGIONCALDA, MARY J. MILLER, : | |
|   | KATE D. MITCHELL, JOHN F. : | |
| 13 | ROBINSON, GAREN K. STAGLIN, : | |
|   | GOLDMAN SACHS & CO. LLC, BofA : | |
| 14 | SECURITIES, INC., MORGAN STANLEY : | |
|   | & CO. LLC, KEEFE, BRUYETTE & : | |
| 15 | WOODS, INC., and KPMG, LLP, : | |
| 16 | : | |
|   | Defendants. : | |
| 17 | ------------------------------------------------------- x | |
| 18 | ------------------------------------------------------- x | |
|   | INTERNATIONAL UNION OF : | Case No.: 3:23-cv-01962-JD |
| 19 | OPERATING ENGINEERS LOCAL 132 : | |
|   | PENSION FUND, individually and on behalf : | |
| 20 | of all others similarly situated, : | |
| 21 | : | |
|   | Plaintiff, : | |
| 22 | : | |
| 23 | v. : | |
|   | : | |
| 24 | SVB FINANCIAL GROUP, GREGORY W. : | |
|   | BECKER and DANIEL J. BECK, : | |
| 25 | : | |
|   | Defendants. : | |
| 26 | ------------------------------------------------------- x | |
| 27 | | |
| 28 | | |

NOTICE OF CHANGE OF ADDRESS
CASE NOS. 3:23-cv-01097-JD; 3:23-cv-01173-JD; 3:23-cv-01228-JD; 3:23-cv-01697-JD; 3:23-cv-01962-JD; 5:23-cv-02277

```
------------------------------------------------------- x
KIM STEVENSON and HOWARD                        :   Case No.: 5:23-cv-02277
TARLOW, individually and on behalf of all       :
others similarly situated,                      :
                                                :
                    Plaintiffs,                 :
                                                :
        v.                                      :
                                                :
GREG W. BECKER, DANIEL J. BECK,                 :
ROGER F. DUNBAR, KAREN HON, ERIC                :
A. BENHAMOU, JOHN S. CLENDENING,                :
RICHARD D. DANIELS, ALISON DAVIS,               :
JOEL P. FRIEDMAN, JEFFREY N.                    :
MAGGIONCALDA, BEVERLY KAY                       :
MATTHEWS, MARY J. MILLER, KATE D.               :
MITCHELL, JOHN F. ROBINSON, GAREN               :
K. STAGLIN, and KPMG LLP,                       :
                                                :
                    Defendants.                 :
------------------------------------------------------- x
```

1  **TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that the Oakland office of Bleichmar Fonti & Auld LLP has

3  changed its address to:

Bleichmar Fonti & Auld LLP
1330 Broadway, Suite 630
Oakland, California 94612

The firm's telephone numbers, fax numbers, email addresses, and website remain the same.

Dated:  May 26, 2023

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**
By:  s/ *Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (510) 380-5200

*Local Counsel for Proposed Lead Plaintiff
KBC Asset Management NV*

---

NOTICE OF CHANGE OF ADDRESS
CASE NOS. 3:23-cv-01097-JD; 3:23-cv-01173-JD; 3:23-cv-01228-JD; 3:23-cv-01697-JD; 3:23-cv-01962-JD; 5:23-cv-02277

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

/s/ *Lesley E. Weaver*
Lesley E. Weaver