| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
| | jkramer@orrick.com |
| 2 | ALEXANDER K. TALARIDES (SBN 268068) |
| | atalarides@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:     (415) 773-5700 |
| | Facsimile:      (415) 773-5759 |
| 6 | |
| | Attorneys for Defendant Greg W. Becker |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANDRA VANIPENTA, Individually and on Behalf of All Others Similarly Situated, | | Case No. 3:23-cv-01097-JD |
| Plaintiff, | | **DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| v. | | |
| SVB FINANCIAL GROUP, GREG W. BECKER, and DANIEL BECK, | | |
| Defendants. | | Judge:  James Donato |

*additional caption next page…*

| | |
|---|---|
| KIM STEVENSON and HOWARD TARLOW, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREG W. BECKER, DANIEL J. BECK, ROGER F. DUNBAR, KAREN HON, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, BEVERLY KAY MATTHEWS, MARY J. MILLER, KATE D. MITCHELL, JOHN F. ROBINSON, GAREN K. STAGLIN, and KPMG LLP,<br><br>    Defendants. | Case No. 4:23-cv-02277-HSG<br><br>Judge: Haywood S. Gilliam, Jr. |
| STEPHEN ROSSI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG W. BECKER, DANIEL J. BECK, ROGER F. DUNBAR, KAREN HON, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, BEVERLY KAY MATTHEWS, MARY J. MILLER, KATE D. MITCHELL, JOHN F. ROBINSON, GAREN K. STAGLIN, KPMG LLP, BENHAMOU GLOBAL VENTURES, LLC, FIFTH ERA, LLC, and SCALE VENTURE PARTNERS,<br><br>    Defendants. | Case No. 3:23-cv-02335-TLT<br><br>Judge: Trina L. Thompson |

I, Alexander K. Talarides, declare as follows:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Defendant Greg W. Becker ("Defendant"). I submit this Declaration in support of Mr. Becker's contemporaneously filed Administrative Motion to consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12 (the "Motion"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would competently testify to these matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed in this action, *Vanipenta v. SVB Financial Group, et al.*, Case No. 3:23-cv-01097-JD (the "Vanipenta Action").

3. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed in the action captioned *Stevenson and Tarlow v. Becker et al.*, Case No. 4:23-cv-02277-HSG (the "Stevenson Action"), removed to federal court on May 10, 2023.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Complaint filed in the action captioned *Rossi v. Becker et al.*, Case No. 3:23-cv-02335-TLT (the "Rossi Action" and collectively with the Vanipenta Action and Stevenson Action, the "Actions"), removed to federal court on May 12, 2023.

5. My colleague Tristan Allen and I contacted Laurence M. Rosen, counsel for plaintiffs in the Vanipenta Action, by email on May 18, 2023, to confirm that Plaintiff Vanipenta does not oppose the Motion. As of May 26, 2023, we have received no response from counsel for Plaintiff Vanipenta.

6. My colleague Tristan Allen and I contacted Adam E. Polk and Daniel C. Girard, counsel for plaintiffs in the Stevenson Action, on May 18, 2023; May 22, 2023; May 24, 2023; and May 25, 2023, to confirm that Plaintiffs Stevenson and Tarlow do not oppose the Motion. As of May 26, 2023, a stipulation of non-opposition was not possible under Local Rule 7-11 because after rounds of meeting and conferring the parties could not agree on the finalized language in the Motion.

7. My colleague Tristan Allen and I contacted David Hall, counsel for plaintiffs in

the Rossi Action, on May 18, 2023; May 22, 2023; May 24, 2023; and May 25, 2023, to confirm that Plaintiff Rossi does not oppose the Motion. As of May 26, 2023, a stipulation of non-opposition was not possible under Local Rule 7-11 because after rounds of meeting and conferring the parties could not agree on the finalized language in the Motion.

8. My colleague Tristan Allen and I conferred with Jennifer Windom and Daniel Ketani, counsel for Defendant Daniel Beck in the Actions, by email on May 16, 2023, in connection with the Motion. Counsel advised us that Mr. Beck does not oppose the Motion.

9. My colleague Tristan Allen and I conferred with Lisa Bugni, counsel for Defendant KPMG LLP in the Stevenson and Rossi Actions, by email on May 18, 2023, in connection with the Motion. Counsel advised us that KPMG LLP does not oppose the Motion.

10. My colleague Tristan Allen and I conferred with Michael G. Bongiorno, Timothy J. Perla, and Erika Schutzman, counsel for Defendants Roger F. Dunbar, Eric A. Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, John F. Robinson, and Garen K. Staglin in the Stevenson and Rossi Actions, and Defendants Benhamou Global Ventures, LLC, Fifth Era, LLC, and Scale Venture Partners in the Rossi Action, by email on May 18, 2023, in connection with the Motion. Counsel advised us that Defendants do not oppose the Motion.

11. My colleague Tristan Allen and I contacted Jessica Djilani, counsel for Defendant Karen Hon in the Stevenson and Rossi Actions, by email on May 18, 2023, to confirm that Ms. Hon does not oppose the Motion. Counsel advised us that Ms. Hon does not oppose the Motion.

12. My colleague Tristan Allen and I conferred with Richard H. Zelichov, counsel for Defendant John S. Clendening in the Stevenson and Rossi Actions, by email on May 18, 2023, in connection with the Motion. Counsel advised us that Mr. Clendening does not oppose the Motion.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on May
2  26, 2023, in San Francisco, California.

3
4  ORRICK, HERRINGTON & SUTCLIFFE LLP

5  _____*/s/ Alexander K. Talarides*_____
   Alexander K. Talarides
6
7  Attorney for Defendant Greg W. Becker

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28