# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: September 14, 2023                                Judge: Hon. James Donato

Time: 31 Minutes

Case No.         **3:23-cv-01097-JD**
Case Name        **Chandra Vanipenta v. SVB Financial Group et al**

Attorney(s) for Plaintiff(s):   Jonathan Uslaner/Salvatore Graziano/Naumon Amjed
                                Lesley Weaver/Lance Oliver/Chris Moriarty
Attorney(s) for Defendant(s):   Jim Kramer/Molly McCafferty/Jennifer Windom

Court Reporter: Kelly Shainline

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motions to consolidate related actions and appoint lead plaintiff and lead counsel -- Held

## NOTES AND ORDERS

The Court hears arguments on the motions for lead plaintiff and lead counsel. Dkt. Nos. 38 and 44.

The Court takes the motions under submission and will issue a written order.