UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SVB Financial Group Securities Litigation | Case No. 3:23-cv-01097-JD<br><br>**SUPPLEMENTAL ORDER RE CLASS COUNSEL** |

After appointing Norges and AP7 as lead plaintiffs in this consolidated action, the Court deferred appointment of lead counsel pending plaintiffs' identification of specific lawyers of choice, and not a law firm generally. Dkt. No. 82 at 4. Norges and AP7 have selected Salvatore J. Graziano, of Bernstein Litowitz, and Sharan Nirmul, of Kessler Topaz, to be lead counsel. Dkt. No. 85. Attorneys Graziano and Nirmul are appointed as lead counsel in this consolidated action. *See In re Cavanaugh*, 306 F.3d 726, 734 (9th Cir. 2002) (citations omitted).

**IT IS SO ORDERED.**

Dated: December 28, 2023

JAMES DONATO
United States District Judge