UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 23-cv-01097-NW<br><br>**CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY W. BECKER, et al.,<br><br>    Defendants. | Case No. 24-cv-00478-NW |
| STEVEN J. BUCHANAN,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY W. BECKER, et al.,<br>    Defendants. | Case No. 24-cv-02684-NW |

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to File Motion for Class Certification (if applicable) | **Motions**: January 9, 2026<br>**Responses**: January 23, 2026<br>**Replies**: January 30, 2026 |
| Hearing on Motion for Class Certification (if applicable) | March 4, 2026 |
| Close of Fact Discovery | March 13, 2026 |
| Opening Expert Reports | April 10, 2026 |
| Rebuttal Expert Reports | May 08, 2026 |

| Scheduled Event | Date |
| --- | --- |
| Close of Expert Discovery | May 29, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: June 19, 2026<br>**Responses**: July 03, 2026<br>**Replies**: July 10, 2026 |
| Hearing on Dispositive and *Daubert* Motions | August 12, 2026 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | September 30, 2026 |
| Final Pretrial Conference | October 14, 2026 at 2:00 p.m. |
| Trial | October 26, 2026 at 9:00 a.m. |
| Length of trial | Approx. 10 days |

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
Noël Wise
United States District Judge

2