# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: March 7, 2024            Judge:  Hon. James Donato

Time: 14  Minutes

Case No.       **3:23-cv-01097-JD**
Case Name     **In re SVB Financial Group Securities Litigation**

Attorney(s) for Plaintiff(s):    Salvatore Graziano/Sharan Nirmul/Stacey Kaplan/Luke Brooks/Jesse Jensen
Attorney(s) for Defendant(s):   Chris Johnstone/Lisa Bugni/Richard Marooney/Richard Zelichov/Jennifer Windom/Timothy Perla/Daniel Ketani
Adam Hakki/Joshua Ebersole/Erika Schutzman/James Kramer
Alexander Talarides/Tristan Allen

Deputy Clerk:  Lisa R. Clark                     Court Reporter: Stephen Franklin

## PROCEEDINGS

Status conference -- Held.

## NOTES AND ORDERS

Defendants will file joint motions to dismiss for (1) claims under the Securities Act of 1933; and (2) claims under the Securities Exchange Act of 1934.  KPMG will file its own motion.

For the 33 Act motion, the opening and opposition briefs will not exceed 25 pages, and the reply will not exceed 10 pages.  For the 34 Act motion, the opening and opposition briefs will not exceed 35 pages, and the reply will not exceed 15 pages.  For KPMG's motion, the opening and opposition briefs will not exceed 15 pages, and the reply will not exceed 10 pages.

All motions to dismiss will be filed by April 3, 2024.  Plaintiffs will file oppositions by May 3, 2024.  Replies may be filed by May 24, 2024.

For Dkt. No. 91, defendants will oppose plaintiffs' request to lift the PSLRA discovery stay by March 14, 2024.  Plaintiffs may reply by March 21, 2024.