1  LISA R. BUGNI (SBN 323962)
     lbugni@kslaw.com
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, CA 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318 1300

5  RICHARD T. MAROONEY (admitted *pro hac vice*)
     rmarooney@kslaw.com
6  1185 Avenue of the Americas
   New York, NY 10036
7  Telephone: (212) 556-2100

8  KEVIN J. O'BRIEN (admitted *pro hac vice*)
     kobrien@kslaw.com
9  1180 Peachtree St NE Suite 1600
   Atlanta, GA 30309
10 Telephone: (404) 572-4600

11

12 *Attorneys for Defendant KPMG LLP*

13

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Master Case No. 3:23-cv-01097-JD |
|---|---|
| | Consolidated Case Nos. 3:23-cv-01173-JD; 3:23-cv-01228-JD; 3:23-cv-01697-JD; 3:23-cv-01962-JD |
| | **DECLARATION OF LISA BUGNI IN SUPPORT OF DFENDANT KPMG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| | *[Filed Concurrently with Notice of Motion and Motion to Dismiss, [Proposed] Order, and Request for Judicial Notice]* |
| | Date:  August 1, 2024<br>Time:  10:00 a.m.<br>Judge: The Honorable James Donato<br>Ctrm:  Courtroom 11, 19th Floor |

DECLARATION OF LISA BUGNI                                    Case No. 3:23-cv-01097

**DECLARATION OF LISA BUGNI**

Pursuant to 28 U.S.C. § 1746, I, Lisa Bugni, declare as follows:

1. I am a member of the State Bar of California and a partner in the law firm of King & Spalding LLP, counsel for Defendant KPMG LLP ("KPMG"). I submit this declaration in support of KPMG's Notice of Motion and Motion to Dismiss Consolidated Amended Class Action Complaint. I make this declaration based on firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of SVB Financial Group's ("SVBFG") Form 10-K for the year ending December 31, 2020, dated March 1, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of SVBFG's Form 10-K for the year ending December 31, 2021, dated March 1, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of the May 3, 2021 Report of Joint Examination to Silicon Valley Bank ("SVB") from the Federal Reserve Bank of San Francisco and California Department of Business Oversight.

5. Attached hereto as Exhibit D is a true and correct copy of the November 2, 2021 letter to SVB from the Federal Reserve Bank of San Francisco.

6. Attached hereto as Exhibit E is a true and correct copy of an August 17, 2022 letter to SVB from the Federal Reserve Bank of San Francisco and California Department of Business Oversight.

7. Attached hereto as Exhibit F is a true and correct copy of the Board of Governor's of the Federal Reserve System's April 28, 2023 Review of the Federal Reserve's Supervision and Regulation of Silicon Valley Bank.

8. Attached hereto as Exhibit G is a certified transcript of the December 20, 2023 Board Meeting of the Financial Accounting Standards Board ("FASB"), the video of which is posted on the FASB's website at https://www.fasb.org/news-and-meetings/past-meetings and available on the FASB's YouTube page at https://www.youtube.com/watch?v=h_W26E0lWak.

9. Attached hereto as Exhibit H is a true and correct copy of the Tentative Board Decisions for the FASB's December 20, 2023 Board Meeting, available at

1  https://www.fasb.org/page/PageContent?pageId=/news_and_meetings/past-meetings/12-20-
2  23.html&bcpath=tff.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed on April 3, 2024, at San Francisco, California.

_____
Lisa Bugni