| | |
|---|---|
| 1 | Adam S. Hakki (appearance *pro hac vice*) |
| 2 | (ahakki@aoshearman.com)<br>Daniel C. Lewis (appearance *pro hac vice*) |
| 3 | (daniel.lewis@aoshearman.com)<br>Joshua T. Ebersole (appearance *pro hac vice*) |
| 4 | (joshua.ebersole@aoshearman.com)<br>ALLEN OVERY SHEARMAN STERLING |
| 5 | US LLP<br>599 Lexington Avenue |
| 6 | New York, NY 10022<br>Tel: (212) 848-4000 |
| 7 | Daniel H.R. Laguardia (SBN 314654) |
| 8 | (daniel.laguardia@aoshearman.com)<br>140 New Montgomery Street, 10th Floor |
| 9 | San Francisco, CA 94105<br>Tel: (415) 616-1145 |
| 10 | *Counsel for Defendants Goldman* |
| 11 | *Sachs & Co. LLC, BofA Securities, Inc.,*<br>*Morgan Stanley & Co. LLC, and Keefe,* |
| 12 | *Bruyette & Woods, Inc.* |
| 13 | [Additional counsel on signature page to ECF No. 125] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Master File No. 3:23-cv-01097-JD<br>Consolidated Case Nos. 3:23-cv-01173-JD; 3:23-cv-01228-JD; 3:23-cv-01697-JD; 3:23-cv-01962-JD<br><br>**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)** |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I, Adam S. Hakki, attest that, at my direction, my firm obtained the concurrence of all of the counsel listed on the signature page of Defendants' Notice of Motion to Dismiss Claims Under the Securities Act of 1933 (Counts IV, V, and VI); Memorandum of Points and Authorities in Support of Motion to Dismiss (ECF No. 125) at the time of filing that document on April 3, 2024.

DATED:  August 29, 2024                    /s/ Adam S. Hakki
                                            Adam S. Hakki