1  LISA R. BUGNI (SBN 323962)
     *lbugni@kslaw.com*
2  KING & SPALDING LLP
   50 California Street, Suite 3300
3  San Francisco, CA 94111
   Telephone: (415) 318-1200
4  Facsimile: (415) 318-1300

5  RICHARD T. MAROONEY (admitted *pro hac vice*)
     *rmarooney@kslaw.com*
6  1185 Avenue of Americas
   New York, NY 10036
7  Telephone: (212) 556-2100

8  KEVIN J. O'BRIEN (admitted *pro hac vice*)
     *kobrien@kslaw.com*
9  1180 Peachtree St NE Suite 1600
   Atlanta, GA 30309
10 Telephone: (404) 572-4600

11 *Attorneys for Defendant KPMG LLP*

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION

| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Master Case No. 5:23-cv-01097-NW |
|---|---|
| | **DEFENDANT KPMG LLP'S NOTICE OF FILING MATERIALS PRESENTED AT APRIL 15, 2025 CASE MANAGEMENT CONFERENCE** |
| | Judge: The Honorable Noël Wise |

1   PLEASE TAKE NOTICE that pursuant to the Court's Standing Order for All Civil Cases,
2  and the Court's Minute Entry dated April 16, 2025 (ECF 117), Defendant KPMG LLP files the
3  attached materials presented by its counsel at the Case Management Conference held on April 15,
4  2025.

5  DATED:  April 16, 2025

KING & SPALDING LLP

By: */s/ Lisa R. Bugni*
LISA R. BUGNI
*Attorneys for Defendant KPMG LLP*