JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:      +1 415 773 5759

KEVIN M. ASKEW (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA  90071
Telephone:     +1 213 629 2020
Facsimile:      +1 213 612 2499

Attorneys for Defendant Gregory W. Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 3:23-cv-01097-NW **DEFENDANT GREGORY W. BECKER'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** Judge:    Honorable Noël Wise |

Defendant Gregory W. Becker ("Defendant Becker"), by and through his undersigned counsel, hereby answers and asserts defenses to the Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws (the "CAC") filed by Lead Plaintiffs Norges Bank and Sjunde AP-Fonden (collectively "Plaintiffs").

**RESPONSES TO INDIVIDUAL PARAGRAPHS**

Numbered paragraphs below correspond to the like-numbered paragraphs in the CAC. Except as specifically admitted, Defendant Becker denies the allegations in the CAC, including without limitation the Table of Contents, headings, subheadings, and footnotes contained within the CAC. Plaintiffs' CAC contains 701 footnotes. Any allegations contained therein do not comply with Federal Rule of Civil Procedure 10(b), providing that allegations be stated "in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b); *see, e.g., Bernath v. YouTube LLC,* 2017 WL 1050070, at *2 (M.D. Fla. Mar. 20, 2017) ("Plaintiff also alleges facts in various and lengthy footnotes that will not be considered as they are not properly stated in numbered paragraphs pursuant to Fed. R. Civ. P. 10(b)."); *Holmes v. Gates,* 2010 WL 956412, at *1 n.1 (M.D. Pa. Mar. 11, 2010) ("[T]he use of…footnotes run counter to the pleading requirements set forth by Federal Rule of Civil Procedure 10(b)."). No response is therefore required to the CAC's footnotes. In any event, except as expressly admitted, Defendant Becker denies any and all allegations contained in footnotes 1 through 701.

1. Defendant Becker admits that Paragraph 1 purports to describe Plaintiffs' claims. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 1.

2. Defendant Becker admits that Defendant Beck once served as CFO and Defendant Becker once served as CEO of SVB. Defendant Becker admits that SVB filed for bankruptcy, that the FDIC took the bank into receivership, and that certain congressional committees held hearings regarding the circumstances leading to SVB being placed into receivership. The remaining allegations in Paragraph 2—including any and all superfluous descriptions or characterizations of factual events beyond the fact that those events occurred—are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 2 except those expressly

admitted.

3.      Defendant Becker admits that SVB announced its full-year 2020 financial results on January 21, 2021.  Defendant Becker admits that SVB announced that the Bank would raise $1.25 billion in the form of debt and preferred stock offerings on January 26, 2021.  Defendant Becker admits that the fourth sentence of Paragraph 3 purports to selectively quote and paraphrase documents filed by SVB with the SEC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 3.

4.      Defendant Becker admits that Paragraph 4 purports to selectively quote and paraphrase documents filed by SVB with the SEC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 4.

5.      Defendant Becker denies the allegations in Paragraph 5.

6.      Defendant Becker admits that Paragraph 6 purports to selectively quote and paraphrase from certain of SVB's "Quarterly Reports" (as defined in the Complaint) and a transcript of the SVB Q2 2021 Earnings Conference Call that occurred on July 22, 2021, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 6.

7.      Defendant Becker admits that the Paragraph 7 purports to selectively cite and paraphrase documents filed by SVB with the SEC, which speak for themselves.  Defendant Becker admits that Paragraph 7 purports to summarize and/or characterize certain accounting standards; however, these portions have been modified, taken out of context and/or are incomplete, and Defendant Becker respectfully refers the Court to the complete accounting standards.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 7.

8.      Defendant Becker denies the allegations in Paragraph 8.

9.      Defendant Becker admits that Paragraph 9 purports to selectively quote and paraphrase an April 28, 2023 report authored by the Federal Reserve (as defined in the Complaint, the "Fed Report"), which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 9.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

10.     Defendant Becker admits that Paragraph 10 purports to selectively quote and paraphrase undefined "letters and reports" authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 10.

11.     Defendant Becker admits that Paragraph 11 purports to selectively quote and paraphrase undefined "letters and reports" authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 11.

12.     Defendant Becker admits that Paragraph 12 purports to selectively quote and paraphrase undefined communications authored by the Federal Reserve and BlackRock Inc., which speak for themselves.  To the extent the allegations in Paragraph 12 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 12.

13.     Defendant Becker denies the allegations in Paragraph 13.

14.     Defendant Becker admits that Paragraph 14 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 14.

15.     Defendant Becker admits that SVB announced the proposed sale of certain SVB investment securities on March 8, 2023.  Defendant Becker admits that the FDIC took control of the Bank on March 10, 2023.  The remaining allegations in Paragraph 15 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the remaining allegations in Paragraph 15.

16.     Defendant Becker admits that SVB filed for bankruptcy on March 17, 2023. Defendant Becker denies the remaining allegations in Paragraph 16.

17.     Defendant Becker admits that Paragraph 17 purports to selectively quote and paraphrase from the Fed Report and the transcripts of hearings held in the United States Senate, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

1   allegations in Paragraph 17.

2          18.    The allegations in Paragraph 18 are legal conclusions and characterizations to which

3   no responsive pleading is required.  To the extent an additional response is required, Defendant

4   Becker admits that the third sentence of Paragraph 18 purports to describe Part One of the

5   Complaint.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

6   Paragraph 18.

7          19.    Defendant Becker admits that Paragraph 19 purports to describe Part Two of the

8   Complaint.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

9   Paragraph 19.

10          20.    The allegations in Paragraph 20 are legal conclusions and characterizations to which

11   no responsive pleading is required.  To the extent an additional response is required, Defendant

12   Becker denies the allegations in Paragraph 20.

13          21.    Defendant Becker admits that SVB conducted eleven offerings of SVB securities

14   between February 2021 and April 2022, which collected approximately $8 billion from investors.

15   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 21.

16          22.    Defendant Becker admits that Paragraph 22 purports to selectively quote and

17   paraphrase from certain "Offering Documents" (as defined in the Complaint), which speak for

18   themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

19   Paragraph 22.

20          23.    Defendant Becker admits that Paragraph 23 purports to selectively quote and

21   paraphrase from certain unspecified analyst reports, as well as communications authored by the

22   Federal Reserve and FDIC, which speak for themselves.  Except to the extent expressly admitted,

23   Defendant Becker denies the allegations in Paragraph 23.

24          24.    Defendant Becker admits that Paragraph 24 purports to selectively quote and

25   paraphrase from the Fed Report, which speaks for itself.  Except to the extent expressly admitted,

26   Defendant Becker denies the allegations in Paragraph 24.

27          25.    The allegations in Paragraph 25 are legal conclusions and characterizations to which

28   no responsive pleading is required.  To the extent an additional response is required, Defendant

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

Becker denies the allegations in Paragraph 25.

26.    Defendant Becker admit that Paragraph 26 purports to describe Plaintiffs' claims. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 26.

27.    Defendant Becker admits that Paragraph 27 purports to describe Plaintiffs' claims in Part One of the Complaint.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 27.

28.    The allegations in Paragraph 28 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as a response is required, Defendant Becker admits that Plaintiffs purport to assert claims arising under §§10(b), 20(a), and 20A of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 28.

29.    The allegations in Paragraph 29 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as a response is required, Defendant Becker admits that Plaintiffs purport to plead jurisdiction pursuant to 28 U.S.C. §§1331 and 1337, and §27 of the Exchange Act, 15 U.S.C. §78aa.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 29.

30.    The allegations in Paragraph 30 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as a response is required, Defendant Becker admits that Plaintiffs purport to plead venue pursuant to 28 U.S.C. §1391(b) and §27 of the Exchange Act, 15 U.S.C. §78aa.

31.    Paragraph 31 states a legal conclusion to which no response is required.

32.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of Paragraph 32, and on that basis denies them. Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegation in the third sentence of Paragraph 32 that Norges purchased or otherwise acquired SVB securities through U.S. domestic transactions during the Class Period, and on that basis denies it. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 32.

33.     Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first two sentences of Paragraph 33, and on that basis denies them. Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegation in the third sentence of Paragraph 33 that Sjunde AP-Fonden purchased or otherwise acquired SVB securities through U.S. domestic transactions during the Class Period, and on that basis denies it. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 33.

34.     Defendant Becker admits that he served as President and Chief Executive Officer of SVB throughout the proposed Class Period, and in that capacity signed SVB's quarterly and annual SEC filings.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 34.

35.     Defendant Becker need not respond to the allegations in Paragraph 35 inasmuch as they are directed at another party.  To the extent a response is required, Defendant Becker admits that Daniel J. Beck served as Chief Financial Officer of SVB throughout the proposed Class Period, and in that capacity signed SVB's quarterly and annual SEC filings.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 35.

36.     Defendant Becker admits that, in his capacity as CEO, he participated in management of certain of SVB's operations.  The remaining allegations in Paragraph 36 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the remaining allegations in Paragraph 36.

37.     Defendant Becker admits that Silicon Valley Bank Financial Group was founded in 1983 and headquartered in Santa Clara, California.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 37.

38.     Defendant Becker admits that Paragraph 38 purports to selectively quote and paraphrase portions of the Fed Report, which speaks for itself.  Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 38, and, on that basis, denies them.

39.    The allegations in Paragraph 39 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 39 purports to selectively quote and paraphrase from publications authored by the Office of the Comptroller of the Currency, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 39.

40.    The allegations in Paragraph 40 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 40 purports to selectively quote and paraphrase from a publication authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 40.

41.    The allegations in Paragraph 41 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker denies the allegations in Paragraph 41.

42.    Defendant Becker denies the allegations in Paragraph 42.

43.    The allegations in Paragraph 43 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent a response is required, Defendant Becker lacks sufficient knowledge or information to form a belief as to the definition, behavior, and intent of undefined "customers," "investors," or the "market," and, on that basis, denies the allegations in Paragraph 43.  Defendant Becker denies the remaining allegations in Paragraph 43.

44.    Defendant Becker admits that Paragraph 44 purports to selectively quote and paraphrase reports authored by Wolfe Research and the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 44.

45.    Defendant Becker admits that Paragraph 45 purports to selectively quote and paraphrase from a filing submitted to the SEC by SVB on March 1, 2021, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 45.

46.    Defendant Becker admits that Paragraph 46 purports to selectively quote and paraphrase filings submitted to the SEC by SVB, which speak for themselves.  Except to the extent

1  expressly admitted, Defendant Becker denies the allegations in Paragraph 46.

2      47.    The allegations in Paragraph 47 are legal conclusions and characterizations to which

3  no responsive pleading is required.  Insofar as a response is required, Defendant Becker denies the

4  allegations in Paragraph 47.

5      48.    Defendant Becker admits that the fourth sentence of Paragraph 48 purports to

6  selectively quote and paraphrase from an online report published by the FDIC, which speaks for

7  itself.  Defendant Becker admits that the fifth sentence of Paragraph 48 purports to selectively quote

8  and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself.

9  Defendant Becker admits that the sixth sentence of Paragraph 48 purports to selectively quote and

10  paraphrase from reports published by BofA Securities and Raymond James, which speak for

11  themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

12  Paragraph 48.

13      49.    Defendant Becker admits that the third and fourth sentences of Paragraph 49

14  purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021,

15  which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the

16  allegations in Paragraph 49.

17      50.    Defendant Becker admits that Paragraph 50 purports to selectively quote and

18  paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself.  Except

19  to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 50.

20      51.    Defendant Becker admits that Paragraph 51 purports to selectively quote and

21  paraphrase from the transcript of the SVB Q1 2022 Earnings Conference Call that occurred on

22  April 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker

23  denies the allegations in Paragraph 51.

24      52.    Defendant Becker admits that Paragraph 52 purports to selectively quote and

25  paraphrase from the transcript of the SVB Q2 2021 Earnings Conference Call that occurred on July

26  22, 2021, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies

27  the allegations in Paragraph 52.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

53.    Defendant Becker lacks sufficient knowledge or information to form a belief as to unspecified analysts "credit[ing]" any statements made by Defendant Becker, and on that basis, denies the allegations in Paragraph 53.  Defendant Becker admits that sentences two and three of Paragraph 53 selectively quote and paraphrase from reports published by J.P. Morgan and Wells Fargo, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 53.

54.    Defendant Becker admits that sentences two and three of Paragraph 54 selectively quote and paraphrase from reports published by the Federal Reserve and KPMG, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 54.

55.    The allegations in Paragraph 55 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 55.

56.    Defendant Becker admits that sentences two and three of Paragraph 56 selectively quote and paraphrase from the SVB Q1 2022 Form 10-Q, filed May 6, 2022, which speaks for itself.  Defendant Becker admits that sentence four of Paragraph 56 purports to selectively quote and paraphrase from the transcript of the SVB Q2 2022 Earnings Conference Call that occurred on July 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 56.

57.    The allegations in Paragraph 57 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 57 purports to summarize Generally Applicable Accounting Principles, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 57.

58.    The allegations in Paragraph 58 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 58.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

59. Defendant Becker admits that Paragraph 59 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, the SVB Form 8-K, filed January 21, 2021, and the SVB 2022 Form 10-K, filed February 24, 2023, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 59.

60. The allegations in Paragraph 60 are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 60.

61. Defendant Becker admits that sentences two and three of Paragraph 61 purport to selectively quote and paraphrase from the transcript of the SVB Q1 2021 Earnings Conference Call which occurred on April 22, 2021, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 61.

62. Defendant Becker lacks sufficient knowledge or information to form a belief as to unspecified analysts "credit[ing]" any statements made by Defendant Becker, and on that basis, denies the allegations in the first sentence of Paragraph 62. Defendant Becker admits that sentences two, three, and four of Paragraph 62 purport to selectively quote and paraphrase from a report published by Barclays, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 62.

63. Defendant Becker admits that Paragraph 63 purports to selectively quote and paraphrase from filings submitted to the SEC by SVB on May 10, 2021, and March 1, 2021, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 63.

64. Defendant Becker admits that Paragraph 64 purports to selectively quote and paraphrase reports authored by KPMG and the Center for Audit Quality, which speak for themselves. Defendant Becker admits that Paragraph 64 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 64.

65. The allegations in Paragraph 65 are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Becker denies the allegations in Paragraph 65.

2        66.    Defendant Becker admits that Paragraph 66 purports to selectively quote and

3    paraphrase from a report authored by Wolfe Research, which speaks for itself. Except to the extent

4    expressly admitted, Defendant Becker denies the allegations in Paragraph 66.

5        67.    The allegations in Paragraph 67 are legal conclusions and characterizations to which

6    no responsive pleading is required. To the extent an additional response is required, Defendant

7    Becker denies the allegations in Paragraph 67.

8        68.    Defendant Becker admits that Paragraph 68 purports to selectively quote and

9    paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself. Except

10   to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 68.

11       69.    Defendant Becker admits that Paragraph 69 purports to selectively quote and

12   paraphrase from reports published by the Federal Reserve, which speak for themselves. Defendant

13   Becker denies any remaining allegations in Paragraph 69.

14       70.    Defendant Becker admits that Paragraph 70 purports to selectively quote and

15   paraphrase letters authored by the Federal Reserve, which speak for themselves. Except to the

16   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 70.

17       71.    Defendant Becker admits that Paragraph 71 purports to selectively quote and

18   paraphrase letters authored by the Federal Reserve, which speak for themselves. Except to the

19   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 71.

20       72.    Defendant Becker admits that Paragraph 72 purports to summarize a banking-risk-

21   management framework. Except to the extent expressly admitted, Defendant Becker denies the

22   allegations in Paragraph 72.

23       73.    Defendant Becker admits that Paragraph 73 purports to selectively quote and

24   paraphrase letters authored by the Federal Reserve, which speak for themselves. Except to the

25   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 73.

26       74.    Defendant Becker admits that Paragraph 74 purports to selectively quote and

27   paraphrase letters authored by the Federal Reserve, which speak for themselves. To the extent the

28   allegations in Paragraph 74 purport to paraphrase or reference statements from an unnamed former

1  employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis,

2  denies them. Except to the extent expressly admitted, Defendant Becker denies the allegations in

3  Paragraph 74.

4       75.    Defendant Becker admits that Paragraph 75 purports to selectively quote and

5  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

6  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 75.

7       76.    To the extent the allegations in Paragraph 76 purport to paraphrase or reference

8  statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

9  knowledge to respond, and on that basis, denies them. To the extent that an additional response is

10  required, Defendant Becker denies the allegations in Paragraph 76.

11       77.    Defendant Becker admits that Paragraph 77 purports to selectively quote and

12  paraphrase from a report authored by the Federal Reserve, which speaks for itself.  Except to the

13  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 77.

14       78.    Defendant Becker admits that Paragraph 78 purports to selectively quote and

15  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

16  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 78.

17       79.    Defendant Becker admits that Paragraph 79 purports to selectively quote and

18  paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent

19  expressly admitted, Defendant Becker denies the allegations in Paragraph 79.

20       80.    Defendant Becker admits that Paragraph 80 purports to selectively quote and

21  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

22  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 80.

23       81.    Defendant Becker admits that Paragraph 81 purports to selectively quote and

24  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

25  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 81.

26       82.    Defendant Becker admits that Paragraph 82 purports to selectively quote and

27  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

28  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 82.

83.     Defendant Becker admits that Paragraph 83 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 83.

84.     Defendant Becker admits that Paragraph 84 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 84.

85.     To the extent the allegations in Paragraph 85 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 85.

86.     Defendant Becker admits that Paragraph 86 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 86.

87.     Defendant Becker admits that Paragraph 87 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 87.

88.     Defendant Becker admits that Paragraph 88 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 88.

89.     Defendant Becker admits that Paragraph 89 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 89.

90.     Defendant Becker admits that Paragraph 90 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 90.

91.     Defendant Becker admits that Paragraph 91 purports to selectively paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 91.

92.    Defendant Becker admits that Paragraph 92 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 92.

93.    Defendant Becker admits that Paragraph 93 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 93.

94.    Defendant Becker admits that Paragraph 94 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 94.

95.    Defendant Becker admits that Paragraph 95 purports to selectively quote and paraphrase letters and press releases authored by the Federal Reserve, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 95.

96.    Defendant Becker admits that Paragraph 96 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 96.

97.    Defendant Becker admits that Paragraph 97 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 97.

98.    Defendant Becker admits that Paragraph 98 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 98.

99.    Defendant Becker admits that Paragraph 99 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 99.

100.    To the extent the allegations in Paragraph 100 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 100.

101.    To the extent the allegations in Paragraph 101 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 101.

102.    To the extent the allegations in Paragraph 102 purport to paraphrase or reference statements from an unnamed former employee of SVB and/or Raj Chandrasekaran, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 102.

103.    Defendant Becker admits that at the start of the proposed Class Period (January 21, 2021), Laura Izurieta served as SVB's Chief Risk Officer.  Defendant Becker further admits that Paragraph 103 selectively quotes or paraphrases the Fed Report and a letter authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 103.

104.    Defendant Becker admits that Paragraph 104 purports to selectively paraphrase the Fed Report and DFPI Report, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 104.

105.    Defendant Becker admits that Paragraph 105 purports to selectively quote and paraphrase various news articles, which speak for themselves.  To the extent the allegations in Paragraph 105 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 105.

106.    To the extent the allegations in Paragraph 106 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 106.

107.    Defendant Becker admits that Paragraph 107 purports to selectively quote and paraphrase the Fed Report and a letter authored by the Federal Reserve, which speak for themselves.

1    Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 107.

2    108.    The allegations in Paragraph 108 are legal conclusions and characterizations to

3    which no responsive pleading is required.    To the extent an additional response is required,

4    Defendant Becker denies the allegations in Paragraph 108.

5    109.    Defendant Becker admits that Paragraph 109 purports to selectively quote and

6    paraphrase a news article, the Fed Report, and a letter authored by the Federal Reserve, which speak

7    for themselves.    Except to the extent expressly admitted, Defendant Becker denies the allegations

8    in Paragraph 109.

9    110.    Defendant Becker admits that Paragraph 110 purports to selectively quote and

10    paraphrase a letter authored by the Federal Reserve, which speaks for itself.    Except to the extent

11    expressly admitted, Defendant Becker denies the allegations in Paragraph 110.

12    111.    To the extent the allegations in Paragraph 111 purport to paraphrase or reference

13    statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge

14    to respond, and on that basis, denies them. To the extent that an additional response is required,

15    Defendant Becker denies the allegations in Paragraph 111.

16    112.    To the extent the allegations in Paragraph 112 purport to paraphrase or reference

17    statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge

18    to respond, and on that basis, denies them. To the extent that an additional response is required,

19    Defendant Becker denies the allegations in Paragraph 112.

20    113.    Defendant Becker admits that Paragraph 113 purports to selectively quote and

21    paraphrase a letter authored by the Federal Reserve, which speaks for itself.    Except to the extent

22    expressly admitted, Defendant Becker denies the allegations in Paragraph 113.

23    114.    Defendant Becker admits that Paragraph 114 purports to selectively quote and

24    paraphrase a letter authored by the Federal Reserve, which speaks for itself.    Except to the extent

25    expressly admitted, Defendant Becker denies the allegations in Paragraph 114.

26    115.    Defendant Becker admits that Paragraph 115 purports to selectively quote and

27    paraphrase a CAMELS Examination Report letter authored by the Federal Reserve, which speak

28    for themselves.    Except to the extent expressly admitted, Defendant Becker denies the allegations

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    in Paragraph 115.

2    116.    Defendant Becker admits that Paragraph 116 purports to selectively quote and

3    paraphrase a letter authored by the Federal Reserve and the Fed Report, which speak for themselves.

4    Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 116.

5    117.    The allegations in Paragraph 117 are legal conclusions and characterizations to

6    which no responsive pleading is required.    Defendant Becker lacks sufficient knowledge or

7    information to form a belief as to what the Federal Reserve and "market analysts" were focused on

8    or what "SEC filings" are being referenced and, on that basis, denies the allegations in Paragraph

9    117.  To the extent that an additional response is required, Defendant Becker denies the allegations

10    in Paragraph 117.

11    118.    Defendant Becker admits that Paragraph 118 purports to selectively quote and

12    paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

13    expressly admitted, Defendant Becker denies the allegations in Paragraph 118.

14    119.    Defendant Becker admits that Paragraph 119 purports to selectively quote and

15    paraphrase SVB's 2020 Form 10-K and a letter authored by the Federal Reserve, which speak for

16    themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

17    Paragraph 119.

18    120.    Defendant Becker admits that Paragraph 120 purports to selectively quote and

19    paraphrase the Fed Report and a letter authored by the Federal Reserve, which speak for themselves.

20    Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 120.

21    121.    Defendant Becker admits that Paragraph 121 purports to selectively quote and

22    paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted,

23    Defendant Becker denies the allegations in Paragraph 121.

24    122.    Defendant Becker admits that Paragraph 122 purports to selectively quote and

25    paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted,

26    Defendant Becker denies the allegations in Paragraph 122.

27    123.    Defendant Becker admits that Paragraph 123 purports to selectively quote and

28    paraphrase the Fed Report and a news article, which speak for themselves.  Except to the extent

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

expressly admitted, Defendant Becker denies the allegations in Paragraph 123.

124.    Defendant Becker admits that Paragraph 124 purports to selectively quote and paraphrase a news article, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 124.

125.    Defendant Becker admits that Paragraph 125 purports to selectively quote and paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 125.

126.    Defendant Becker admits that Paragraph 126 purports to selectively quote and paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 126.

127.    Defendant Becker admits that Paragraph 127 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 127.

128.    Defendant Becker denies the allegations in Paragraph 128.

129.    Defendant Becker admits that Paragraph 129 purports to selectively quote and paraphrase an article published in *The Financial Times*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 129.

130.    To the extent the allegations in Paragraph 130 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 130.

131.    The allegations in Paragraph 131 are legal conclusions and characterizations, to which no responsive pleading is required.  To the extent a further response is required, Defendant Becker admits that the fifth sentence of Paragraph 131 purports to selectively quote and paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 131

132.    To the extent the allegations in Paragraph 132 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

knowledge to respond, and on that basis, denies them.  Defendant Becker admits that Paragraph 132 purports to selectively quote and paraphrase an article published in *The Financial Times*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 132.

133.    The allegations in Paragraph 133 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 133.

134.    The allegations in Paragraph 134 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 134.

135.    Defendant Becker admits that Paragraph 135 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 135.

136.    Defendant Becker admits that Paragraph 136 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 136.

137.    Defendant Becker admits that Paragraph 137 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 137.

138.    Defendant Becker admits that Paragraph 138 purports to selectively quote and paraphrase a working paper authored by McKinsey & Co., which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 138.

139.    Defendant Becker admits that Paragraph 139 purports to selectively quote and paraphrase letters and communications authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 139.

140.    Defendant Becker admits that Paragraph 140 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the

1   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 140.

2        141.    Defendant Becker admits that Paragraph 141 purports to selectively quote and
3   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the
4   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 141.

5        142.    Defendant Becker admits that Paragraph 142 purports to selectively quote and
6   paraphrase from a policy statement authored by the Federal Reserve, which speaks for itself.
7   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 142.

8        143.    Defendant Becker admits that Paragraph 143 purports to selectively quote and
9   paraphrase from a policy statement authored by the Federal Reserve, which speaks for itself.
10   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 143.

11        144.    Defendant Becker admits that Paragraph 144 purports to selectively quote and
12   paraphrase from a letter and report authored by the Federal Reserve, which speak for themselves.
13   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 144.

14        145.    Defendant Becker admits that Paragraph 145 purports to selectively quote and
15   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the
16   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 145.

17        146.    Defendant Becker admits that Paragraph 146 purports to selectively quote and
18   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the
19   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 146.

20        147.    To the extent the allegations in Paragraph 147 purport to paraphrase or reference
21   statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge
22   to respond, and on that basis, denies them.  To the extent that an additional response is required,
23   Defendant Becker denies the allegations in Paragraph 147.

24        148.    To the extent the allegations in Paragraph 148 purport to paraphrase or reference
25   statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient
26   knowledge to respond, and on that basis, denies them.  To the extent that an additional response is
27   required, Defendant Becker denies the allegations in Paragraph 148.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

149.    Defendant Becker denies the first sentence of Paragraph 149.  The allegations in the second sentence of Paragraph 149 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the remaining allegations in Paragraph 149.

150.    Defendant Becker admits that Paragraph 150 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 150.

151.    Defendant Becker admits that Paragraph 151 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 151.

152.    Defendant Becker admits that Paragraph 152 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 152.

153.    Defendant Becker admits that Paragraph 153 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 153.

154.    To the extent the allegations in Paragraph 154 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 154.

155.    Defendant Becker denies the allegation in the first sentence of Paragraph 155.  To the extent the allegations in Paragraph 155 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 155.

156.    Defendant Becker admits that SVB classified certain investment securities as HTM securities in its SEC filings.  Defendant Becker admits that Paragraph 156 purports to selectively cite information contained in the SVB 2022 Form 10-K, filed February 24, 2023, which speaks for

1   itself.  Defendant Becker lacks sufficient knowledge or information to form a belief as to the content

2   and assets in the financial portfolio of the undefined "average large banking organization" and, on

3   that basis, denies the allegations in sentences four and five of Paragraph 156.  Except to the extent

4   expressly admitted, Defendant Becker denies the allegations in Paragraph 156.

5          157.    The allegations in Paragraph 157 are legal conclusions and characterizations to

6   which no responsive pleading is required.  To the extent a response is required, Defendant Becker

7   admits that Plaintiffs purport to summarize and/or characterize accounting standards under GAAP,

8   and Defendant Becker respectfully refers the Court to the complete GAAP rules, requirements, and

9   practices issued by the FASB and the GASB.  Except to the extent expressly admitted, Defendant

10  Becker denies the allegations in Paragraph 157.

11         158.    The allegations in Paragraph 158 are legal conclusions and characterizations to

12  which no responsive pleading is required.   To the extent an additional response is required,

13  Defendant Becker denies the allegations in Paragraph 158.

14         159.    The allegations in Paragraph 159 are legal conclusions and characterizations to

15  which no responsive pleading is required.   To the extent an additional response is required,

16  Defendant Becker denies the allegations in Paragraph 159.

17         160.    The allegations in Paragraph 160 are legal conclusions and characterizations to

18  which no responsive pleading is required.   To the extent an additional response is required,

19  Defendant Becker denies the allegations in Paragraph 160.

20         161.    The allegations in Paragraph 161 are legal conclusions and characterizations to

21  which no responsive pleading is required.   To the extent an additional response is required,

22  Defendant Becker denies the allegations in Paragraph 161.

23         162.    Defendant Becker admits that Paragraph 162 purports to selectively quote and

24  paraphrase from ASC 320-10 and a report published by KPMG, which speak for themselves.

25  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 162.

26         163.    Defendant Becker admits that Paragraph 163 purports to selectively quote and

27  paraphrase from reports published by KPMG and PricewaterhouseCoopers, which speak for

28  themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Paragraph 163.

2        164.    Defendant Becker admits that Paragraph 164 purports to selectively quote and

3    paraphrase from ASC 320-10-25-4 and a report published by Ernst & Young, which speak for

4    themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

5    Paragraph 164.

6        165.    The allegations in Paragraph 165 are legal conclusions and characterizations to

7    which no responsive pleading is required.  To the extent an additional response is required,

8    Defendant Becker denies the allegations in Paragraph 165.

9        166.    Defendant Becker admits that Paragraph 166 purports to selectively quote and

10   paraphrase from a report published by Ernst & Young and the Fed Report, which speak for

11   themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

12   Paragraph 166.

13       167.    The allegations in Paragraph 167 are legal conclusions and characterizations to

14   which no responsive pleading is required.  To the extent an additional response is required,

15   Defendant Becker denies the allegations in Paragraph 167.

16       168.    To the extent the allegations in Paragraph 168 purport to paraphrase or reference

17   statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

18   knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

19   required, Defendant Becker denies the allegations in Paragraph 168.

20       169.    To the extent the allegations in Paragraph 169 purport to paraphrase or reference

21   statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

22   knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

23   required, Defendant Becker denies the allegations in Paragraph 169.

24       170.    Defendant Becker denies the allegations in the first sentence of Paragraph 170.  To

25   the extent the allegations in Paragraph 170 purport to paraphrase or reference statements from an

26   unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and

27   on that basis, denies them.  To the extent that an additional response is required, Defendant Becker

28   denies the allegations in Paragraph 170.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

171.    Defendant Becker admits that Paragraph 171 purports to selectively quote and paraphrase from ASC 320-10-25-4 and reports published by Ernst & Young and KPMG, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 171.

172.    Defendant Becker admits that Paragraph 172 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve and a report published by Ernst & Young, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 172.

173.    Defendant Becker admits that Paragraph 173 purports to selectively quote and paraphrase from ASC 320-10-25-4, the "SVB 2022 CAMELS Examination Supervisory Letter," and an article published by *The Financial Times*, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 173.

174.    Defendant Becker denies the allegations in the first sentence of Paragraph 174. Defendant Becker admits that the second and third sentences of Paragraph 174 purport to selectively paraphrase information contained in the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 174.

175.    Defendant Becker admits that Paragraph 175 purports to selectively cite and paraphrase from the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 175.

176.    To the extent the allegations in Paragraph 176 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 176.

177.    To the extent the allegations in Paragraph 177 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 177.

1

178.    To the extent the allegations in Paragraph 178 purport to paraphrase or reference

2

statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

3

knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

4

required, Defendant Becker denies the allegations in Paragraph 178.

5

179.    To the extent the allegations in Paragraph 179 purport to paraphrase or reference

6

statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

7

knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

8

required, Defendant Becker denies the allegations in Paragraph 179.

9

180.    To the extent the allegations in Paragraph 180 purport to paraphrase or reference

10

statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

11

knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

12

required, Defendant Becker denies the allegations in Paragraph 180.

13

181.    To the extent the allegations in Paragraph 181 purport to paraphrase or reference

14

statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

15

knowledge to respond, and on that basis, denies them.  Defendant Becker admits that sentences two

16

and three of Paragraph 181 purport to selectively quote and paraphrase from the "SVBFG and SVB

17

2021 Supervisory Ratings Letter" authored by the Federal Reserve, which speaks for itself.  Except

18

to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 181.

19

182.    The allegations in Paragraph 182 are legal conclusions and characterizations to

20

which no responsive pleading is required.  To the extent an additional response is required,

21

Defendant Becker admits that Paragraph 182 purports to selectively paraphrase an unspecified

22

communication from the Federal Reserve, which speaks for itself.  Except as expressly admitted,

23

Defendant Becker denies the allegations in Paragraph 182.

24

183.    The allegations in Paragraph 183 are legal conclusions and characterizations to

25

which no responsive pleading is required.  To the extent an additional response is required,

26

Defendant Becker denies the allegations in Paragraph 183.

27

184.    To the extent the allegations in Paragraph 184 purport to paraphrase or reference

28

statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

knowledge to respond, and on that basis, denies them.  Defendant Becker admits that SVB filed an Annual Report on Form 10-K with the SEC on February 24, 2023, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 184.

185.    The allegations in Paragraph 185 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 185.

186.    Defendant Becker admits that Paragraph 186 purports to selectively quote and paraphrase from the SVB Form 8-K filed July 21, 2022, and the transcript of the SVB Q2 2022 Earnings Conference Call conducted that same day, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 186.

187.    Defendant Becker admits that Paragraph 187 purports to selectively quote and paraphrase from analyst reports authored by J.P. Morgan and Stephens, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 187.

188.    Defendant Becker admits that SVB's stock price closed at $436.17 per share on July 21, 2022, and closed at $361.36 per share on July 22, 2022.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 188.

189.    Defendant Becker admits that Paragraph 189 purports to selectively quote and paraphrase from the transcript of the SVB Q2 2022 Earnings Conference Call conducted July 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 189.

190.    Defendant Becker admits that Paragraph 190 purports to selectively quote and paraphrase from the transcript of the SVB Q2 2022 Earnings Conference Call conducted July 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 190.

191.    Defendant Becker admits that Paragraph 191 purports to selectively quote and paraphrase from the transcript of the SVB Q2 2022 Earnings Conference Call conducted July 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies

the allegations in Paragraph 191.

192.    Defendant Becker admits that Paragraph 192 purports to selectively quote and paraphrase from analyst reports authored by Wells Fargo, Raymond James, and J.P. Morgan, which speak for themselves.   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 192.

193.    Defendant Becker admits that Paragraph 193 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 193.

194.    Defendant Becker admits that Paragraph 194 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 194.

195.    Defendant Becker admits that Paragraph 195 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 195.

196.    Defendant Becker admits that Paragraph 196 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 196.

197.    Defendant Becker admits that SVB released financial results for the third quarter of 2022 in a Form 8-K filed on October 20, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 197.

198.    Defendant Becker admits that SVB's stock price closed at $302.46 per share on October 20, 2022, and closed at $230.03 per share on October 21, 2022.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 198.

199.    Defendant Becker admits that Paragraph 199 purports to selectively quote and paraphrase from the SVB Form 8-K, filed October 20, 2022, and the transcript of the SVB Q3 2022 Earnings Conference Call conducted that same day, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 199.

200.    Defendant Becker admits that Paragraph 200 purports to selectively quote and paraphrase from analyst reports authored by J.P. Morgan and Truist Securities, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 200.

201.    Defendant Becker admits that Paragraph 201 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 201.

202.    Defendant Becker admits that Paragraph 202 purports to selectively quote and paraphrase from the SVB Form 8-K filed March 8, 2023, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 202.

203.    Defendant Becker admits that Paragraph 203 purports to selectively quote and paraphrase from analyst reports authored by J.P. Morgan, RBC Capital Markets, Truist Securities, Wolfe Research, and Raymond James, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 203.

204.    Defendant Becker admits that SVB's stock price closed at $267.83 per share on March 8, 2023, and closed at $106.04 per share on March 9, 2023.  Defendant Becker admits that Paragraph 204 purports to selectively quote and paraphrase from an article published in *Bloomberg*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 204.

205.    Defendant Becker admits that Paragraph 205 purports to selectively quote and paraphrase from an article published in *Bloomberg*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 205.

206.    Defendant Becker admits that trading in SVB stock was suspended on March 10, 2023.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 206.

207.    The allegations in Paragraph 207 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 207.

208.    Defendant Becker admits that Paragraph 208 purports to selectively quote and paraphrase from the transcript of remarks made by President Joseph R. Biden on March 13, 2023, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 208.

209.    Defendant Becker admits that Paragraph 209 purports to selectively quote and paraphrase from an article published in *The Wall Street Journal*, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 209.

210.    Defendant Becker admits the allegations in the first sentence of Paragraph 210. Defendant Becker admits he was served with a subpoena relating to the Bankruptcy Proceeding. Defendant Becker lacks sufficient knowledge or information to form a belief as to the remaining allegations in Paragraph 210 and, on that basis, denies the remaining allegations. Except to the extent expressly admitted, Defendant Becker denies the remaining allegations in Paragraph 210.

211.    Defendant Becker admits that Paragraph 211 purports to selectively quote and paraphrase from articles published in *The Wall Street Journal* and *The New York Times*, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 211.

212.    Defendant Becker admits that Paragraph 212 purports to selectively quote and paraphrase from an article published in *The Financial Times*, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 212.

213.    Defendant Becker admits that Paragraph 213 purports to selectively quote and paraphrase from an article published in *The Washington Post*, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 213.

214.    Defendant Becker admits that Paragraph 214 purports to selectively quote and paraphrase from the Fed Report, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 214.

215.    Defendant Becker admits that Paragraph 215 purports to selectively quote and paraphrase from the Fed Report, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 215.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

216.    Defendant Becker admits that Paragraph 216 purports to selectively quote and paraphrase from the GAO Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 216.

217.    Defendant Becker admits that Paragraph 217 purports to selectively quote and paraphrase from the GAO Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 217.

218.    Defendant Becker admits that Paragraph 218 purports to selectively quote and paraphrase from the transcript of the May 11, 2023 hearing before the House Financial Services Committee's Subcommittee on Oversight and Investigations, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 218.

219.    Defendant Becker admits that Paragraph 219 purports to selectively quote and paraphrase from the transcripts of the May 16 and May 17, 2023 hearings before the Senate Banking, Housing, and Urban Affairs Committee, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 219.

220.    Defendant Becker admits that Paragraph 220 purports to selectively paraphrase comments purportedly made by Defendant Becker during an unspecified congressional hearing, the transcript of which speaks for itself.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 220.

221.    Defendant Becker admits that Paragraph 221 purports to selectively quote and paraphrase from a March 23, 2023 letter authored by Senators Tim Scott and Sherrod Brown, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 221.

222.    Defendant Becker admits that Paragraph 222 purports to selectively quote and paraphrase from letters authored by Senator Elizabeth Warren, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 222.

223.    Defendant Becker admits that Paragraph 223 purports to selectively quote and paraphrase from a letter authored by Senator Van Hollen, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 223.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

224.    Defendant Becker admits that Paragraph 224 purports to selectively quote and paraphrase from letters authored by Lai Von Vo & Huong Thi Thu Le, Abdullah Saif. S. S. Al-Sowaidi & Ahmad M. W. Faour, and an article published by *Forbes*, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 224.

225.    The allegations in Paragraph 225 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 225.

226.    Defendant Becker admits that representatives of the Federal Reserve held meetings with certain SVB executives and addressed letters and reports to SVB.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 226.

227.    Defendant Becker admits that Paragraph 227 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 227.

228.    Defendant Becker admits that Paragraph 228 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 228.

229.    To the extent the allegations in Paragraph 229 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 229.

230.    The allegations in Paragraph 230 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 230 selectively paraphrases letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 230.

231.    Defendant Becker admits that Paragraph 231 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 231.

232. The allegations in Paragraph 232 are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 232.

233. To the extent the allegations in Paragraph 233 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 233.

234. To the extent the allegations in Paragraph 234 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 234.

235. The allegations in Paragraph 235 are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 235.

236. To the extent the allegations in Paragraph 236 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 236.

237. Defendant Becker admits that Paragraph 237 purports to selectively quote and paraphrase from an article published in *The Financial Times*, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 237.

238. The allegations in Paragraph 238 are legal conclusions and characterizations to which no responsive pleading is required. To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 238.

239. Defendant Becker admits that Paragraph 239 purports to selectively quote and paraphrase from the transcript of an SVB earnings call held on April 22, 2021, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 239.

DEFENDANT BECKER'S ANSWER TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, CASE NO. 3:23-CV-01097-NW

240.    Defendant Becker admits that Paragraph 240 purports to selectively quote and paraphrase from the transcript of an SVB earnings call held on July 22, 2021, and the SVB 2020 Form 10-K, filed March 1, 2021, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 240.

241.    The allegations in Paragraph 241 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 241.

242.    Defendant Becker admits that the Paragraph 242 purports to selectively quote and paraphrase from reports published by Wells Fargo and J.P. Morgan, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 242.

243.    Defendant Becker admits that the Paragraph 243 purports to selectively quote and paraphrase from an article published in *Bloomberg* and the transcript of a hearing conducted on May 17, 2023 before two subcommittees of the House Committee on Financial Services, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 243.

244.    Defendant Becker admits that Paragraph 244 purports to selectively quote and paraphrase from an article published in *The Washington Post* and the Fed Report, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 244.

245.    Defendant Becker admits that Paragraph 245 purports to selectively quote and paraphrase from the Fed Report and documents filed by SVB with the SEC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 245.

246.    Defendant Becker denies the allegations in Paragraph 246.

247.    The allegations in Paragraph 247 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 247.

248.    Defendant Becker admits that Laura Izurieta was SVB's Chief Risk Officer at the beginning of the Class Period.  Defendant Becker admits that Paragraph 248 purports to selectively quote and paraphrase the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 248.

249.    The allegations in the first sentence of Paragraph 249 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent a further response is required, Defendant Becker admits that Paragraph 249 purports to selectively cite and paraphrase an SVB press release from January 4, 2023, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 249.

250.    Defendant Becker admits that Paragraph 250 purports to selectively quote and paraphrase articles published in *The Wall Street Journal* and *Fortune*, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 250.

251.    The allegations in Paragraph 251 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 251.

252.    Defendant Becker admits that he served as SVB's Chief Executive Officer throughout the proposed Class Period and signed SVB's quarterly and annual SEC filings in that capacity.  Defendant Becker admits that he served on SVB's Board of Directors.  Defendant Becker admits that Paragraph 252 purports to selectively quote and paraphrase from an SVB Proxy Statement issued on March 3, 2023, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 252.

253.    Defendant Becker admits that Paragraph 253 purports to selectively quote and paraphrase from the SVB 2022 Form 10-K, filed February 24, 2023, and from an SVB announcement dated March 8, 2023, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 253.

254.    Defendant Becker admits that banking regulators closed SVB's banking division on March 10, 2023.  Defendant Becker admits that Paragraph 254 purports to selectively quote and paraphrase from an article published in *The Wall Street Journal* and an SVB Form 8-K, filed April

21, 2023, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 254.

255.    Defendant Becker admits that Paragraph 255 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 255.

256.    The allegations in Paragraph 256 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 256.

257.    Defendant Becker admits that Paragraph 257 purports to selectively quote and paraphrase from SVB Proxy Statements issued on March 4, 2022 and March 3, 2023, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 257.

258.    Defendant Becker need not respond to the allegations in Paragraph 258 inasmuch as they are directed at another defendant.  To the extent a response is required, Defendant Becker denies the allegations in Paragraph 258.

259.    The allegations in Paragraph 259 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 259 purports to selectively quote and paraphrase from an article published by New York University's Stern School of Business and the SVB Proxy Statement (March 4, 2022), which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 259.

260.    The allegations in Paragraph 260 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 260.

261.    The allegations in Paragraph 261 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 261 purports to selectively quote and paraphrase portions

1    of the April 2023 Review of the Federal Reserve's Supervision and Regulation of Silicon Valley

2    Bank (as defined in the Complaint, "Fed Report") and a letter authored by the Federal Reserve,

3    which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

4    allegations in Paragraph 261.

5        262.    The allegations in Paragraph 262 are legal conclusions and characterizations to

6    which no responsive pleading is required.  To the extent an additional response is required,

7    Defendant Becker denies the allegations in Paragraph 262.

8        263.    The allegations in Paragraph 263 are legal conclusions and characterizations to

9    which no responsive pleading is required.  Defendant Becker lacks knowledge or information

10   sufficient to form a belief as to the truth of the remaining allegations in Paragraph 263, and, on that

11   basis, denies them.

12       264.    Defendant Becker admits that Paragraph 264 purports to selectively cite and

13   paraphrase publicly available records of his trades in SVB stock, which speak for themselves.

14   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 264.

15       265.    The allegations in Paragraph 265 are legal conclusions and characterizations to

16   which no responsive pleading is required.  To the extent an additional response is required,

17   Defendant Becker admits that SVB's 2022 Form 10-K was issued on February 24, 2023.  Defendant

18   Becker lacks knowledge or information sufficient to form a belief as to the truth of the remaining

19   allegations in Paragraph 265, and, on that basis, denies them.

20       266.    Defendant Becker admits that Paragraph 266 purports to selectively cite and

21   paraphrase publicly available records of his trades in SVB stock, which speak for themselves.

22   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 266.

23       267.    Defendant Becker admits that Paragraph 267 purports to selectively cite and

24   paraphrase publicly available records of his trades in SVB stock, which speak for themselves.

25   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 267.

26       268.    The allegations in Paragraph 268 are legal conclusions and characterizations to

27   which no responsive pleading is required.  To the extent an additional response is required,

28   Defendant Becker admits that Paragraph 268 purports to selectively quote and paraphrase from

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

articles published on *CNBC*, which speak for themselves.  Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 268, and, on that basis, denies them.

269.    The allegations in Paragraph 269 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker denies the allegations in Paragraph 269.

270.    Defendant Becker admits that Paragraph 270 purports to selectively quote and paraphrase from portions of the Fed Report, which speaks for itself.  Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 270, and, on that basis, denies them.

271.    Defendant Becker admits that Paragraph 271 purports to selectively quote and paraphrase from transcript of hearings held in the United States Senate, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 271.

272.    To the extent the allegations in Paragraph 272 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent a response is required, Defendant Becker admits that Paragraph 272 purports to selectively quote and paraphrase an article published in *The Financial Times*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 272.

273.    Defendant Becker admits that Paragraph 273 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 273.

274.    The allegations in Paragraph 274 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker denies the allegations in Paragraph 274.

275.    The allegations in Paragraph 275 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker denies the remaining allegations in Paragraph 275.

276.    Defendant Becker admits the allegations in the first and second sentences of Paragraph 276.  Defendant Becker admits that Paragraph 276 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 276.

277.    The allegations in Paragraph 277 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 277 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 277.

278.    Defendant Becker admits that Paragraph 278 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Except as expressly admitted, Defendant Becker denies the allegations in Paragraph 278.

279.    The allegations in Paragraph 279 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 279 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 279.

280.    Defendant Becker admits that Paragraph 280 purports to selectively quote and paraphrase from SVB's 2020 and 2021 Annual Reports, and its Proxy Statements issued on March 4, 2021 and March 4, 2022, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 280.

281.    To the extent any additional response is required, Defendant Becker admits that Paragraph 281 purports to selectively quote and paraphrase from SVB's 2022 Annual Report, and its Proxy Statement issued on March 3, 2023, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 281.

282. The allegations in Paragraph 282 are legal conclusions and characterizations to which no responsive pleading is required. To the extent any additional response is required, Defendant Becker admits that Paragraph 282 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 282.

283. Defendant Becker admits that Paragraph 283 purports to selectively quote and paraphrase from SVB's Proxy Statements issued during the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 283.

284. The allegations in Paragraph 284 are legal conclusions and characterizations to which no responsive pleading is required. To the extent any additional response is required, Defendant Becker admits that Paragraph 284 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 284.

285. Defendant Becker admits that Paragraph 285 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K issued on March 1, 2021, March 2, 2022, and February 24, 2023, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 285.

286. The allegations in Paragraph 286 are legal conclusions and characterizations to which no responsive pleading is required. To the extent any additional response is required, Defendant Becker admits that Paragraph 286 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 286.

287. Defendant Becker admits that Paragraph 287 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K issued during the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 287.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

288.    The allegations in Paragraph 288 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 288 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 288.

289.    Defendant Becker admits the allegations in the first and second sentences of Paragraph 289.  Defendant Becker admits that Paragraph 289 purports to selectively quote and paraphrase from SVB's Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 289.

290.    The allegations in Paragraph 290 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 290 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Quarterly Reports on Form 10-Q and SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 290.

291.    Defendant Becker admits that Paragraph 291 purports to selectively quote and paraphrase from SVB's Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 291.

292.    The allegations in Paragraph 292 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 292 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Quarterly Reports on Form 10-Q and SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 292.

293.    Defendant Becker admits that Paragraph 293 purports to selectively quote and paraphrase from SVB's Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 293.

294.    The allegations in Paragraph 294 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 294 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and from SVB's Quarterly Reports on Form 10-Q and SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 294.

295.    The allegations in Paragraph 295 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker denies any remaining allegations in Paragraph 295.

296.    Defendant Becker admits that Paragraph 296 purports to selectively quote and paraphrase from the transcript of an SVB earnings call held on July 22, 2021, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 296.

297.    Defendant Becker admits that Paragraph 297 purports to selectively quote and paraphrase from a July 22, 2021 letter from Defendant Becker, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 297.

298.    Defendant Becker admits that Paragraph 298 purports to selectively quote and paraphrase from an April 21, 2022 letter from Defendant Becker, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 298.

299.    Defendant Becker admits that Paragraph 299 purports to selectively quote and paraphrase from the transcript of an SVB earnings call held on July 21, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 299.

1      300.    Defendant Becker admits that Paragraph 300 purports to selectively quote and

2   paraphrase from the transcript of a Barclays Global Financial Services Conference held on

3   September 12, 2022, which speaks for itself.  Except to the extent expressly admitted, Defendant

4   Becker denies the allegations in Paragraph 300.

5      301.    The allegations in Paragraph 301 are legal conclusions and characterizations to

6   which no responsive pleading is required.  To the extent any additional response is required,

7   Defendant Becker admits that Paragraph 301 purports to selectively quote and paraphrase from

8   letters authored by the Federal Reserve and letters from Defendant Becker, which speak for

9   themselves.  Defendant Becker denies any remaining allegations in Paragraph 301.

10     302.    Defendant Becker admits that Paragraph 302 purports to selectively quote and

11  paraphrase from SVB's Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K filed

12  during the proposed Class Period, which speak for themselves.  Defendant Becker denies any

13  remaining allegations in Paragraph 302.

14     303.    The allegations in Paragraph 303 are legal conclusions and characterizations to

15  which no responsive pleading is required.  To the extent any additional response is required,

16  Defendant Becker admits that Paragraph 303 purports to selectively quote and paraphrase from

17  letters authored by the Federal Reserve and from SVB's Quarterly Reports on Form 10-Q and

18  SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for

19  themselves.  Defendant Becker denies any remaining allegations in Paragraph 303.

20     304.    The allegations in Paragraph 304 are legal conclusions and characterizations to

21  which no responsive pleading is required.  To the extent any additional response is required,

22  Defendant Becker admits that Paragraph 304 purports to selectively quote and paraphrase from

23  letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any

24  remaining allegations in Paragraph 304.

25     305.    Defendant Becker admits that Paragraph 305 purports to selectively quote and

26  paraphrase from SVB's Annual Reports on Form 10-K issued on February 24, 2023, which speaks

27  for itself.  Defendant Becker denies any remaining allegations in Paragraph 305.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

306.    The allegations in Paragraph 306 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 306 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 306.

307.    Defendant Becker admits that Paragraph 307 purports to selectively quote and paraphrase from an article published in *The Financial Times* on February 22, 2023, which speaks for itself.  Defendant Becker denies any remaining allegations in Paragraph 307.

308.    The allegations in Paragraph 308 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 308 purports to selectively quote and paraphrase from an article published in *The Financial Times* and from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 308.

309.    Defendant Becker admits that Paragraph 309 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K filed on March 1, 2021, March 1, 2022, and February 24, 2023, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 309.

310.    The allegations in Paragraph 310 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 310 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 310.

311.    Defendant Becker admits that Paragraph 311 purports to selectively paraphrase from SVB's Current Report on Form 8-K issued on January 21, 2021 and Quarterly Reports on Form 10-Q issued on May 10, 2021, August 6, 2021, November 8, 2021, May 6, 2022, August 8, 2022, and November 7, 2022, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 311.

312.    The allegations in Paragraph 312 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 312 purports to selectively quote and paraphrase from letters authored by the Federal Reserve and undefined communications from BlackRock, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 312.

313.    Defendant Becker admits that Paragraph 313 purports to selectively quote and paraphrase from SVB's Quarterly Reports on Form 10-Q issued on May 10, 2021, August 6, 2021, November 8, 2021 and SVB's Annual Reports on Form 10-K issued on March 1, 2022 and February 24, 2023, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 313.

314.    The allegations in Paragraph 314 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 314 purports to selectively quote and paraphrase from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 314.

315.    Defendant Becker admits that Paragraph 315 purports to selectively quote and paraphrase from an article published in *The Financial Times* on February 22, 2023, which speaks for itself.  Defendant Becker denies any remaining allegations in Paragraph 315.

316.    The allegations in Paragraph 316 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent any additional response is required, Defendant Becker admits that Paragraph 316 purports to selectively quote and paraphrase from an article published in *The Financial Times*, and from letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 316.

317.    Defendant Becker admits that Paragraph 317 purports to selectively quote and paraphrase from SVB's Annual Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies any remaining allegations in Paragraph 317.

318.    Defendant Becker admits that Paragraph 318 purports to selectively quote and paraphrase from SVB's Quarterly Reports on Form 10-Q and SVB's Annual Reports on Form 10-

1   K filed during the proposed Class Period, which speak for themselves.  Defendant Becker denies

2   any remaining allegations in Paragraph 318.

3          319.    Defendant Becker admits that Paragraph 319 purports to selectively quote and

4   paraphrase SOX Certifications for SVB's Quarterly Reports on Form 10-Q and SVB's Annual

5   Reports on Form 10-K filed during the proposed Class Period, which speak for themselves.

6   Defendant Becker denies any remaining allegations in Paragraph 319.

7          320.    The allegations in Paragraph 320 are legal conclusions and characterizations to

8   which no responsive pleading is required.  To the extent a response is required, Defendant Becker

9   denies any remaining allegations in Paragraph 320.

10         321.    The allegations in Paragraph 321 are legal conclusions and characterizations to

11  which no responsive pleading is required.  To the extent any additional response is required,

12  Defendant Becker admits that Paragraph 321 purports to selectively quote and paraphrase from

13  letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any

14  remaining allegations in Paragraph 321.

15         322.    The allegations in Paragraph 322 are legal conclusions and characterizations to

16  which no responsive pleading is required.  To the extent any additional response is required,

17  Defendant Becker admits that Paragraph 322 purports to selectively quote and paraphrase from

18  letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any

19  remaining allegations in Paragraph 322.

20         323.    The allegations in Paragraph 323 are legal conclusions and characterizations to

21  which no responsive pleading is required.  To the extent any additional response is required,

22  Defendant Becker admits that Paragraph 323 purports to selectively quote and paraphrase from

23  letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any

24  remaining allegations in Paragraph 323.

25         324.    The allegations in Paragraph 324 are legal conclusions and characterizations to

26  which no responsive pleading is required.  To the extent any additional response is required,

27  Defendant Becker admits that Paragraph 324 purports to selectively quote and paraphrase from

28  letters authored by the Federal Reserve, which speak for themselves.  Defendant Becker denies any

1     remaining allegations in Paragraph 324.

2         325.    The allegations in Paragraph 325 are legal conclusions and characterizations to

3 which no responsive pleading is required. To the extent any additional response is required,

4 Defendant Becker admits that Paragraph 325 purports to selectively quote and paraphrase from

5 letters authored by the Federal Reserve and from the SOX Certification for SVB's Quarterly

6 Reports on Form 10-Q and SVB's Annual Reports on Form 10-K filed during the proposed Class

7 Period, which speak for themselves. Defendant Becker denies any remaining allegations in

8 Paragraph 325.

9         326.    Defendant Becker admits that Paragraph 326 purports to selectively quote and

10 paraphrase from SVB's Annual Reports on Form 10-K filed during the proposed Class Period,

11 which speak for themselves. Defendant Becker denies any remaining allegations in Paragraph 326.

12         327.    The allegations in Paragraph 327 are legal conclusions and characterizations to

13 which no responsive pleading is required. To the extent any additional response is required,

14 Defendant Becker admits that Paragraph 327 purports to selectively quote and paraphrase from

15 letters authored by the Federal Reserve and from SVB's Annual Reports on Form 10-K filed during

16 the proposed Class Period, which speak for themselves. Defendant Becker denies any remaining

17 allegations in Paragraph 327.

18         328.    The allegations in Paragraph 328 are legal conclusions and characterizations to

19 which no responsive pleading is required. To the extent an additional response is required,

20 Defendant Becker denies the allegations in Paragraph 328.

21         329.    The allegations in Paragraph 329 are legal conclusions and characterizations to

22 which no responsive pleading is required. To the extent an additional response is required,

23 Defendant Becker denies the allegations in Paragraph 329.

24         330.    The allegations in Paragraph 330 are legal conclusions and characterizations to

25 which no responsive pleading is required. To the extent an additional response is required,

26 Defendant Becker admits that Paragraph 330 purports to cite publicly available information

27 regarding SVB's stock price, volume, and market capitalization, which speaks for itself. Except to

28 the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 330.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

331.    The allegations in Paragraph 331 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 331.

332.    Defendant Becker admits that SVB's common stock reached $763.22 per share on November 16, 2021, and closed at $106.04 on March 9, 2023.  Defendant Becker admits NASDAQ restricted trading in SVB stock from March 10 to March 28, 2023.  Defendant Becker admits that SVB common stock closed at $0.40 per share on March 28, 2023.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 332.

333.    The allegations in Paragraph 333 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 333.

334.    The allegations in Paragraph 334 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 334.

335.    The allegations in Paragraph 335 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 335.

336.    The allegations in Paragraph 336 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 336.

337.    The allegations in Paragraph 337 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 337.

338.    The allegations in Paragraph 338 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 338.

339.    The allegations in Paragraph 339 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required,

1    Defendant Becker denies the allegations in Paragraph 339.

2    340.    Defendant Becker reasserts and hereby incorporates by reference his responses to

3    each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

4    341.    The allegations in Paragraph 341 are legal conclusions and characterizations to

5    which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

6    admits that Plaintiffs purport to assert claims arising under §10(b) of the Exchange Act, 15 U.S.C.

7    §§78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.  Except to the extent

8    expressly admitted, Defendant Becker denies the allegations in Paragraph 341.

9    342.    The allegations in Paragraph 342 are legal conclusions and characterizations to

10    which no responsive pleading is required.  To the extent an additional response is required,

11    Defendant Becker denies the allegations in Paragraph 342.

12    343.    The allegations in Paragraph 343 are legal conclusions and characterizations to

13    which no responsive pleading is required.  To the extent an additional response is required,

14    Defendant Becker denies the allegations in Paragraph 343.

15    344.    The allegations in Paragraph 344 are legal conclusions and characterizations to

16    which no responsive pleading is required.  To the extent an additional response is required,

17    Defendant Becker denies the allegations in Paragraph 344.

18    345.    The allegations in Paragraph 345 are legal conclusions and characterizations to

19    which no responsive pleading is required.  To the extent an additional response is required,

20    Defendant Becker denies the allegations in Paragraph 345.

21    346.    The allegations in Paragraph 346 are legal conclusions and characterizations to

22    which no responsive pleading is required.  To the extent an additional response is required,

23    Defendant Becker denies the allegations in Paragraph 346.

24    347.    The allegations in Paragraph 347 are legal conclusions and characterizations to

25    which no responsive pleading is required.  To the extent an additional response is required,

26    Defendant Becker denies the allegations in Paragraph 347.

27    348.    The allegations in Paragraph 348 are legal conclusions and characterizations to

28    which no responsive pleading is required.  To the extent an additional response is required,

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1   Defendant Becker denies the allegations in Paragraph 348.

2      349.    The allegations in Paragraph 349 are legal conclusions and characterizations to

3   which no responsive pleading is required.  To the extent an additional response is required,

4   Defendant Becker denies the allegations in Paragraph 349.

5      350.    The allegations in Paragraph 350 are legal conclusions and characterizations to

6   which no responsive pleading is required.  To the extent an additional response is required,

7   Defendant Becker denies the allegations in Paragraph 350.

8      351.    The allegations in Paragraph 351 are legal conclusions and characterizations to

9   which no responsive pleading is required.  To the extent an additional response is required,

10  Defendant Becker denies the allegations in Paragraph 351.

11     352.    Defendant Becker reasserts and hereby incorporates by reference his responses to

12  each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

13     353.    The allegations in Paragraph 353 are legal conclusions and characterizations to

14  which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

15  admits that Plaintiffs purport to assert claims arising under §20(a) of the Exchange Act, 15 U.S.C.

16  §78t(a).  Except to the extent expressly admitted, Defendant Becker denies the allegations in

17  Paragraph 353.

18     354.    The allegations in Paragraph 354 are legal conclusions and characterizations to

19  which no responsive pleading is required.  To the extent an additional response is required,

20  Defendant Becker denies the allegations in Paragraph 354.

21     355.    The allegations in Paragraph 355 are legal conclusions and characterizations to

22  which no responsive pleading is required.  To the extent an additional response is required,

23  Defendant Becker denies the allegations in Paragraph 355.

24     356.    The allegations in Paragraph 356 are legal conclusions and characterizations to

25  which no responsive pleading is required.  To the extent an additional response is required,

26  Defendant Becker denies the allegations in Paragraph 356.

27     357.    The allegations in Paragraph 357 are legal conclusions and characterizations to

28  which no responsive pleading is required.  To the extent an additional response is required,

- 49 -

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Defendant Becker denies the allegations in Paragraph 357.

2        358.    The allegations in Paragraph 358 are legal conclusions and characterizations to
3    which no responsive pleading is required.  To the extent an additional response is required,
4    Defendant Becker admits that he was the CEO of SVB and that Defendant Beck was the CFO of
5    SVB, and otherwise denies the allegations in Paragraph 358.

6        359.    The allegations in Paragraph 359 are legal conclusions and characterizations to
7    which no responsive pleading is required.  To the extent an additional response is required,
8    Defendant Becker denies the allegations in Paragraph 359.

9        360.    Defendant Becker reasserts and hereby incorporates by reference his responses to
10   each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

11       361.    The allegations in Paragraph 361 are legal conclusions and characterizations to
12   which no responsive pleading is required.  Insofar as a response is required, Defendant Becker
13   admits that Plaintiffs purport to assert claims arising under §§10(b) and 20(a) of the Exchange Act,
14   15 U.S.C. §§78j(b) and 78t-1(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.
15   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 361.

16       362.    The allegations in Paragraph 362 are legal conclusions and characterizations to
17   which no responsive pleading is required.  To the extent an additional response is required,
18   Defendant Becker admits that the allegations in Paragraph 362 purport to quote from §20A of the
19   Exchange Act, which speaks for itself.

20       363.    The allegations in Paragraph 363 are legal conclusions and characterizations to
21   which no responsive pleading is required.  To the extent an additional response is required,
22   Defendant Becker denies the allegations in Paragraph 363.

23       364.    The allegations in Paragraph 364 are legal conclusions and characterizations to
24   which no responsive pleading is required.  To the extent an additional response is required,
25   Defendant Becker denies the allegations in Paragraph 364.

26       365.    Defendant Becker lacks sufficient knowledge or information to form a belief as to
27   whether, when, and for what price Lead Plaintiffs purportedly purchased SVB common stock and,
28   on that basis, denies the allegations in Paragraph 365.  To the extent that an additional response is

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1   required, Defendant Becker denies the allegations in Paragraph 365.

2          366.    The allegations in Paragraph 366 are legal conclusions and characterizations to

3   which no responsive pleading is required.  To the extent an additional response is required,

4   Defendant Becker denies the allegations in Paragraph 366.

5          367.    Defendant Becker admits that Paragraph 367 purports to describe Plaintiffs' claims

6   and their remedies sought.  Except to the extent expressly admitted, Defendant Becker denies the

7   allegations in Paragraph 367.

8          368.    The allegations in Paragraph 368 are legal conclusions and characterizations to

9   which no responsive pleading is required.  To the extent an additional response is required,

10  Defendant Becker denies the allegations in Paragraph 368.

11         369.    Defendant Becker admits that Paragraph 369 purports to describe Plaintiffs' claims.

12  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 369.

13         370.    Defendant Becker admits that Paragraph 370 purports to disclaim certain allegations

14  of fraud or intentional misconduct.  Except to the extent expressly admitted, Defendant Becker

15  denies the allegations in Paragraph 370.

16         371.    The allegations in Paragraph 371 are legal conclusions and characterizations to

17  which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

18  admits that Plaintiffs purport to assert claims arising under §§11, 12(a)(2), and 15 of the Securities

19  Act, 15 U.S.C. §§77k, 77l, and 77o.  Except to the extent expressly admitted, Defendant Becker

20  denies the allegations in Paragraph 371.

21         372.    The allegations in Paragraph 372 are legal conclusions and characterizations to

22  which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

23  admits that Plaintiffs purport to plead jurisdiction pursuant to 28 U.S.C. §§1331 and 1337, and §22

24  of the Securities Act, 15 U.S.C. §77v.  Except to the extent expressly admitted, Defendant Becker

25  denies the allegations in Paragraph 372.

26         373.    The allegations in Paragraph 373 are legal conclusions and characterizations to

27  which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

28  admits that Plaintiffs purport to plead venue pursuant to 28 U.S.C. §1391(b) and §22 of the

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1  Exchange Act, 15 U.S.C. §77v.  Except to the extent expressly admitted, Defendant Becker denies
2  the allegations in Paragraph 373.

3         374.    Paragraph 374 states a legal conclusion to which no response is required.  To the
4  extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 374.

5         375.    Defendant Becker lacks knowledge or information sufficient to form a belief as to
6  the truth of the allegations in Paragraph 375 regarding Plaintiffs' purchase or acquisition of SVB
7  securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendants
8  denies the allegations in Paragraph 375.

9         376.    Defendant Becker lacks knowledge or information sufficient to form a belief as to
10 the truth of the allegations in the first two sentences of Paragraph 376, and on that basis denies
11 them.  Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth
12 of the allegation in the third sentence of Paragraph 376 that Norges purchased or otherwise acquired
13 SVB securities through U.S. domestic transactions during the Class Period, and on that basis denies
14 it. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph
15 376.

16        377.    Defendant Becker lacks knowledge or information sufficient to form a belief as to
17 the truth of the allegations in the first sentence of Paragraph 377, and on that basis denies them.
18 Defendant Becker admits that Asbestos Workers was a named plaintiff in *City of Hialeah*
19 *Employees' Retirement System, et al. v. Becker, et al.*, No. 3:23-cv-01697-JD (N.D. Cal.).
20 Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the
21 allegation in the third sentence of Paragraph 377 that Asbestos Workers purchased or otherwise
22 acquired SVB securities through U.S. domestic transactions during the Class Period, and on that
23 basis denies it. Except to the extent expressly admitted, Defendant Becker denies the allegations in
24 Paragraph 377.

25        378.    Defendant Becker lacks knowledge or information sufficient to form a belief as to
26 the truth of the allegations in the first sentence of Paragraph 378, and on that basis denies them.
27 Defendant Becker admits that Local 12 Funds was a named plaintiff in *City of Hialeah Employees'*
28 *Retirement System, et al. v. Becker, et al.*, No. 3:23-cv-01697-JD (N.D. Cal.).  Defendant Becker

1    lacks knowledge or information sufficient to form a belief as to the truth of the allegation in the

2    third sentence of Paragraph 378 that Local 12 Funds purchased or otherwise acquired SVB

3    securities through U.S. domestic transactions during the Class Period, and on that basis denies it.

4    Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 378.

5            379.    Paragraph 379 states a legal conclusion to which no response is required.  To the

6    extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 379.

7            380.    Defendant Becker respectfully refers the Court to the November 15, 2019

8    Registration Statement, which speaks for itself, and denies any allegation in Paragraph 380 not

9    consistent with that Registration Statement.  The second sentence of Paragraph 380 states a legal

10   conclusion to which no response is required.  To the extent a further response is deemed required,

11   Defendant Becker denies the remaining allegations in Paragraph 380.

12           381.    Defendant Becker respectfully refers the Court to the documents constituting the

13   February 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 381

14   not consistent with them.

15           382.    Defendant Becker respectfully refers the Court to the documents constituting the

16   March 2021 Offering, which speak for themselves, and denies any allegation in Paragraph 382 not

17   consistent with them.

18           383.    Defendant Becker respectfully refers the Court to the documents constituting the

19   May 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 383 not

20   consistent with them.

21           384.    Defendant Becker respectfully refers the Court to the documents constituting the

22   August 2021 Offering, which speak for themselves, and denies any allegation in Paragraph 384 not

23   consistent with them.

24           385.    Defendant Becker respectfully refers the Court to the documents constituting the

25   October 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 385

26   not consistent with them.

27           386.    Defendant Becker respectfully refers the Court to the documents constituting the

28   April 2022 Offerings, which speak for themselves, and denies any allegation in Paragraph 386 not

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1  consistent with them.

2  387.  The allegations in Paragraph 387 are incomplete and dependent on subsequent

3  allegations that are not adequately described or limited, and thus no responsive pleading is required.

4  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph

5  387.

6  388.  Defendant Becker admits that he was a member of SVB's Board of Directors from

7  2011 until he resigned in April 2023.  Defendant Becker admits that he was the President and Chief

8  Executive Officer of SVB during the Class Period.  Defendant Becker admits that he signed the

9  Registration Statement.  Except as expressly admitted, Defendant Becker denies the allegations in

10  Paragraph 388.

11  389.  Defendant Becker admits the allegations in Paragraph 389.

12  390.  Defendant Becker admits the allegations in Paragraph 390.

13  391.  The allegations in Paragraph 391 are incomplete and dependent on subsequent

14  allegations that are not adequately described or limited, and thus no responsive pleading is required.

15  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph

16  391.

17  392.  Defendant Becker need not respond to the allegations in Paragraph 392 inasmuch as

18  they are directed at another party.  To the extent a response is required, Defendant Becker admits

19  that Defendant Dunbar served on SVB's Board of Directors and was a member of the Risk, Finance,

20  and Governance Committees during his tenure.  Except to the extent expressly admitted, Defendant

21  Becker denies the allegations in Paragraph 392.

22  393.  Defendant Becker need not respond to the allegations in Paragraph 393 inasmuch as

23  they are directed at another party.  To the extent a response is required, Defendant Becker admits

24  that Defendant Benhamou served on SVB's Board of Directors and was a member of the Risk,

25  Finance, and Governance Committees during his tenure.  Except to the extent expressly admitted,

26  Defendant Becker denies the allegations in Paragraph 393.

27  394.  Defendant Becker need not respond to the allegations in Paragraph 394 inasmuch as

28  they are directed at another party.  To the extent a response is required, Defendant Becker admits

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

that Defendant Burr served on SVB's Board of Directors and was a member of the Audit and Technology Committees during her tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 394.

395.    Defendant Becker need not respond to the allegations in Paragraph 395 inasmuch as they are directed at another party. To the extent a response is required, Defendant Becker admits that Defendant Clendening served on SVB's Board of Directors and was a member of the Compensation and Credit Committees during his tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 395.

396.    Defendant Becker need not respond to the allegations in Paragraph 396 inasmuch as they are directed at another party. To the extent a response is required, Defendant Becker admits that Defendant Daniels served on SVB's Board of Directors and was a member of the Technology, Audit, Compensation, and Risk Committees during his tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 396.

397.    Defendant Becker need not respond to the allegations in Paragraph 397 inasmuch as they are directed at another party. To the extent a response is required, Defendant Becker admits that Defendant Davis served on SVB's Board of Directors and was a member of the Technology, Audit, and Compensation Committees during her tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 397.

398.    Defendant Becker need not respond to the allegations in Paragraph 398 inasmuch as they are directed at another party. To the extent a response is required, Defendant Becker admits that Defendant Friedman served on SVB's Board of Directors and was a member of the Risk, Finance, and Governance Committees during his tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 398.

399.    Defendant Becker need not respond to the allegations in Paragraph 399 inasmuch as they are directed at another party. To the extent a response is required, Defendant Becker admits that Defendant Maggioncalda served on SVB's Board of Directors and was a member of the Compensation and Technology Committees during his tenure. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 399.

400.     Defendant Becker need not respond to the allegations in Paragraph 400 inasmuch as they are directed at another party.  To the extent a response is required, Defendant Becker admits that Defendant Matthews served on SVB's Board of Directors and was a member of the Risk, Audit, and Governance Committees during her tenure.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 400.

401.     Defendant Becker need not respond to the allegations in Paragraph 401 inasmuch as they are directed at another party.  To the extent a response is required, Defendant Becker admits that Defendant Miller served on SVB's Board of Directors and was a member of the Risk, Finance, and Audit Committees during her tenure.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 401.

402.     Defendant Becker need not respond to the allegations in Paragraph 402 inasmuch as they are directed at another party.  To the extent a response is required, Defendant Becker admits that Defendant Mitchell served on SVB's Board of Directors and was a member of the Risk and Finance Committees during her tenure.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 402.

403.     Defendant Becker need not respond to the allegations in Paragraph 403 inasmuch as they are directed at another party.  To the extent a response is required, Defendant Becker admits that Defendant Staglin served on SVB's Board of Directors and was a member of the Risk, Compensation, and Governance Committees during his tenure.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 403.

404.     Defendant Becker admits that KPMG LLP was SVBFG's independent registered public accounting firm for fiscals years ending December 31, 2021, December 31, 2022, and December 31, 2023, as reported on SVBFG's 2021 Definitive Proxy Statement filed with the SEC on March 4, 2021, 2022 Definitive Proxy Statement filed with the SEC on March 4, 2022, and 2023 Preliminary Proxy Statement filed with the SEC on March 3, 2023.  Defendant Becker admits that SVBFG filed Forms 10-K with the SEC on March 1, 2021 and March 1, 2022 that contain the audit reports referenced in Paragraph 404, but denies any characterizations of these filings, which speak for themselves.  Except as expressly admitted, Defendant Becker denies the allegations in

1    Paragraph 404.

2    405.    Defendant Becker admits that SVB conducted eleven offerings of SVB securities

3    between February 2021 and April 2022, which raised $8 billion from investors.  Defendant Becker

4    denies the remaining allegations of Paragraph 405.

5    406.    The allegations in Paragraph 406 refer to certain publicly filed documents, which

6    speak for themselves.  Defendant Becker refers to those documents for their full and complete

7    contents and denies any allegation that mischaracterizes those documents.

8    407.    Defendant Becker admits that the allegations in Paragraph 407 refer to certain

9    publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents

10   for their full and complete contents and denies any allegation that mischaracterizes those

11   documents.

12   408.    The allegations in Paragraph 408 refer to certain publicly filed documents, which

13   speak for themselves.  Defendant Becker refers to those documents for their full and complete

14   contents and denies any allegation that mischaracterizes those documents.

15   409.    Defendant Becker admits that the allegations in Paragraph 409 refer to certain

16   publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents

17   for their full and complete contents and denies any allegation that mischaracterizes those

18   documents.

19   410.    The allegations in Paragraph 410 refer to certain publicly filed documents, which

20   speak for themselves.  Defendant Becker refers to those documents for their full and complete

21   contents and denies any allegation that mischaracterizes those documents.

22   411.    Defendant Becker admits that the allegations in Paragraph 411 refer to certain

23   publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents

24   for their full and complete contents and denies any allegation that mischaracterizes those

25   documents.

26   412.    The allegations in Paragraph 412 refer to certain publicly filed documents, which

27   speak for themselves.  Defendant Becker refers to those documents for their full and complete

28   contents and denies any allegation that mischaracterizes those documents.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

413.    Defendant Becker admits that the allegations in Paragraph 413 refer to certain publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents for their full and complete contents and denies any allegation that mischaracterizes those documents.

414.    The allegations in Paragraph 414 refer to certain publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents for their full and complete contents and denies any allegation that mischaracterizes those documents.

415.    Defendant Becker admits that the allegations in Paragraph 415 refer to certain publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents for their full and complete contents and denies any allegation that mischaracterizes those documents.

416.    The allegations in Paragraph 416 refer to certain publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents for their full and complete contents and denies any allegation that mischaracterizes those documents.

417.    Defendant Becker admits that the allegations in Paragraph 417 refer to certain publicly filed documents, which speak for themselves.  Defendant Becker refers to those documents for their full and complete contents and denies any allegation that mischaracterizes those documents.

418.    The first sentence of Paragraph 418 describes Plaintiffs' shorthand description for certain offerings, and thus no response is required.  Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 418, and on that basis denies them.

419.    The allegations in Paragraph 419 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 419.

420.    Defendant Becker admits that Paragraph 420 purports to selectively quote from the SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 420.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    421.    The allegations in Paragraph 421 are legal conclusions and characterizations to
2    which no responsive pleading is required.  To the extent that an additional response is required,
3    Defendant Becker denies the allegations in Paragraph 421.

4    422.    Defendant Becker admits that Paragraph 422 purports to selectively quote from the
5    SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly
6    admitted, Defendant Becker denies the allegations in Paragraph 422.

7    423.    The allegations in Paragraph 423 are legal conclusions and characterizations to
8    which no responsive pleading is required.  To the extent that an additional response is required,
9    Defendant Becker denies the allegations in Paragraph 423.

10    424.    Defendant Becker admits that Paragraph 424 purports to selectively quote from the
11    SVB Proxy Statement filed on Schedule 14A, which speaks for itself.  Except to the extent
12    expressly admitted, Defendant Becker denies the allegations in Paragraph 424.

13    425.    The allegations in Paragraph 425 are legal conclusions and characterizations to
14    which no responsive pleading is required.  To the extent that an additional response is required,
15    Defendant Becker denies the allegations in Paragraph 425.

16    426.    Defendant Becker admits that Paragraph 426 purports to selectively quote from the
17    SVB Proxy Statement filed on Schedule 14A, which speaks for itself.  Except to the extent
18    expressly admitted, Defendant Becker denies the allegations in Paragraph 426.

19    427.    The allegations in Paragraph 427 are legal conclusions and characterizations to
20    which no responsive pleading is required.  To the extent that an additional response is required,
21    Defendant Becker denies the allegations in Paragraph 427.

22    428.    Defendant Becker admits that Paragraph 428 purports to selectively quote from the
23    SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly
24    admitted, Defendant Becker denies the allegations in Paragraph 428.

25    429.    The allegations in Paragraph 429 are legal conclusions and characterizations to
26    which no responsive pleading is required.  To the extent that an additional response is required,
27    Defendant Becker denies the allegations in Paragraph 429.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

430.    Defendant Becker admits that Paragraph 430 purports to selectively quote from the SVB Annual Report filed on Form 10-K and SVB Quarterly Report filed on Form 10-Q, which speak for themselves.   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 430.

431.    The allegations in Paragraph 431 are legal conclusions and characterizations to which no responsive pleading is required.   To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 431.

432.    Defendant Becker admits that Paragraph 432 purports to selectively quote from the SVB Annual Report filed on Form 10-K and SVB Quarterly Report filed on Form 10-Q, which speak for themselves.   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 432.

433.    The allegations in Paragraph 433 are legal conclusions and characterizations to which no responsive pleading is required.   To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 433.

434.    Defendant Becker admits that Paragraph 434 purports to selectively quote from the SVB Annual Report filed on Form 10-K and SVB Quarterly Reports filed on Form 10-Q on May 10, 2021, and August 6, 2021, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 434.

435.    The allegations in Paragraph 435 are legal conclusions and characterizations to which no responsive pleading is required.   To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 435.

436.    Defendant Becker admits that Paragraph 436 purports to selectively quote from the SVB Annual Report filed on Form 10-K and SVB Quarterly Report filed on Form 10-Q, which speak for themselves.   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 436.

437.    The allegations in Paragraph 437 are legal conclusions and characterizations to which no responsive pleading is required.   To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 437.

1    438.    The allegations in Paragraph 438 are legal conclusions and characterizations to

2    which no responsive pleading is required.  To the extent that an additional response is required,

3    Defendant Becker denies the allegations in Paragraph 438.

4    439.    Defendant Becker admits that Paragraph 439 purports to selectively quote from the

5    SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly

6    admitted, Defendant Becker denies the allegations in Paragraph 439.

7    440.    Defendant Becker admits that Paragraph 440 purports to selectively quote from the

8    SVB Annual Report filed on Form 10-K and SVB Quarterly Report filed on Form 10-Q, which

9    speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

10   allegations in Paragraph 440.

11   441.    The allegations in Paragraph 441 are legal conclusions and characterizations to

12   which no responsive pleading is required.  To the extent that an additional response is required,

13   Defendant Becker denies the allegations in Paragraph 441.

14   442.    Defendant Becker admits that Paragraph 442 purports to selectively quote from the

15   SVB Form 10-Q filed May 10 and August 6, 2021, and the SVB Form 10-K filed March 1, 2022,

16   which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

17   allegations in Paragraph 442.

18   443.    The allegations in Paragraph 443 are legal conclusions and characterizations to

19   which no responsive pleading is required.  To the extent that an additional response is required,

20   Defendant Becker denies the allegations in Paragraph 443.

21   444.    Defendant Becker admits that Paragraph 444 purports to selectively quote from the

22   SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly

23   admitted, Defendant Becker denies the allegations in Paragraph 444.

24   445.    Defendant Becker admits that Paragraph 445 purports to selectively quote from the

25   SVB Annual Report filed on Form 10-K, which speaks for itself.  Except to the extent expressly

26   admitted, Defendant Becker denies the allegations in Paragraph 445.

27   446.    Defendant Becker admits that Paragraph 446 purports to selectively quote from the

28   SVB Annual Report filed on Form 10-K and SVB Quarterly Report filed on Form 10-Q, which

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 446.

447.    The allegations in Paragraph 447 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 447.

448.    The allegations in Paragraph 448 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 448.

449.    The allegations in Paragraph 449 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 449.

450.    The allegations in Paragraph 450 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 450.

451.    The allegations in Paragraph 451 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 451.

452.    The allegations in Paragraph 452 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 452.

453.    The allegations in Paragraph 453 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 453.

454.    The allegations in Paragraph 454 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 454.

455.    Defendant Becker admits that Paragraph 455 purports to selectively quote from the SVB Annual Reports filed on Form 10-K, which speak for themselves.  Except to the extent

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

expressly admitted, Defendant Becker denies the allegations in Paragraph 455.

456.    The allegations in Paragraph 456 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 456.

457.    Defendant Becker admits that Paragraph 457 purports to selectively quote from the SVB Annual Reports filed on Form 10-K, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 457.

458.    The allegations in Paragraph 458 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 458.

459.    The allegations in Paragraph 459 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 459.

460.    The allegations in Paragraph 460 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 460.

461.    The allegations in Paragraph 461 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 461.

462.    Defendant Becker denies the allegations in Paragraph 462.

463.    Defendant Becker admits that Paragraph 463 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, and a report published by Wolfe Research, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 463.

464.    Defendant Becker admits that Paragraph 464 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 464.

465.    The allegations in Paragraph 465 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 465 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 465.

466.    The allegations in Paragraph 466 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 466 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 466.

467.    Defendant Becker admits that Paragraph 467 purports to summarize a banking risk management framework.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 467.

468.    Defendant Becker admits that Paragraph 468 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 468.

469.    Defendant Becker admits that Paragraph 469 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  To the extent the allegations in Paragraph 469 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 469.

470.    Defendant Becker admits that Paragraph 470 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 470.

471.    To the extent the allegations in Paragraph 471 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

1   required, Defendant Becker denies the allegations in Paragraph 471.

2   472.    Defendant Becker admits that Paragraph 472 purports to selectively quote and

3   paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

4   expressly admitted, Defendant Becker denies the allegations in Paragraph 472.

5   473.    Defendant Becker admits that Paragraph 473 purports to selectively quote and

6   paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

7   expressly admitted, Defendant Becker denies the allegations in Paragraph 473.

8   474.    Defendant Becker admits that Paragraph 474 purports to selectively quote and

9   paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

10  expressly admitted, Defendant Becker denies the allegations in Paragraph 474.

11  475.    Defendant Becker admits that Paragraph 475 purports to selectively quote and

12  paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent

13  expressly admitted, Defendant Becker denies the allegations in Paragraph 475.

14  476.    Defendant Becker admits that Paragraph 476 purports to selectively quote and

15  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

16  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 476.

17  477.    Defendant Becker admits that Paragraph 477 purports to selectively quote and

18  paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

19  expressly admitted, Defendant Becker denies the allegations in Paragraph 477.

20  478.    Defendant Becker admits that Paragraph 478 purports to selectively quote and

21  paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

22  extent expressly admitted, Defendant Becker denies the allegations in Paragraph 478.

23  479.    Defendant Becker admits that Paragraph 479 purports to selectively quote and

24  paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except

25  to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 479.

26  480.    Defendant Becker admits that Paragraph 480 purports to selectively quote and

27  paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent

28  expressly admitted, Defendant Becker denies the allegations in Paragraph 480.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

481.    Defendant Becker admits that Paragraph 481 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 481.

482.    To the extent the allegations in Paragraph 482 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 482.

483.    Defendant Becker admits that Paragraph 483 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 483.

484.    Defendant Becker admits that Paragraph 484 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 484.

485.    Defendant Becker admits that Paragraph 485 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 485.

486.    Defendant Becker admits that Paragraph 486 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 486.

487.    Defendant Becker admits that Paragraph 487 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 487.

488.    Defendant Becker admits that Paragraph 488 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 488.

489.    Defendant Becker admits that Paragraph 489 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 489.

490.    Defendant Becker admits that Paragraph 490 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 490.

491.    Defendant Becker admits that Paragraph 491 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 491.

492.    Defendant Becker admits that Paragraph 492 purports to selectively quote and paraphrase reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 492.

493.    Defendant Becker admits that Paragraph 493 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 493.

494.    Defendant Becker admits that Paragraph 494 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 494.

495.    Defendant Becker admits that Paragraph 495 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 495.

496.    Defendant Becker admits that Paragraph 496 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 496.

497.    To the extent the allegations in Paragraph 497 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.

498.    To the extent the allegations in Paragraph 498 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 498.

499.    To the extent the allegations in Paragraph 499 purport to paraphrase or reference statements from an unnamed former employee of SVB and/or Raj Chandrasekaran, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 499.

500.    Defendant Becker admits that at the start of the proposed Class Period (January 21, 2021), Laura Izurieta served as SVB's Chief Risk Officer.  Defendant Becker admits Paragraph 500 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 500.

501.    Defendant Becker admits that Paragraph 501 purports to selectively paraphrase the Fed Report and DFPI Report, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 501.

502.    Defendant Becker admits that Paragraph 502 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 502.

503.    The allegations in Paragraph 503 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 503.

504.    Defendant Becker admits that Paragraph 504 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 504.

505.    Defendant Becker admits that Paragraph 505 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 505.

506.    To the extent the allegations in Paragraph 506 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 506.

507.    To the extent the allegations in Paragraph 507 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 507.

508.    Defendant Becker admits that Paragraph 508 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 508.

509.    Defendant Becker admits that Paragraph 509 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 509.

510.    Defendant Becker admits that Paragraph 510 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 510.

511.    Defendant Becker admits that Paragraph 511 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 511.

512.    Defendant Becker admits that Paragraph 512 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 512.

513.    Defendant Becker admits that Paragraph 513 purports to selectively quote and paraphrase from reports published by BofA Securities and Raymond James, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 513.

514.    Defendant Becker admits that Paragraph 514 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 514.

515.    Defendant Becker admits that Paragraph 515 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, a letter authored by the Federal

1 │ Reserve, and the GAO Report, which speak for themselves. Except to the extent expressly

2 │ admitted, Defendant Becker denies the allegations in Paragraph 515.

3 │     516.    Defendant Becker admits that Paragraph 516 purports to selectively quote and

4 │ paraphrase letters and reports authored by the Federal Reserve, which speak for themselves. Except

5 │ to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 516.

6 │     517.    Defendant Becker admits that Paragraph 517 purports to selectively quote and

7 │ paraphrase the Fed Report, which speaks for itself. Except to the extent expressly admitted,

8 │ Defendant Becker denies the allegations in Paragraph 517.

9 │     518.    Defendant Becker admits that Paragraph 518 purports to selectively quote and

10 │ paraphrase the Fed Report, which speaks for itself. Except to the extent expressly admitted,

11 │ Defendant Becker denies the allegations in Paragraph 518.

12 │     519.    Defendant Becker admits that Paragraph 519 purports to selectively quote and

13 │ paraphrase the Fed Report and an article published in *The Washington Post*, which speak for

14 │ themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in

15 │ Paragraph 519.

16 │     520.    Defendant Becker admits that Paragraph 520 purports to selectively quote and

17 │ paraphrase articles published in *The Washington Post*, which speak for themselves. Except to the

18 │ extent expressly admitted, Defendant Becker denies the allegations in Paragraph 520.

19 │     521.    Defendant Becker admits that Paragraph 521 purports to selectively quote and

20 │ paraphrase the Fed Report, which speaks for itself. Except to the extent expressly admitted,

21 │ Defendant Becker denies the allegations in Paragraph 521.

22 │     522.    Defendant Becker admits that Paragraph 522 purports to selectively quote and

23 │ paraphrase the Fed Report, which speaks for itself. Except to the extent expressly admitted,

24 │ Defendant Becker denies the allegations in Paragraph 522.

25 │     523.    Defendant Becker admits that Paragraph 523 purports to selectively quote and

26 │ paraphrase letters and reports authored by the Federal Reserve, which speak for themselves. Except

27 │ to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 523.

28 │     524.    Defendant Becker denies the allegations in Paragraph 524.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

525.    Defendant Becker admits that Paragraph 525 purports to selectively quote and paraphrase from an article published in *The Financial Times*, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 525.

526.    To the extent the allegations in Paragraph 526 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 526.

527.    To the extent Paragraph 527 purports to incorporate the allegations set forth in Paragraph 436, Defendant Becker incorporates his responses to Paragraph 436 *supra*.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 527.

528.    Defendant Becker denies the allegations in Paragraph 528.

529.    Defendant Becker admits that Paragraph 529 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve and the GAO Report, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 529.

530.    Defendant Becker admits that Paragraph 530 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 530.

531.    Defendant Becker admits that Paragraph 531 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 531.

532.    Defendant Becker admits that Paragraph 532 purports to selectively quote and paraphrase from a report published by McKinsey & Co., which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 532.

533.    Defendant Becker admits that Paragraph 533 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve and an article published in *The New York Times*, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 533.

534.    Defendant Becker admits that Paragraph 534 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 534.

535.    Defendant Becker admits that Paragraph 535 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 535.

536.    Defendant Becker admits that Paragraph 536 purports to selectively quote and paraphrase from a policy statement authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 536.

537.    Defendant Becker admits that Paragraph 537 purports to selectively quote and paraphrase from a policy statement authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 537.

538.    Defendant Becker admits that Paragraph 538 purports to selectively quote and paraphrase from a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 538.

539.    Defendant Becker admits that Paragraph 539 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 539.

540.    Defendant Becker admits that Paragraph 540 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 540.

541.    To the extent the allegations in Paragraph 541 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 541.

542.    To the extent the allegations in Paragraph 542 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    required, Defendant Becker denies the allegations in Paragraph 542.

2        543.    To the extent the allegations in Paragraph 543 purport to paraphrase or reference

3    statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

4    knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

5    required, Defendant Becker denies the allegations in Paragraph 543.

6        544.    The allegations in Paragraph 544 are legal conclusions and characterizations to

7    which no responsive pleading is required.  To the extent that an additional response is required,

8    Defendant Becker denies the allegations in Paragraph 544.

9        545.    Defendant Becker admits that Paragraph 545 purports to selectively quote and

10   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the

11   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 545.

12       546.    Defendant Becker admits that Paragraph 546 purports to selectively quote and

13   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the

14   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 546.

15       547.    Defendant Becker admits that Paragraph 547 purports to selectively quote and

16   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the

17   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 547.

18       548.    Defendant Becker admits that Paragraph 548 purports to selectively quote and

19   paraphrase from a letter authored by the Federal Reserve, which speaks for itself.  Except to the

20   extent expressly admitted, Defendant Becker denies the allegations in Paragraph 548.

21       549.    To the extent the allegations in Paragraph 549 purport to paraphrase or reference

22   statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge

23   to respond, and on that basis, denies them.  To the extent that an additional response is required,

24   Defendant Becker denies the allegations in Paragraph 549.

25       550.    To the extent the allegations in Paragraph 550 purport to paraphrase or reference

26   statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient

27   knowledge to respond, and on that basis, denies them.  To the extent that an additional response is

28   required, Defendant Becker denies the allegations in Paragraph 550.

1        551.    Defendant Becker admits that Paragraph 551 purports to selectively cite information

2    contained in SVB's SEC filings, which speaks for itself.  Defendant Becker lacks sufficient

3    knowledge or information to form a belief as to the content and assets in the financial portfolio of

4    the undefined "average peer large financial institution" and, on that basis, denies the allegations in

5    sentence three of Paragraph 551.  Except to the extent expressly admitted, Defendant Becker denies

6    the allegations in Paragraph 551.

7        552.    The allegations in Paragraph 552 are legal conclusions and characterizations to

8    which no responsive pleading is required.  To the extent an additional response is required,

9    Defendant Becker admits that Paragraph 552 purports to cite and paraphrase publicly available

10   information regarding SVB's securities portfolio and the Federal Reserve's interest rate decisions,

11   which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the

12   allegations in Paragraph 552.

13       553.    The allegations in Paragraph 553 are legal conclusions and characterizations to

14   which no responsive pleading is required.  To the extent that an additional response is required,

15   Defendant Becker denies the allegations in Paragraph 553.

16       554.    Defendant Becker denies the allegations in Paragraph 554.

17       555.    The allegations in Paragraph 555 are legal conclusions and characterizations to

18   which no responsive pleading is required.  To the extent an additional response is required,

19   Defendant Becker denies the allegations in Paragraph 555.

20       556.    The allegations in Paragraph 556 are legal conclusions and characterizations to

21   which no responsive pleading is required.  To the extent an additional response is required,

22   Defendant Becker denies the allegations in Paragraph 556.

23       557.    The allegations in Paragraph 557 are legal conclusions and characterizations to

24   which no responsive pleading is required.  To the extent an additional response is required,

25   Defendant Becker admits that Paragraph 557 purports to selectively quote and paraphrase a guide

26   published by the Corporate Finance Institute and a letter from Gregory Becker to SVB shareholders,

27   which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

28   allegations in Paragraph 557.

558.    Defendant Becker admits that Paragraph 558 purports to selectively quote and paraphrase from ASC 320-10 and reports published by KPMG and PwC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 558.

559.    Defendant Becker admits that Paragraph 559 purports to selectively quote and paraphrase from reports published by KPMG and PwC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 559.

560.    Defendant Becker admits that Paragraph 560 purports to selectively quote and paraphrase from ASC 320-10-25-4 and a report published by Ernst & Young, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 560.

561.    The allegations in Paragraph 561 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 561.

562.    Defendant Becker admits that Paragraph 562 purports to selectively quote and paraphrase from the Fed Report and a report published by Ernst & Young, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 562.

563.    Defendant Becker denies the allegations in Paragraph 563.

564.    To the extent the allegations in Paragraph 564 purport to paraphrase or reference statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.

565.    To the extent the allegations in Paragraph 565 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 565.

566.    Defendant Becker admits that Paragraph 566 purports to selectively quote and paraphrase from ASC 320-10-25-4 and reports published by Ernst & Young and KPMG, which

speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 566.

567.    Defendant Becker admits that Paragraph 567 purports to selectively quote and paraphrase from a letter authored by the Federal Reserve and a report published by Ernst & Young, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 567.

568.    Defendant Becker admits that Paragraph 568 purports to selectively quote and paraphrase from ASC 320-10-25-4, the "SVB 2022 CAMELS Examination Supervisory Letter," and an article published by *The Financial Times*, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 568.

569.    Defendant Becker denies the allegations in the first sentence of Paragraph 569.  Defendant Becker admits that the second and third sentences of Paragraph 569 purport to selectively paraphrase information contained in the Fed Report, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 569.

570.    Defendant Becker denies the allegations in Paragraph 570.

571.    The allegations in Paragraph 571 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 571.

572.    Defendant Becker denies the allegations in Paragraph 572.

573.    Defendant Becker denies the allegations in Paragraph 573.

574.    Defendant Becker admits that Paragraph 574 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K filed March 1, 2021, and the SVB 2022 Form 10-K filed March 1, 2022, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 574.

575.    The allegations in Paragraph 575 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 575.

576.    The allegations in Paragraph 576 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 576.

577.    The allegations in Paragraph 577 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 577.

578.    The allegations in Paragraph 577 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 577.

579.    The allegations in Paragraph 579 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 579.

580.    The allegations in Paragraph 580 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 580.

581.    The allegations in Paragraph 581 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 581.

582.    The allegations in Paragraph 582 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 582.

583.    The allegations in Paragraph 583 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 583.

584.    The allegations in Paragraph 584 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 584.

585.    The allegations in Paragraph 585 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 585.

586.    Defendant Becker admits that Paragraph 586 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 586.

587.    The allegations in Paragraph 587 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 587.

588.    The allegations in Paragraph 588 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 588.

589.    The allegations in Paragraph 589 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker admits that Paragraph 589 purports to selectively quote and paraphrase a letter authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 589.

590.    Defendant Becker admits that Paragraph 590 purports to selectively quote and paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 590.

591.    The allegations in Paragraph 591 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 591.

592.    The allegations in Paragraph 592 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 592.

593.    The allegations in Paragraph 593 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required,

1    Defendant Becker denies the allegations in Paragraph 593.

2        594.    Defendant Becker admits that Paragraph 594 purports to selectively quote and

3    paraphrase from the GAO Report and an article published in *Bloomberg*, which speak for

4    themselves.  To the extent the allegations in Paragraph 594 purport to paraphrase or reference

5    statements from unnamed former employees of SVB, Defendant Becker lacks sufficient knowledge

6    to respond, and on that basis, denies them.  Except to the extent expressly admitted, Defendant

7    Becker denies the allegations in Paragraph 594.

8        595.    Defendant Becker admits that Paragraph 595 purports to selectively quote and

9    paraphrase from articles published by Reuters and *The Wall Street Journal*, which speak for

10   themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

11   Paragraph 595.

12       596.    The allegations in Paragraph 596 are legal conclusions and characterizations to

13   which no responsive pleading is required.  To the extent that an additional response is required,

14   Defendant Becker denies the allegations in Paragraph 596.

15       597.    The allegations in Paragraph 597 are legal conclusions and characterizations to

16   which no responsive pleading is required.  To the extent that an additional response is required,

17   Defendant Becker denies the allegations in Paragraph 597.

18       598.    The allegations in Paragraph 598 are incomplete and dependent on subsequent

19   allegations that are not adequately described or limited, and thus no responsive pleading is required.

20   To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph

21   598.

22       599.    Defendant Becker admits that Paragraph 599 purports to selectively quote and

23   paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, and letters and reports authored

24   by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted,

25   Defendant Becker denies the allegations in Paragraph 599.

26       600.    Defendant Becker admits that Paragraph 600 purports to selectively quote and

27   paraphrase from the SVB 2020 Form 10-K, filed March 1, 2021, and a report authored by the FDIC,

28   which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

allegations in Paragraph 600.

601.    Defendant Becker admits that Paragraph 601 purports to selectively quote and paraphrase from reports authored by the Federal Reserve and KPMG, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 601.

602.    Defendant Becker admits that Paragraph 602 purports to selectively quote and paraphrase from a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 602.

603.    Defendant Becker admits that Paragraph 603 purports to selectively quote and paraphrase publicly available documents that SVB filed with the SEC, which speak for themselves. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 603.

604.    Defendant Becker admits that Paragraph 604 purports to selectively quote and paraphrase publicly available documents that SVB filed with the SEC and a statement from "the former Chief Accountant for the SEC," which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 604.

605.    Defendant Becker admits that Paragraph 605 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 605.

606.    Defendant Becker admits that SVB received MRIAs and MRAs from the Federal Reserve.  Defendant Becker admits that Paragraph 606 purports to selectively quote and paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 606.

607.    Defendant Becker admits that Paragraph 607 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 607.

608.    Defendant Becker admits that Paragraph 608 purports to selectively quote and paraphrase a draft document authored by the Federal Reserve, which speaks for itself.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 608.

609.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 609 regarding the "particular[] focus[]" of undefined "securities analysts" and, on that basis, denies them. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 609.

610.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 610 regarding the "critical[ity]" of SVB's representations to the "confidence" of undefined "depositors" and, on that basis, denies them. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 610.

611.    Defendant Becker admits that Paragraph 611 purports to selectively quote and paraphrase from an article published in *The New York Times*, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 611.

612.    Defendant Becker denies the allegations in Paragraph 612.

613.    Paragraph 613 states legal conclusions to which no response is required. To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 613.

614.    Defendant Becker denies the allegations in Paragraph 614.

615.    Defendant Becker denies the allegations in Paragraph 615.

616.    Defendant Becker admits that Gregory Becker, Daniel J. Beck, and Karen Hon served as Chief Executive Officer, Chief Financial Officer, and Chief Accounting Officer, respectively, of SVB. Defendant Becker admits that Paragraph 616 purports to selectively quote and paraphrase the SVB Proxy Statement, filed March 4, 2022, which speaks for itself. Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 616.

617.    The allegations in Paragraph 617 are legal conclusions and characterizations to which no responsive pleading is required. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 617.

618.    The allegations in Paragraph 618 are legal conclusions and characterizations to which no responsive pleading is required. To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 618.

619.    The allegations in Paragraph 619 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 619.

620.    The allegations in Paragraph 620 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 620.

621.    The allegations in Paragraph 621 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 621.

622.    The allegations in Paragraph 622 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 622.

623.    The allegations in Paragraph 623 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker admits that Paragraph 623 purports to selectively quote and paraphrase from an article published in *The Financial Times* and a report authored by McKinsey & Co., which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 623.

624.    The allegations in Paragraph 624 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 624.

625.    Defendant Becker denies the allegations in Paragraph 625.

626.    Defendant Becker admits that Paragraph 626 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, and the SVB Risk Committee Charters, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 626.

627.    Defendant Becker admits that Paragraph 627 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the

1    extent expressly admitted, Defendant Becker denies the allegations in Paragraph 627.

2        628.    Defendant Becker admits that Paragraph 628 purports to selectively quote and

3    paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent

4    expressly admitted, Defendant Becker denies the allegations in Paragraph 628.

5        629.    Defendant Becker admits that Paragraph 629 purports to selectively quote and

6    paraphrase a report authored by the Federal Reserve, which speaks for itself.  Except to the extent

7    expressly admitted, Defendant Becker denies the allegations in Paragraph 629.

8        630.    Defendant Becker admits that Paragraph 630 purports to selectively quote and

9    paraphrase the SVB Risk Committee Charter, which speaks for itself.  Except to the extent

10   expressly admitted, Defendant Becker denies the allegations in Paragraph 630.

11       631.    Defendant Becker admits that Paragraph 631 purports to selectively quote and

12   paraphrase reports and letters authored by the Federal Reserve, which speak for themselves.  Except

13   to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 631.

14       632.    Defendant Becker admits that Paragraph 632 purports to selectively quote and

15   paraphrase the SVB Risk Committee Charter, which speaks for itself.  Except to the extent

16   expressly admitted, Defendant Becker denies the allegations in Paragraph 632.

17       633.    Defendant Becker admits that Paragraph 633 purports to selectively quote and

18   paraphrase reports and letters authored by the Federal Reserve, which speak for themselves.  Except

19   to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 633.

20       634.    Defendant Becker admits that Paragraph 634 purports to selectively quote and

21   paraphrase the SVB Risk Committee Charter, which speaks for itself.  Except to the extent

22   expressly admitted, Defendant Becker denies the allegations in Paragraph 634.

23       635.    Defendant Becker admits that Paragraph 635 purports to selectively quote and

24   paraphrase the SVB Risk Committee Charter and the Fed Report, which speak for themselves.

25   Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 635.

26       636.    Paragraph 636 states legal conclusions to which no response is required.  To the

27   extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 636.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

637.    Paragraph 637 states legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 637.

638.    Paragraph 638 states legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant Becker admits that Paragraph 638 purports to selectively quote and paraphrase letters authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 638.

639.    Defendant Becker admits that Paragraph 639 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 639.

640.    Defendant Becker admits that Paragraph 640 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 640.

641.    Defendant Becker admits that Paragraph 641 purports to selectively quote and paraphrase letters and reports authored by the Federal Reserve, which speak for themselves.  To the extent the allegations in Paragraph 641 purport to paraphrase or reference statements from an unnamed former employee of SVB, Defendant Becker lacks sufficient knowledge to respond, and on that basis, denies them.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 641.

642.    Paragraph 642 states legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 642.

643.    Defendant Becker denies the allegations in Paragraph 643.

644.    Defendant Becker lacks sufficient knowledge or information to form a belief as to the purchasing history of SVB common stock by Plaintiffs and, on that basis, denies the allegation in the first sentence of Paragraph 644.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 644.

645.    Defendant Becker admits that the prices of SVB securities offered in the Offerings declined on March 9 and March 10, 2023.  Except to the extent expressly admitted, Defendant

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Becker denies the allegations in Paragraph 645.

2         646.    Defendant Becker admits that SVB common stock was sold at $500 per share in the

3    March 2021 Offering and at $564 per share in the August 2021 Offering.  Except to the extent

4    expressly admitted, Defendant Becker denies the allegations in Paragraph 646.

5         647.    Defendant Becker reasserts and hereby incorporates by reference his responses to

6    each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

7         648.    The allegations in Paragraph 648 contain legal conclusions and characterizations to

8    which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

9    admits that Plaintiffs purport to assert claims arising under §11 of the Securities Act, 15 U.S.C.

10   §§78k.   Except to the extent expressly admitted, Defendant Becker denies the allegations in

11   Paragraph 648.

12        649.    Defendant Becker admits that Paragraph 649 purports to disclaim and exclude any

13   allegations of fraud or misconduct conducted by the Securities Act Defendants.  Except to the extent

14   expressly admitted, Defendant Becker denies the allegations in Paragraph 649.

15        650.    Defendant Becker admits that SVB was a publicly listed company traded on the

16   NASDAQ with its principal place of business in Santa Clara, California.  Defendant Becker admits

17   that Paragraph 650 purports to selectively quote and paraphrase publicly available documents filed

18   by SVB with the SEC, which speak for themselves.  Except to the extent expressly admitted,

19   Defendant Becker denies the allegations in Paragraph 650.

20        651.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations in Paragraph 651 regarding Norges Bank's purchase or acquisition of

22   SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant

23   Becker denies the allegations in Paragraph 651.

24        652.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations in Paragraph 652 regarding Norges Bank's purchase or acquisition of

26   SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant

27   Becker denies the allegations in Paragraph 652.

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

653.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 653 regarding Norges Bank's purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 653.

654.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 654 regarding Norges Bank's purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 654.

655.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 655 regarding Local 12 Funds' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 655.

656.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 656 regarding Local 12 Funds' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 656.

657.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 657 regarding Local 12 Funds' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 657.

658.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 658 regarding Local 12 Funds' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 658.

659.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 659 regarding Local 12 Funds' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 659.

660.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 660 regarding Asbestos Workers' purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 660.

661.    Defendant Becker denies the allegations in Paragraph 661.

662.    Paragraph 662 states legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 662.

663.    Defendant Becker respectfully refers the Court to the November 2019 Registration Statement, which speaks for itself, and denies any allegation in Paragraph 663 not consistent with it.

664.    Defendant Becker respectfully refers the Court to the documents constituting the February 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 664 not consistent with them.

665.    Defendant Becker respectfully refers the Court to the documents constituting the March 2021 Offering, which speak for themselves, and denies any allegation in Paragraph 665 not consistent with them.

666.    Defendant Becker respectfully refers the Court to the documents constituting the May 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 666 not consistent with them.

667.    Defendant Becker respectfully refers the Court to the documents constituting the August 2021 Offering, which speak for themselves, and denies any allegation in Paragraph 667 not consistent with them.

668.    Defendant Becker respectfully refers the Court to the documents constituting the October 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 668 not consistent with them.

669.    Defendant Becker respectfully refers the Court to the documents constituting the April 2022 Offerings, which speak for themselves, and denies any allegation in Paragraph 669 not consistent with them.

670.    The allegations in Paragraph 670 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent that an additional response is required, Defendant Becker denies the allegations in Paragraph 670.

671.    Defendant Becker denies the allegations in Paragraph 671.

672.    Defendant Becker denies the allegations in Paragraph 672.

673.    Defendant Becker denies the allegations in Paragraph 673.

674.    Defendant Becker denies the allegations in Paragraph 674.

675.    Defendant Becker denies the allegations in Paragraph 675.

676.    Defendant Becker denies the allegations in Paragraph 676.

677.    Paragraph 677 states legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 677.

678.    Defendant Becker reasserts and hereby incorporates by reference his responses to each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

679.    The allegations in Paragraph 679 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as a response is required, Defendant Becker admits that Plaintiffs purport to assert claims arising under §12(a)(2) of the Exchange Act, 15 U.S.C. § 77l(a)(2).  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 679.

680.    The allegations in Paragraph 680 are legal conclusions and characterizations to which no responsive pleading is required.  To the extent an additional response is required, Defendant Becker denies the allegations in Paragraph 680.

681.    The allegations in Paragraph 681 are legal conclusions and characterizations to which no responsive pleading is required.  Insofar as a response is required, Defendant Becker admits that Plaintiffs purport to assert claims arising under §12(a)(2) of the Exchange Act, 15 U.S.C. § 77l(a)(2).  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 681.

682.    Defendant Becker respectfully refers the Court to the documents constituting the February 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 682

1    not consistent with them.

2         683.    Defendant Becker respectfully refers the Court to the documents constituting the

3    March 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 683 not

4    consistent with them.

5         684.    Defendant Becker respectfully refers the Court to the documents constituting the

6    May 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 684 not

7    consistent with them.

8         685.    Defendant Becker respectfully refers the Court to the documents constituting the

9    August 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 685

10   not consistent with them.

11        686.    Defendant Becker respectfully refers the Court to the documents constituting the

12   October 2021 Offerings, which speak for themselves, and denies any allegation in Paragraph 686

13   not consistent with them.

14        687.    Defendant Becker respectfully refers the Court to the documents constituting the

15   April 2022 Offerings, which speak for themselves, and denies any allegation in Paragraph 687 not

16   consistent with them.

17        688.    The allegations in Paragraph 688 are legal conclusions and characterizations to

18   which no responsive pleading is required.    To the extent an additional response is required,

19   Defendant Becker denies the allegations in Paragraph 688.

20        689.    The allegations in Paragraph 689 are characterizations to which no responsive

21   pleading is required.    To the extent an additional response is required, Defendant Becker lacks

22   sufficient knowledge or information to form a belief as to what the undefined phrase "significant

23   sum" means and, on that basis, denies the allegations in Paragraph 689.    To the extent that an

24   additional response is required, Defendant Becker denies the allegations in Paragraph 689.

25        690.    Defendant Becker respectfully refers the Court to the relevant offering documents,

26   which speak for themselves, and denies any allegation in Paragraph 690 not consistent with them.

27        691.    Defendant Becker respectfully refers the Court to the relevant offering documents,

28   which speak for themselves, and denies any allegation in Paragraph 691 not consistent with them.

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

692.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 692 not consistent with them.

693.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 693 not consistent with them.

694.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 694 not consistent with them.

695.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 695 not consistent with them.

696.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 696 not consistent with them.

697.    Defendant Becker respectfully refers the Court to the documents constituting the April 2022 Offerings, which speak for themselves, and denies any allegation in Paragraph 687 not consistent with them.

698.    Defendant Becker respectfully refers the Court to the relevant offering documents, which speak for themselves, and denies any allegation in Paragraph 698 not consistent with them.

699.    Defendant Becker admits that SVB was a publicly listed company traded on the NASDAQ with its principal place of business in Santa Clara, California.  Defendant Becker admits that Paragraph 699 purports to selectively quote and paraphrase publicly available documents filed by SVB with the SEC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 699.

700.    Defendant Becker denies the allegations in Paragraph 700.

701.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 701 regarding Norges Bank's purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 701.

702.    Defendant Becker lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 702 regarding Norges Bank's purchase or acquisition of SVB securities, and, on that basis, denies them.  Except to the extent expressly admitted, Defendant

DEFENDANT BECKER'S ANSWER TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Becker denies the allegations in Paragraph 702.

2    703.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations in Paragraph 703 regarding Norges Bank's purchase or acquisition of

4    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

5    Becker denies the allegations in Paragraph 703.

6    704.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations in Paragraph 704 regarding Norges Bank's purchase or acquisition of

8    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

9    Becker denies the allegations in Paragraph 704.

10    705.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

11    the truth of the allegations in Paragraph 705 regarding Local 12 Funds' purchase or acquisition of

12    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

13    Becker denies the allegations in Paragraph 705.

14    706.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

15    the truth of the allegations in Paragraph 706 regarding Local 12 Funds' purchase or acquisition of

16    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

17    Becker denies the allegations in Paragraph 706.

18    707.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

19    the truth of the allegations in Paragraph 707 regarding Local 12 Funds' purchase or acquisition of

20    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

21    Becker denies the allegations in Paragraph 707.

22    708.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

23    the truth of the allegations in Paragraph 708 regarding Local 12 Funds' purchase or acquisition of

24    SVB securities, and, on that basis, denies them. Except to the extent expressly admitted, Defendant

25    Becker denies the allegations in Paragraph 708.

26    709.    Defendant Becker lacks knowledge or information sufficient to form a belief as to

27    the truth of the allegations in Paragraph 709 regarding Asbestos Workers' purchase or acquisition

28    of SVB securities, and, on that basis, denies them. Except to the extent expressly admitted,

1    Defendant Becker denies the allegations in Paragraph 709.

2        710.    Defendant Becker denies the allegations in Paragraph 710.

3        711.    Paragraph 711 states legal conclusions to which no response is required.  To the

4    extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 711.

5        712.    Paragraph 712 states legal conclusions to which no response is required.  To the

6    extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 712.

7        713.    Defendant Becker denies the allegations in Paragraph 713.

8        714.    Defendant Becker denies the allegations in Paragraph 714.

9        715.    Defendant Becker denies the allegations in Paragraph 715.

10        716.    Defendant Becker denies the allegations in Paragraph 716.

11        717.    Defendant Becker denies the allegations in Paragraph 717.

12        718.    Defendant Becker reasserts and hereby incorporates by reference his responses to

13    each Paragraph of Plaintiffs' Complaint, as though fully set forth herein.

14        719.    Defendant Becker admits that Paragraph 719 purports to disclaim and exclude any

15    allegations of fraud or intentional misconduct conducted by the Securities Act Executive and

16    Director Defendants.  Except as expressly admitted, Defendant Becker denies the allegations in

17    Paragraph 719.

18        720.    The allegations in Paragraph 720 are legal conclusions and characterizations to

19    which no responsive pleading is required.  Insofar as a response is required, Defendant Becker

20    admits that Plaintiffs purport to assert claims arising under Section 15 of the Exchange Act, 15

21    U.S.C. §77o.  Except to the extent expressly admitted, Defendant Becker denies the allegations in

22    Paragraph 720.

23        721.    Paragraph 721 states legal conclusions to which no response is required.  To the

24    extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 721.

25        722.    Defendant Becker denies the allegations in Paragraph 722.

26        723.    Defendant Becker denies the allegations in Paragraph 723.

27        724.    Defendant Becker admits that Plaintiffs purport to assert claims pursuant to Rules

28    23(a) and 23(b)(3) of the Federal Rules of Civil Procedure for all persons or entities that purchased

1  or otherwise acquired SVB common stock between January 21, 2021, and March 10, 2023.  Except

2  to the extent expressly admitted, Defendant Becker denies the allegations in Paragraph 724.

3       725.    The first and second sentences of Paragraph 725 state legal conclusions to which no

4  response is required.  To the extent a response is deemed required, Defendant Becker denies the

5  allegations in the first two sentences of Paragraph 725.  Defendant Becker admits that, during the

6  proposed Class Period, SVB had more than 50 million shares outstanding.  Defendant Becker

7  admits that Paragraph 725 refers to and cites publicly available documents filed by SVB with the

8  SEC, which speak for themselves.  Except to the extent expressly admitted, Defendant Becker

9  denies the allegations in Paragraph 725.

10      726.    Paragraph 726 states legal conclusions to which no response is required.  To the

11 extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 726.

12      727.    Paragraph 727 states legal conclusions to which no response is required.  To the

13 extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 727.

14      728.    Paragraph 728 states legal conclusions to which no response is required.  To the

15 extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 728.

16      729.    Paragraph 729 states a legal conclusion to which no response is required.  To the

17 extent a response is deemed required, Defendant Becker denies the allegations in Paragraph 729

18 **AFFIRMATIVE DEFENSES**

19      Pursuant to Federal Rule of Civil Procedure 8(c), Defendant Becker, without waiver,

20 limitation, or prejudice, and without conceding that he bears the burden of proof or production,

21 hereby asserts the following defenses:

22 **FIRST AFFIRMATIVE DEFENSE**

23      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

24 in whole or in part because the Complaint and the purported causes of action contained therein fail,

25 in whole or in part, to state a claim for which relief can be granted.

26 **SECOND AFFIRMATIVE DEFENSE**

27      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

28 in whole or in part because, to the extent their allegations sound in fraud, they are not pleaded with

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

particularity, as required by statute, including but not limited to the Private Securities Litigation Reform Act of 1995, and the Federal Rules of Civil Procedure.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because no statement allegedly made by Defendant Becker contains any material misrepresentation or omission, considered either alone or in the context of the total mix of available information.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Defendant Becker did not know of the alleged inaccuracy of any material misrepresentation or omission allegedly made by him, and he could not have become aware of any alleged inaccuracies in those statements through the exercise of reasonable care.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Defendant Becker, after reasonable investigation, due diligence, and/or consultation with expert(s), had reasonable grounds to believe, and did believe, that statements allegedly made by him were true and contained all material facts necessary to make those statements not misleading.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Defendant Becker acted at all times in good faith, with reasonable care, and with due diligence in carrying out his responsibilities and did not directly or indirectly control or induce any wrongful acts or omissions.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Defendant Becker acted at all times in good faith and without knowledge or intent to commit any violations of law.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Plaintiffs have not sufficiently alleged, and cannot prove, that Plaintiffs, or the class that Plaintiffs purports to represent, relied upon any material misrepresentation or omission allegedly made by Defendant Becker.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Plaintiffs, and the class that Plaintiffs purport to represent, would have purchased SVB shares as they did, even with full knowledge of the facts Plaintiffs have now alleged were misrepresented or omitted by Defendant Becker.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Plaintiffs have not sufficiently alleged, and cannot prove, that Plaintiffs' alleged injuries, or the injuries of the class that Plaintiffs purport to represent, were directly or proximately caused by any material misrepresentation or omission allegedly made by Defendant Becker.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred because they cannot show transaction or loss causation.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because the damages for which Plaintiffs claim Defendant Becker is responsible arise from a decline in share price that was not caused or contributed to by any alleged material misrepresentation or actionable omission by Defendant Becker and were otherwise caused or contributed to by (a) persons or entities for whom Defendant Becker is not responsible and for whom Defendant Becker is not liable, or (b) factors other than any alleged misrepresentations or omissions for which Defendant Becker may be responsible.

1

### THIRTEENTH AFFIRMATIVE DEFENSE

2      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

3   in whole or in part because any injury or damage as alleged in the Complaint was caused and

4   brought about by the acts, conduct or omissions of individuals and/or entities other than Defendant

5   Becker and, as such, any recovery herein should be precluded or diminished in proportion to the

6   amount of fault attributable to such other individuals and/or entities.

7

### FOURTEENTH AFFIRMATIVE DEFENSE

8      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

9   in whole or in part because other events or disclosures unrelated to Defendant Becker's alleged

10  material misrepresentations or omissions are responsible for any decline in SVB's share value

11  alleged to form the basis of Plaintiffs' claims, and the claims of the class that Plaintiffs purport to

12  represent.

13

### FIFTEENTH AFFIRMATIVE DEFENSE

14     Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

15  in whole or in part because any alleged damages that Plaintiffs, or the class that Plaintiffs purport

16  to represent, suffered, were caused by independent, intervening, and/or superseding events beyond

17  Defendant Becker's conduct, control, policies, acts, or alleged material misrepresentations or

18  omissions.

19

### SIXTEENTH AFFIRMATIVE DEFENSE

20     Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

21  in whole or in part because Plaintiffs have not sufficiently alleged, and cannot prove, that Plaintiffs,

22  or the class that Plaintiffs purport to represent, suffered any cognizable injury, and further, the

23  damages alleged by Plaintiffs, if any, are speculative, uncertain, and/or contingent in violation of

24  applicable law.

25

### SEVENTEENTH AFFIRMATIVE DEFENSE

26     Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

27  in whole or in part because Plaintiffs, and the class that Plaintiffs purport to represent, have failed

28  to take reasonable actions to mitigate damages, if any, allegedly suffered as a result of Defendant

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1  Becker's alleged material misstatements and omissions.

2  ### EIGHTEENTH AFFIRMATIVE DEFENSE

3  Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

4  in whole or in part to the extent that Plaintiffs, or the class that Plaintiffs purport to represent, sold

5  their SVB shares for a greater price than the price at which they purchased them, and therefore

6  suffered no losses from their purchase of SVB shares.

7  ### NINETEENTH AFFIRMATIVE DEFENSE

8  Any recovery for damages allegedly incurred by Plaintiffs, or the class that Plaintiffs

9  purport to represent, should be offset in the amount of any tax benefits or other benefits received

10  by Plaintiffs, or the class that Plaintiffs purport to represent, in connection with their ownership of

11  SVB shares.

12  ### TWENTIETH AFFIRMATIVE DEFENSE

13  Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

14  in whole or in part because Plaintiffs, and the class that Plaintiffs purport to represent, knew or

15  reasonably should have known of the alleged acts and omissions complained of.

16  ### TWENTY-FIRST AFFIRMATIVE DEFENSE

17  Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

18  in whole or in part because Plaintiffs have not sufficiently alleged, and cannot prove, a lack of

19  awareness of the facts that formed the basis of the alleged material representations and omissions.

20  ### TWENTY-SECOND AFFIRMATIVE DEFENSE

21  Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

22  in whole or in part because the alleged material misrepresentations or omissions were in fact known

23  to and had entered the securities market through credible sources prior to Plaintiffs' purchase, or

24  the purchases by the class that Plaintiffs purport to represent, of SVB shares.

25  ### TWENTY-THIRD AFFIRMATIVE DEFENSE

26  Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

27  in whole or in part to the extent that Defendant Becker's alleged material misrepresentations or

28  omissions would not have been material to a reasonable investor.

1

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

2      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

3  in whole or in part to the extent that Plaintiffs, and the class that Plaintiffs purport to represent,

4  purchased stock pursuant to a pre-existing contract, instruction, or plan under 17 C.F.R. § 240.10b5-

5  1.

6

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

7      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

8  in whole or in part because individual issues including but not limited to those relating to causation,

9  reliance, privity, timing, and knowledge predominate over those common to the putative class.

10

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

11      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

12  in whole or in part because this action may not be maintained as a class action under the Federal

13  Rules of Civil Procedure.

14

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

15      Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred

16  in whole or in part because Plaintiffs cannot fairly and adequately represent the class they purport

17  to represent.

18

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

19      Without conceding liability, Plaintiffs' requests, and the requests of the class that Plaintiffs

20  purport to represent, for equitable relief are improper because Plaintiffs, and the class that Plaintiffs

21  purport to represent, have an adequate remedy at law.

22

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

23      Without conceding liability, Plaintiffs' requests, and the requests of the class that Plaintiffs

24  purport to represent, for equitable relief are improper because Plaintiffs, and the class that Plaintiffs

25  purport to represent, have not suffered injury or harm and will not suffer imminent and irreparable

26  injury as a result of any action or conduct by Defendant Becker.

27

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

**THIRTIETH AFFIRMATIVE DEFENSE**

Without conceding liability, Plaintiffs' requests, and the requests of the class that Plaintiffs purport to represent, for interest are improper because equity dictates against such an award, and further, any such award would be unjust, arbitrary, oppressive, and confiscatory.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred, in whole or in part, to the extent the damages sought exceed those permitted under the Private Securities Litigation Reform Act, the common law, or any other applicable statute, rule, or regulation.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

Plaintiffs, and the class that Plaintiffs purport to represent, are precluded from recovering attorneys' fees, experts' fees, and/or costs under applicable provisions of law.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part by the equitable doctrines of laches, estoppel, unclean hands, and/or waiver.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Defendant Becker acted in reasonable and good-faith reliance on the opinion and advice of counsel based on counsel's understanding of the relevant facts.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

Any recovery by Plaintiffs in this action is barred in whole or in part to the extent that they recover damages from any other Defendant or party, or recovery is had in any other lawsuit, action, proceeding, or otherwise.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and the claims of the class that Plaintiffs purport to represent, are barred in whole or in part because Plaintiffs have failed to satisfy the applicable statute of limitations.

1

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

2      Defendant Becker hereby adopts and incorporates by reference any and all other defenses

3  asserted or to be asserted by any of the other Defendants to the extent Defendant Becker may share

4  in such a defense.

5

**ADDITIONAL DEFENSES**

6      Defendant Becker presently has insufficient knowledge or information to determine

7  whether he may have additional, as yet unstated defenses.  Defendant Becker has not knowingly

8  and intentionally waived any applicable defenses and reserves the right to assert additional defenses

9  as they become known to him through discovery in this matter.  Defendant Becker reserve the right

10 to amend this Answer to add, delete, or modify defenses based upon legal theories that may be or

11 will be divulged through clarification of Plaintiffs' Complaint, through discovery, or through

12 further legal analysis of Plaintiffs' position in this litigation.

13

**PRAYER FOR RELIEF**

14 Wherefore, Gregory Becker prays as follows:

15      1.      That Lead Plaintiffs take nothing by the Complaint;

16      2.      That the Complaint be dismissed with prejudice;

17      3.      That the Court enter judgment in favor of Gregory Becker and against Lead

18 Plaintiffs with respect to all causes of action in the SAC.

19      4.      That the Court award Gregory Becker attorneys' fees and costs reasonably incurred

20 in the defense of this action, including but not limited to under 15 U.S.C. § 77k(e); and

21      5.      For any and all other and further relief as the Court may deem just and proper.

22

23

24

25

26

27

28

DEFENDANT BECKER'S ANSWER TO
CONSOLIDATED AMENDED CLASS ACTION
COMPLAINT, CASE NO. 3:23-CV-01097-NW

1    Dated:  July 28, 2025

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES N. KRAMER
ALEXANDER K. TALARIDES
KEVIN M. ASKEW
**Orrick, Herrington & Sutcliffe LLP**


By: _____ */s/ James N. Kramer*
                    JAMES N. KRAMER
          Attorneys for Gregory W. Becker