UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SVB FINANCIAL GROUP
SECURITIES LITIGATION

Case No. 23-cv-01097-NW

**ORDER DENYING KPMG'S MOTION FOR RECONSIDERATION**

Re: ECF Nos. 196

The Court has considered KPMG's motion for reconsideration, ECF No. 196, Plaintiffs' Opposition, ECF No. 204, and KPMG's (unauthorized) Reply, ECF No. 205. The Court agrees that a portion of a sentence on page 28 of its Order at ECF No. 180, if taken out of context, may be misleading. Nevertheless, after careful review of the briefing, the Court DENIES KPMG's motion.

Plaintiffs correctly note that the standard for granting a motion for reconsideration is extraordinary and that the moving party may not rely on arguments it has already brought before the Court in previous briefing. This is a high bar and KPMG has presented little to support its motion — beyond a single sentence in a 29-page order. The paragraph immediately following the sentence at issue explains in detail KPMG's knowledge at the time it issued its unqualified audits in 2021 and 2022, "facts that as alleged were known to KPMG yet entirely undisclosed." Order on Motions to Dismiss at 28, ECF No. 180.

To avoid confusion, the following sentence is REMOVED from the Court's Order:

> "Plaintiffs do more than simply "allege[ ] that an opinion was wrong," *id.*, because they allege that KPMG was well aware of SVB's deficiencies but gave them a clean audit anyway, and did so mere days before SVB collapsed losing billions of dollars in value."

All other parts of the Opinion remain as previously issued.

//

//

//

**CONCLUSION**

The Court VACATES the October 22, 2025 hearing set for this motion. Per ECF No. 199, KPMG shall answer the CAC within 14 days of this order.

**IT IS SO ORDERED.**

Dated: July 29, 2025

_____
Noël Wise
United States District Judge