**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Master File No. 5:23-cv-01097-NW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE OMNIBUS REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>CLASS ACTION<br><br>Judge:        Hon. Noël Wise |

Having considered the papers and arguments related to Plaintiffs' Unopposed Administrative Motion To File an Omnibus Reply in Support of Class Certification, the Court finds good cause to and hereby GRANTS Plaintiffs motion to file their three reply briefs in support of class certification as an omnibus brief of up to 40 pages in length.

**IT IS SO ORDERED.**

DATED: February 26, 2026

_____

Hon. Noël Wise
United States District Court Judge

1

Master File No. 5:23-cv-01097-NW

[PROPOSED] ORDER