UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 23-cv-01097-NW<br><br>**ORDER RE MOTION TO AMEND BRIEFING**<br><br>Re: ECF No. 309 |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GREGORY W. BECKER, et al.,<br>Defendants. | Case No. 24-cv-00478-NW |
| STEVEN J. BUCHANAN,<br>Plaintiff,<br>v.<br><br>GREGORY W. BECKER, et al.,<br>Defendants. | Case No. 24-cv-02684-NW |

The Court held a case management conference in the above captioned actions on April 22, 2026. As discussed on the record, the Court rules as follows:

1. The Court adopts the briefing schedule below as proposed at ECF No. 309[1] for Plaintiffs' motion to amend the operative complaint and KPMG's anticipated motion to dismiss.

| Event | Date |
|---|---|
| Plaintiffs' Filing of Motion for Leave to Amend Complaint with the proposed Amended Complaint attached as an exhibit | May 4, 2026. |
| KPMG's Opposition to Motion for Leave to Amend Complaint (if any) and Motion to Dismiss the Amended Complaint's Section 10(b) claim against KPMG | June 3, 2026. |

---

[1] All docket citations are to the docket of the lead case, *In re SVB*, Case No. 5:23-cv-01097.

1

| Event | Date |
|---|---|
| Plaintiffs' Opposition to the Motion to Dismiss and Plaintiffs' Reply (if any) in further support of Motion for Leave to Amend Complaint | June 18, 2026. |
| KPMG's Reply in further support of its Motion to Dismiss | June 29, 2026. |

2.     The Court SETS a hearing on the motions for July 27, 2026 at 1:30 p.m. in San Jose, Courtroom 3, 5th Floor.  Counsel planning to argue the substance of the motions and/or oppositions shall appear in person.  All other counsel may attend remotely.

3.     Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), discovery in all actions captioned above is STAYED pending the resolution of the forthcoming motions.

4.     The Court TERMINATES Plaintiffs' motion for class certification without prejudice to refile after the Court resolves the motions discussed above.[2]  *See* ECF No. 251.  At that point, the Court will ask Plaintiffs and Defendants to refile their respective papers on the motion for class certification.  As discussed on the record, the refiled papers will be substantively identical to those previously filed except as they relate to the new claim against KPMG.

5.     The Court VACATES the CMC set for May 5, 2026.

**IT IS SO ORDERED.**

Dated: April 23, 2026

Noël Wise
United States District Judge

---

[2] In terminating the motion for class certification, the Court also terminates (1) all pending motions to seal associated with the motion for class certification, *see* ECF Nos. 252, 272, 273, 284, 290, 293, 295 and (2) the Securities Act Defendants' motion for leave to file a sur-reply, *see* ECF No. 294.

2