**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
(salvatore@blbglaw.com)
Preethi Krishnamurthy (*pro hac vice*)
(preethi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Sharan Nirmul (*pro hac vice*)
(snirmul@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiffs Norges Bank
and Sjunde AP-Fonden and Additional
Plaintiffs Asbestos Workers Philadelphia
Welfare and Pension Fund, and Heat & Frost
Insulators Local 12 Funds and the Proposed
Class*

[*Additional counsel listed on signature page.*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 5:23-cv-01097-NW |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS** |
| | Judge:    Honorable Noël Wise |

Pursuant to Civil L.R. 7-12, Lead Plaintiffs Norges Bank and Sjunde AP-Fonden and Additional Plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12 Funds (collectively, "**Plaintiffs**"), and Defendants Gregory W. Becker, Daniel J. Beck, Karen Hon, Roger F. Dunbar, Beverly Kay Matthews, Eric Benhamou, Elizabeth Burr, John S. Clendening, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, and Garen K. Staglin (collectively, the "**Individual Defendants**"), and Goldman Sachs & Co., BofA Securities, Inc., Morgan Stanley & Co., and Keefe, Bruyette & Woods, Inc. (collectively, the "**Underwriter Defendants**"), and KPMG LLP ("**KPMG**" and collectively with the Individual Defendants and the Underwriter Defendants, the "**Defendants**," and altogether with Plaintiffs, the "**Parties**") in the above-captioned action (the "**Action**") respectfully submit this Stipulation regarding Depositions.

WHEREAS, the Parties collectively have identified dozens of witnesses with relevant information in this case and have met and conferred regarding an agreed upon number of depositions and protocols for those depositions in light of the operative schedule requiring fact discovery to be completed by June 29, 2026, *see* ECF 250, and the Parties have agreed that nothing in this Stipulation will alter the Parties' agreement that Plaintiffs and Defendants may, in addition to the depositions set forth in Paragraph 1 below, depose any witness who appears on the other side's trial witness list and has not previously been deposed in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties herein and subject to the Court's approval, that:

1. Plaintiffs may collectively take thirty (30) fact depositions, and Defendants may collectively take thirty (30) fact depositions.

2. Fact depositions shall be noticed at least twenty-one (21) days prior to the deposition. A Party may cross-notice a fact deposition fourteen (14) days prior to the noticed deposition date .

3. If a Party cross-notices a fact deposition, it will count against the thirty (30) depositions allocated to their side.

4. The Parties have agreed that if a fact deposition is not cross-noticed by the opposing

- 1 -

Party(ies), the opposing Party(ies) will be permitted to examine the witness for ninety (90) minutes. If Plaintiffs have noticed the witness, Defendants collectively will have ninety (90) minutes for examination of that witness. Defendants may decide how to divide the ninety (90) minutes, but the presumptive division will be thirty (30) minutes for the Individual Defendants, thirty (30) minutes for the Underwriter Defendants, and thirty (30) minutes for KPMG. If Defendants have noticed the witness, Plaintiffs will have ninety (90) minutes for examination of that witness.

5. If a cross-notice is served for a noticed fact deposition, the time for the deposition shall be evenly split between Plaintiffs and Defendants, unless otherwise agreed.

6. If a fact deposition is not cross-noticed, the duration of the deposition shall be limited to seven (7) hours, unless the Parties (and non-party deponents, where relevant) otherwise agree or the Court otherwise orders. For cross-noticed depositions, the Parties (and non-party deponents, where relevant) shall meet and confer to discuss the time needed and attempt to reach agreement on a sharing of the time for the deposition that results in the deposition being as close to seven (7) hours as feasible. If the Parties, after meeting and conferring, are unable to reach agreement, the noticing party shall be entitled to 4.5 hours of examination, the cross-noticing party shall be entitled to 3.5 hours of examination, and the duration of the deposition may be up to eight (8) hours, unless the Court otherwise orders.

7. The Parties reserve the right to assert that, for certain witnesses, the duration of the deposition or the parties' time to question the witness may need to exceed the amount of time specified in Paragraph 6, above. Nothing herein shall preclude the Parties from stipulating to a duration or time split beyond that described in Paragraph 6, above, or preclude any Party from seeking, where good cause is shown, a deposition duration or time split beyond that described in Paragraph 6, above.

8. All depositions will have technology available for attorneys to remotely attend, examine the witness, and mark exhibits.[1]

---

[1] For the avoidance of doubt, nothing herein modifies the Stipulation & Order coordinating discovery or otherwise prejudices the rights of the plaintiffs in *TIAA-CREF Investment Management, LLC et al. v. Becker et al.*, No. 5:24-cv-00478-NW (N.D. Cal.). *See id.*, ECF 113, ¶¶7-10.

[*signatures on following page*]

STIPULATION AND [PROPOSED] ORDER ON
DEPOSITIONS, 5:23-CV-01097-NW

Dated: March 12, 2026

SALVATORE J. GRAZIANO
JONATHAN D. USLANER
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

- and -

SHARAN NIRMUL
JENNIFER L. JOOST
STACEY M. KAPLAN
**KESSLER TOPAZ MELTZER & CHECK, LLP**

_/s/ Jonathan D. Uslaner_
JONATHAN D. USLANER
Counsel for Lead Plaintiffs Norges Bank and Sjunde
AP-Fonden and Additional Plaintiffs Asbestos Workers
Philadelphia Welfare and Pension Fund, and Heat &
Frost Insulators Local 12 Funds and the Proposed Class

Dated: March 12, 2026

MICHAEL D. CELIO
BARRY H. BERKE
DARREN LAVERNE
DANIEL M. KETANI
**GIBSON, DUNN & CRUTCHER LLP**

_/s/ Michael D. Celio_
MICHAEL D. CELIO
Counsel for Defendant Daniel Beck

Dated: March 12, 2026

CHRISTOPHER W. JOHNSTONE
PETER G. NEIMAN
JESSICA N. DJILANI
**WILMER CUTLER PICKERING HALE
AND DORR LLP**

_/s/ Christopher W. Johnstone_
CHRISTOPHER W. JOHNSTONE
Counsel for Defendant Karen Hon

Dated: March 12, 2026

RICHARD H. ZELICHOV
PAUL YONG
**KATTEN MUCHIN ROSENMAN LLP**

_/s/ Richard H. Zelichov_
RICHARD H. ZELICHOV
Counsel for Defendant John S. Clendening

- 4 -

STIPULATION AND [PROPOSED] ORDER ON
DEPOSITIONS, 5:23-CV-01097-NW

Dated: March 12, 2026

TIMOTHY J. PERLA (appearance pro hac vice)
MICHAEL G. BONGIORNO (appearance pro hac vice)
ERIKA M. SCHUTZMAN (appearance pro hac vice)
JESSICA L. LEWIS
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**


*/s/ Timothy J. Perla*
TIMOTHY J. PERLA
Counsel for Defendants Roger F. Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, Garen K. Staglin


Dated: March 12, 2026

LISA R. BUGNI
RICHARD T. MAROONEY
KEVIN J. O'BRIEN
KENNETH FOWLER
**KING & SPALDING LLP**


*/s/ Lisa R. Bugni*
LISA R. BUGNI
Counsel for Defendant KPMG LLP


Dated: March 12, 2026

JOHN GUELI
ADAM S. HAKKI (admitted *pro hac vice*)
DANIEL C. LEWIS (admitted *pro hac vice*)
JOSHUA T. EBERSOLE (admitted *pro hac vice*)
DANIEL H. GOLD (admitted *pro hac vice*)
**ALLEN OVERY SHEARMAN STERLING US LLP**


*/s/ Daniel C. Lewis*
DANIEL C. LEWIS
Counsel for Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc., Morgan Stanley & Co. LLC, and Keefe, Bruyette & Woods Inc.

- 5 -

STIPULATION AND [~~PROPOSED~~] ORDER ON DEPOSITIONS, 5:23-CV-01097-NW

Dated: March 12, 2026

JAMES N. KRAMER
KEVIN M. ASKEW
TRISTAN K. ALLEN
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ James N. Kramer*
JAMES N. KRAMER
Counsel for Defendant Gregory W. Becker

STIPULATION AND [PROPOSED] ORDER ON
DEPOSITIONS, 5:23-CV-01097-NW

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Jonathan Uslaner, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS.  In compliance with General Order 45, X.B., I hereby attest that counsel for the Parties have concurred in this filing.

*/s/ Jonathan Uslaner*
JONATHAN USLANER

***

## [PROPOSED] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the stipulation is approved.

**IT IS SO ORDERED.**

Dated:   May 18  , 2026

HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE