UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re SVB Fin. Grp. Sec. Litig. ,

Plaintiff(s),

v.

,

Defendant(s).

Case No. 5:23 cv 1097

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Neal Kumar Katyal , an active member in good standing of the bar of Washington DC , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: KPMG LLP in the above-entitled action. My local co-counsel in this case is Lisa Bugni , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 323962 .

1101 New York Ave. NW
Washington, DC 20005
MY ADDRESS OF RECORD

50 California Street, Suite 3300
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 835 7505
MY TELEPHONE # OF RECORD

(415) 318 1200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

nkatyal@milbank.com
MY EMAIL ADDRESS OF RECORD

lbugni@kslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 462071 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2026

Neal Kumar Katyal
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Neal Kumar Katyal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 5, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

Updated 11/2021

2