**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (appearance *pro hac vice*)
(salvatore@blbglaw.com)
Preethi Krishnamurthy (appearance *pro hac vice*)
(preethi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul (appearance *pro hac vice*)
(snirmul@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiffs Norges Bank and Sjunde AP-Fonden and Additional Plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12 Funds and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION

Master File No. 5:23-cv-01097-NW

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

CLASS ACTION

Judge: Hon. Noël Wise

Pursuant to Civil L.R. 7-12, Lead Plaintiffs Norges Bank and Sjunde AP-Fonden and Additional Plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12 Funds (collectively, "Plaintiffs"), and Defendants Gregory W. Becker, Daniel J. Beck, Karen Hon, Roger F. Dunbar, Beverly Kay Matthews, Eric Benhamou, Elizabeth Burr, John S. Clendening, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, and Garen K. Staglin (collectively, the "Individual Defendants"), and Goldman Sachs & Co., BofA Securities, Inc., Morgan Stanley & Co., and Keefe, Bruyette & Woods, Inc. (collectively, the "Underwriter Defendants") in the above-captioned action (the "Action") respectfully submit this Stipulation regarding Depositions.

WHEREAS, on August 5, 2026, the Court issued its Order Granting Plaintiffs' Motion to Amend the Complaint; Denying KPMG's Motion to Dismiss; Granting in Part and Denying in Part Sealing Motions; Granting in Part and Denying in Part Sealing Motions (ECF No. 359);

WHEREAS, on that same day, the parties filed a Joint Scheduling Stipulation Pursuant to the Court's July 29, 2026 Order, which states that Plaintiffs shall file their Second Consolidated Amended Class Action Complaint ("SAC") by August 20, 2026, and that Defendant KPMG shall file its Answer to the SAC by September 21, 2026 (ECF No. 358);

WHEREAS, the SAC is identical to the Consolidated Amended Class Action Complaint ("FAC") (ECF No. 88) but for the addition of certain new allegations and claims directed at Defendant KPMG; and

WHEREAS, the Individual Defendants and the Underwriter Defendants have conferred with Plaintiffs and collectively agree that the Individual Defendants and the Underwriter Defendants need not file new answers to the SAC because the new allegations and claims are directed at Defendant KPMG.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Individual Defendants, the Underwriter Defendants, and Plaintiffs, through their undersigned counsel, and subject to the Court's approval, that:

1. The Individual Defendants' and the Underwriter Defendants' respective Answers to the FAC, including all denials, responses and affirmative defenses contained therein, shall be deemed to apply to the SAC and shall serve as the operative responsive pleadings without needing to be filed again; and

2. The Individual Defendants and the Underwriter Defendants are not required to answer, and thus are deemed to deny, the new allegations and claims directed at Defendant KPMG in the SAC.

Respectfully submitted,

Dated: August 26, 2026

*/s/ Salvatore J. Graziano*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice*)
(salvatore@blbglaw.com)
Preethi Krishnamurthy (*pro hac vice*)
(preethi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3481

*/s/ Sharan Nirmul*
**KESSLER TOPAZ MELTZER & CHECK, LLP**

Sharan Nirmul (*pro hac vice*)
(snirmul@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Michael D. Celio*
Barry H. Berke (pro hac vice)
(bberke@gibsondunn.com)
Daniel M. Ketani (pro hac vice)
(dketani@gibsondunn.com)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Michael D. Celio (mcelio@gibsondunn.com)
George B. Adams, III
(gadams@gibsondunn.com)
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

*Counsel for Defendant Daniel J. Beck*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Jessica L. Lewis*
Jessica L. Lewis (SBN 302467)
(jessica.lewis@wilmerhale.com)
2600 El Camino Real Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

Michael G. Bongiorno (pro hac vice)
(michael.bongiorno@wilmerhale.com)
250 Greenwich Street, 45th floor
New York, NY 10007
Telephone: (212) 230-8800

Timothy J. Perla (pro hac vice)
(timothy.perla@wilmerhale.com)
Erika M. Schutzman (pro hac vice)
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for Defendants Roger F. Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, Garen K. Staglin*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Christopher W. Johnstone*
Christopher W. Johnstone
(chris.johnstone@wilmerhale.com)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

Peter G. Neiman (pro hac vice)
(peter.neiman@wilmerhale.com)
Jessica N. Djilani (pro hac vice)
(jessica.djilani@wilmerhale.com)
7 World Trade Center
New York, NY 10007
Telephone: (628) 230-8800

*Counsel for Defendant Karen Hon*

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ James N. Kramer*

James N. Kramer (jkramer@orrick.com)
Olivia Rosen (orosen@orrick.com)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

Kevin M. Askew (kaskew@orrick.com)
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020

*Counsel for Defendant Greg W. Becker*

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Richard H. Zelichov*
Richard H. Zelichov
(richard.zelichov@katten.com)
Bruce G. Vanyo (bruce@katten.com)
Paul S. Yong (paul.yong@katten.com)
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400

*Counsel for Defendant John S. Clendening*

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Daniel C. Lewis*
Adam S. Hakki (appearance *pro hac vice*)
Daniel C. Lewis (appearance *pro have vice*)
Joshua T. Ebersole (appearance *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
adam.hakki@aoshearman.com
daniel.lewis@aoshearman.com
joshua.ebersole@aoshearman.com

Daniel H. Gold (appearance *pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: +1.214.271.5777
dan.gold@aoshearman.com

Noah A. Brumfield (SBN 203653)
1460 El Camino Real, 2nd Floor, Menlo Park
Silicon Valley, CA 94025
Telephone: +1.202.683.3847
noah.brumfield@aoshearman.com

*Counsel for Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc., Morgan Stanley Co. LLC, and Keefe, Bruyette & Woods, Inc.*

**CIVIL L.R. 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Michael D. Celio, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT. I hereby attest that counsel for the Parties have concurred in this filing.

*/s/ Michael D. Celio*
Michael D. Celio

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, IT IS HEREBY ORDERED that the stipulation is approved.

**IT IS SO ORDERED.**

Dated: _________________, 2026

______________________________
HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE