**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Master File No. 5:23-cv-01097-NW<br><br>Consolidated Case Nos. 3:23-cv-01173-JD; 3:23-cv-01228-JD; 3:23-cv-01697-JD; 3:23-cv-01962-JD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER APPOINTING SPECIAL MASTER PURSUANT TO FED. R. CIV. P. 53**<br><br>CLASS ACTION |

[Caption continues on next page.]

| | |
|---|---|
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY W. BECKER, et al.,<br><br>Defendants. | Case No. 5:24-cv-00478-NW |
| STEVEN J. BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY W. BECKER, et al.,<br><br>Defendants. | Case No. 5:24-cv-02684-NW |
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BECKER, et al.,<br><br>Defendants. | Case No. 5:25-cv-00569-NW |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

WHEREAS, in accordance with the Court's September 29, 2026 Order, the Parties hereby agree and stipulate as follows:

1. **Appointment:** The Hon. Patrick J. Walsh (Ret.) is appointed Special Master in these actions pursuant to Federal Rule of Civil Procedure ("Rule") 53(a)(1)(A). Pursuant to Rule 53(b)(2), the Special Master is hereby directed to proceed with all reasonable diligence.

2. **Scope of the Reference:** Pursuant to Rule 53(b)(2)(A), the scope of the Special Master's responsibilities is set forth in the attached Exhibit A. The Special Master shall perform only the duties and exercise only the authority expressly set forth in this Order and the chart attached hereto as Exhibit A.

3. ***Ex Parte* Communication:** Pursuant to Rule 53(b)(2)(B), the Special Master may communicate *ex parte* with the Court only concerning procedural matters, as set forth in Exhibit A.

4. **Record of the Special Master's Activities:** Pursuant to Rule 53(b)(2)(C), the Special Master shall maintain orderly files consisting of all documents submitted to him by the parties and of any of his written orders, findings, and/or recommendations.

5. **Orders, Reports, or Recommendations and Review:** Pursuant to Rule 53(b)(2)(D), the procedure for any action on the Special Master's Orders, Reports, or Recommendations is as set forth in Rule 53(f).

6. **Compensation of the Special Master:** Pursuant to Rule 53(b)(2)(E), the cost of the Special Master is to be split evenly between Plaintiffs and Defendants, with each side allocating the Special Master's fees and costs among its constituent Parties within 30 days of invoice, based on agreement and/or a good faith estimate of the proportionate amount of fees and expenses incurred in each case in connection with work by the Special Master involving each constituent Party.

Dated: September 30, 2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano (appearance *pro hac vice*)
(salvatore@blbglaw.com)
Preethi Krishnamurthy (appearance *pro hac vice*)
(preethi@blbglaw.com)
Mathews R. de Carvalho (admitted *pro hac vice)*
(mathews.decarvalho@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

- and-

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Matthew Arrow (Bar No. 338273)
(matthew.arrow@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Lead Counsel for Lead Plaintiffs Norges Bank and Sjunde AP-Fonden and Additional Plaintiffs Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12 Funds and the Proposed Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**

*/s/ Luke O. Brooks*
Darren J. Robbins
Luke O. Brooks
Erika L. Oliver
Ting H. Liu
Jack Abbey Gephart
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619-231-1058
Facsimile: 619-231-7423

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Sharan Nirmul*
Sharan Nirmul (appearance *pro hac vice*)
(snirmul@ktmc.com)
Jamie M. McCall (appearance *pro hac vice*)
(jmccall@ktmc.com)
Nathaniel C. Simon (appearance *pro hac vice*)
(nsimon@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-and-

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

- and-

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534

*Counsel for Plaintiffs TIAA-CREF Investment Management, LLC and related entities*

**SCOTT + SCOTT**
**ATTORNEYS AT LAW**

*/s/ John T. Jasnoch*
John T. Jasnoch
Mollie Chadwick
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565

*Counsel for Steven J. Buchanan*

**ARENTFOX SCHIFF LLP**

*/s/ Lawrence H. Heftman*
Lawrence H. Heftman (*pro hac vice*)
David C. Giles (*pro hac vice*)
Michael K. Molzberger (*pro hac vice*)
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Telephone: 312-258-5500
lawrence.heftman@afslaw.com
david.giles@afslaw.com
michael.molzberger@afslaw.com

*Counsel for the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Daniel M. Ketani*
Barry H. Berke (pro hac vice)
(bberke@gibsondunn.com)

Daniel M. Ketani (pro hac vice)
(dketani@gibsondunn.com)
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Michael D. Celio (mcelio@gibsondunn.com)
George B. Adams, III
(gadams@gibsondunn.com)
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

*Counsel for Defendant Daniel J. Beck*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Christopher W. Johnstone*
Christopher W. Johnstone
(chris.johnstone@wilmerhale.com)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

Peter G. Neiman (pro hac vice)
(peter.neiman@wilmerhale.com)
Jessica N. Djilani (pro hac vice)
(jessica.djilani@wilmerhale.com)
7 World Trade Center
New York, NY 10007
Telephone: (628) 230-8800

*Counsel for Defendant Karen Hon*

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Jessica L. Lewis*
Jessica L. Lewis (SBN 302467)
(jessica.lewis@wilmerhale.com)
2600 El Camino Real Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

Michael G. Bongiorno (pro hac vice)
(michael.bongiorno@wilmerhale.com)
250 Greenwich Street, 45th floor
New York, NY 10007
Telephone: (212) 230-8800

Timothy J. Perla (pro hac vice)
(timothy.perla@wilmerhale.com)
Erika M. Schutzman (pro hac vice)
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

*Counsel for Defendants Roger F. Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Joel P. Friedman, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, Garen K. Staglin*

**ORRICK HERRINGTON & SUTCLIFFE LLP**

*/s/ James N. Kramer*
James N. Kramer (jkramer@orrick.com)
Olivia Rosen (orosen@orrick.com)

The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700

Kevin M. Askew (kaskew@orrick.com)
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020

*Counsel for Defendant Greg W. Becker*

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Richard H. Zelichov*
Richard H. Zelichov
(richard.zelichov@katten.com)
Bruce G. Vanyo (bruce@katten.com)
Paul S. Yong (paul.yong@katten.com)
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400

**KATTEN MUCHIN ROSENMAN LLP**
Bruce G. Vanyo
(bruce@katten.com)
Paul S. Yong
(paul.yong@katten.com)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400

*Counsel for Defendant John S. Clendening*

**KING & SPALDING LLP**

*/s/ Lisa R. Bugni*
Lisa R. Bugni (lbugni@kslaw.com)
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200

Richard T. Marooney (rmarooney@kslaw.com)
J. Emmett Murphy (jemurphy@kslaw.com)
Kevin J. O'Brien (kobrien@kslaw.com)
Kenneth Fowler (kfowler@kslaw.com)
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100

*Counsel for Defendant KPMG LLP*

**ALLEN OVERY SHEARMAN STERLING US LLP**

*/s/ Daniel C. Lewis*
Adam S. Hakki (appearance *pro hac vice*)
Daniel C. Lewis (appearance *pro have vice*)
Joshua T. Ebersole (appearance *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: +1.212.848.4000
adam.hakki@aoshearman.com
daniel.lewis@aoshearman.com
joshua.ebersole@aoshearman.com

Daniel H. Gold (appearance *pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: +1.214.271.5777
dan.gold@aoshearman.com

Noah A. Brumfield (SBN 203653)
1460 El Camino Real, 2nd Floor, Menlo Park
Silicon Valley, CA 94025
Telephone: +1.202.683.3847
noah.brumfield@aoshearman.com

*Counsel for Defendants Goldman Sachs & Co. LLC, BofA Securities, Inc., Morgan Stanley & Co. LLC, and Keefe, Bruyette & Woods, Inc.*

**LATHAM & WATKINS LLP**

*/s/ Christopher L. Garcia*
Christopher L. Garcia, admitted pro hac vice
(christopher.garcia@lw.com)
Raquel Kellert, admitted pro hac vice
(raquel.kellert@lw.com)
Matthew P. Valenti, admitted pro hac vice
(matthew.valenti@lw.com)
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864

ALEXANDER WYMAN
(alex.wyman@lw.com)
355 S. Grand Avenue
Ste 100
Los Angeles, CA 90071
Tel: (213) 485-1234

*Counsel for Defendant Michael Kruse*

**MORRISON & FOERSTER LLP**

*/s/ Jamie A. Levitt*
Jordan Eth
(jeth@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7126
Fax: (415) 268-7522

Jamie A. Levitt, admitted pro hac vice
(jlevitt@mofo.com)
250 West 55th Street
New York, NY 10019
Tel: (212) 468-8000
Fax: (212) 468-7900

*Counsel for Defendant Marc Cadieux*

**HOGAN LOVELLS US LLP**

*/s/ Megan R. Nishikawa*
Megan R. Nishikawa
(megan.nishikawa@hoganlovells.com)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Tel: (415) 374-2300

Peter G. Spivack
(peter.spivack@hoganlovells.com)
555 13th Street, NW
Washington, DC 20004
Tel: (202) 637-5631

*Counsel for Defendant Michael Descheneaux*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Mark R.S. Foster*
Mark R.S. Foster
(mark.foster@skadden.com)
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4580

David Meister, admitted pro hac vice
(david.meister@skadden.com)
One Manhattan West
New York, NY 10001-8602
Tel: (212) 735-2100

Anita B. Bandy, admitted pro hac vice
(anita.bandy@skadden.com)
1440 New York Avenue, N.W.
Washington, DC 20005
Tel: (202) 371-7570
Fax: (202) 393-5760

Abigail Elizabeth Davis, admitted pro hac vice
(abigail.sheehan@skadden.com)
1000 Louisiana Street, Suite 6800
Houston, TX 77002
Tel: (713) 655-5120

Counsel for Defendant Laura Izurieta

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 2, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Noël Wise

United States District Judge