United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SVB FINANCIAL GROUP SECURITIES LITIGATION | Case No. 23-cv-01097-NW<br><br>**AMENDED CASE MANAGEMENT AND PRETRIAL ORDER** |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, et al.,<br>Plaintiffs,<br>v.<br>GREGORY W. BECKER, et al.,<br>Defendants. | Case No. 24-cv-00478-NW |
| STEVEN J. BUCHANAN,<br>Plaintiff,<br>v.<br>GREGORY W. BECKER, et al.,<br>Defendants, | Case No. 24-cv-02684-NW |

The Court held a Further Case management Conference on September 22, 2026, reviewed the parties' Joint Case Management Conference Statement, and issues this amended Case Management and Pretrial Order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Plaintiffs' supplemental papers in further support of their class certification motion, limited to any issues relevant to the Amended Complaint's Section 10(b) claim against KPMG | October 6, 2026 |

United States District Court
Northern District of California

| | |
|---|---|
| KPMG's supplemental opposition papers as to class certification, limited to any issues relevant to the Amended Complaint's Section 10(b) claim against KPMG | November 5, 2026 |
| Plaintiff supplemental papers in reply to KPMG's supplemental opposition papers as to class certification | November 27, 2026 |
| Hearing for Plaintiffs' Renewed Motion for Class Certification | January 6, 2027 at 9:00am |
| Close of Fact Discovery | January 19, 2027 |
| Opening Expert Reports | February 12, 2027 |
| Rebuttal Expert Reports | March 15, 2027 |
| Close of Expert Discovery | April 14, 2027 |
| Deadline to File Dispositive Motions and *Daubert* Motions<br><br>Other than motions in limine, no motions may be filed after the Deadline to File Dispositive Motions without leave of Court. | **Motions**: May 14, 2027<br><br>**Responses**: June 14, 2027<br><br>**Replies**: July 14, 2027 |
| Hearing on Dispositive and *Daubert* Motions and Trial Readiness Conference | August 11, 2027 at 11:00 a.m. |
| Deadline to File Joint Pretrial Conference Statement | August 25, 2027 |
| Final Pretrial Conference in the *In Re SVB* and *Buchanan* Actions | September 08, 2027 at 2:00 p.m. |
| Trial Date in *In re SVB* and *Buchanan* | September 27, 2027 at 9:00 a.m. |
| Length of trial *In re SVB* and *Buchanan* | 4 weeks |
| Final Pretrial Conference in the *TIAA-CREF* Action | October 13, 2027 at 2:00 p.m. |
| Trial Date in *TIAA-CREF* | Approximately seven weeks after the start date in *In re SVB* and *Buchanan* |

**IT IS SO ORDERED.**

Dated: October 5, 2026

Noël Wise
United States District Judge